UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
IN ADMIRALTY

CANAVERAL PORT AUTHORITY,

        Plaintiff,                      CASE NO: 6:09-cv-01447-ORL-JA-DAB

v.

M/V LIQUID LAS VEGAS,
IMO No. 8222941, *in rem*,

        Defendants.
_____/

## NOTICE OF ACTION IN REM AND ARREST OF VESSEL

In accordance with Supplemental Rule C(4) for Certain Admiralty and Maritime Actions of the Federal Rules of Civil Procedure, and Local Admiralty Rule C(4), notice is hereby given of the arrest of the M/V LIQUID LAS VEGAS bearing IMO Number 8222941, on _____, 2009, in accordance with a Warrant of Arrest initially issued on _____, 2009.

Pursuant to Supplemental Rule C(6), and Local Admiralty Rule C(6), any person having a claim against the vessel and/or property shall file a claim with the Court not later than ten (10) days after process has been effected, and shall file an answer within twenty (20) days from the date of filing their claim.

Dated: <u>August 21, 2009.</u>

                                            /s/ Anthony J. Cuva
                                            Anthony John Cuva
                                            Florida Bar No. 896251
                                            AKERMAN, SENTERFITT.
                                            401 East Jackson Street, Suite 1700
                                            Tampa, Florida 33602
                                            Telephone: (813) 223-7333
                                            Facsimile: (813) 223-2837
                                            *Attorney for Canaveral Port Authority*

{TP514032;1}