# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CANAVERAL PORT AUTHORITY,**

        **Plaintiff,**

**-vs-**                                            Case No. 6:09-cv-1447-Orl-28DAB

**M/V LIQUID LAS VEGAS, IMO NO. 8222941,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ORDER DIRECTING THE ISSUANCE OF WARRANT OF ARREST AND/OR SUMMONS (Doc. No. 4)** |
| **FILED:** | **August 21, 2009** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

The Clerk is directed to issue the warrant.

**DONE** and **ORDERED** in Orlando, Florida on August 26, 2009.

                                    *David A. Baker*

                                    DAVID A. BAKER
                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record