EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60—1.4, 60—250.4 AND 60—741.4 ARE INCORPORATED HEREIN BY REFERENCE

# SYSCO

DELIVERY COPY                    CONFIDENTIAL PROPERTY OF SYSCO

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL        FL    32920

SYSCO CENTRAL FLORIDA, INC.
1200 WEST STORY ROAD
OCOEE, FL 34761
407-877-8500

SYSCO - 40
PO BOX 40
OCOEE, FL 34761

CONT. ON PAGE   2

INVOICE TOTAL   1520.48

EXHIBIT
"A-1"

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

# SYSCO

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 567
PORT CANAVERAL    FL    32920

**DELIVERY COPY**                    CONFIDENTIAL PROPERTY OF SYSCO

623363    901160554

COD - NO SIGN TO NORMAL DELIVERY
DRIVER: MEISTER, ROBERT

GROUP TOTAL

SYSCO
PO BOX 40 - CENTRAL FLORIDA
OCOEE, FL    34761

PAYABLE ON OR BEFORE

| SUB TOTAL | 2159.67 |
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE    3

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-0500

LAS VEGAS CASINO
CRUISE TERMINAL #4

FORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 567
PORT CANAVERAL    FL    32920

DELIVERY COPY              CONFIDENTIAL PROPERTY OF SYSCO

623363    901160554

MANIFEST: B5Y710 NORMAL DELIVERY
MA: S71  KERRY MOSLER
DRIVER: MEISTER, ROBERT

CONT. ON PAGE 4

| INVOICE TOTAL | 3502.71 |
| --- | --- |

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

DRIVER'S SIGN

CUST. SIGN X

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

SYSCO

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 567
PORT CANAVERAL    FL    32920

DELIVERY COPY                    CONFIDENTIAL PROPERTY OF SYSCO

623363    901160554

COD - NO SIGN
DRIVER: MEISTER, ROBERT

Food

NORMAL DELIVERY

SYSCO - CENTRAL FLORIDA
P.O. BOX - 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| | | SUB TOTAL | 4,940.64 |
| | | TAX TOTAL | |
| | | INVOICE TOTAL | |

CONT. ON PAGE    5

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60~1.4, 60~250.4 AND 60~741.4 ARE INCORPORATED HEREIN BY REFERENCE

**SYSCO**

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL    32920

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE  FL  34761
FL SEAFOOD LICENSE # 240
407-877-8500

DELIVERY COPY        CONFIDENTIAL PROPERTY OF SYSCO

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| | |
|---|---|
| SUB TOTAL | 5838.04 |
| TAX TOTAL | |
| INVOICE TOTAL | 5838.04 |

LAST PAGE

PAYABLE ON OR BEFORE  1/17/09

| | Item | Description | Brand | Pack/Size | Price | Amount |
|---|---|---|---|---|---|---|
| | CHICKEN MEAT D/CED WHT/DRK | TYSON | | | | 93.75 |
| | CHICKEN TENDER BRD FRIED | TYSON | | | | 77.25 |
| | CLS ROLL DINNER ASST SOFT BKD | SYS CLS | | | | 59.96 |
| | CLS PEA GREEN GR A P | SYS CLS | | | | 25.98 |
| | CLS CORN WHL KERNEL GR A P | SYS CLS | | | | 29.98 |
| | CAKE SHEET GERM CHOC 2ND | PACKER | | | | 15.50 |
| | BROWNIE FUDGE NUT 2ND | PACKER | | | | 19.00 |
| | CAKE SHEET YELLOW WHITE IC | SYS CLS | | | | 48.98 |
| | VEGETABLE BLEND CALICUT SPRIN | SYS CLS | | | | 179.88 |
| | DOUGH PIZZA PRESHT OWN ISG | RICHS | | | | 64.24 |
| | TMP BRAN GREEN MILL TOP | SYS | | | | 28.25 |

DRIVER'S SIGN

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE FL 34761
SEAFOOD LICENSE # 260
407-877-8500

PORTSIDE GALLEY M.T.MIDGETT I
101 GEORGE KING BLVD #4
CAPE CANAVERAL   FL   32920
321-868-0018

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL   FL   32920

DELIVERY COPY          CONFIDENTIAL PROPERTY OF SYSCO

623363   901170364          3      1

COD - NO SIGN
MANIFESTH  851949 NORMAL DELIVERY
KERRY ROSSOR
DRIVER:

PAYABLE ON OR BEFORE

UNPRICED SHIPPING DOCUMENT

LAST PAGE

| CASES | SPLIT | NO PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 1 | 1 | | 1.3 | 32 |
| 1 | 1 | | 1.3 | 32 |

DRIVER'S SIGN

CUST SIGN X

CUB TOTAL
TAX TOTAL
INVOICE TOTAL

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATE

003

DELIVERY COPY          CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
WEST STORY ROAD
OCOEE, FL 34761
SEAFCO FL LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL  32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL      FL   32920

623363   901170364      3    1

1/17/09   /004

6060

PURCHASE POWER  01172009
COD - NO SIGN
MANIFEST#  B59949  NORMAL DELIVERY
MFL S74   KERRY MOSSER
DRIVER:  THOMAS, TONY

COOLER

| CASES | SPLIT | TOL PCS | CUBE | GROSS WT | | | |
|-------|-------|---------|------|----------|---|---|---|
| 1 | | 1 | 3 | 32 | | | |
| 1 | | 1 | 3 | 32 | | | |

OPEN: 8:00 AM    CLOSE: 5:00 PM

DRIVER'S SIGN

CUST SIGN  X

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE  1/18/09

| | | |
|---|---|---|
| SUB TOTAL | | 60.79 |
| TAX TOTAL | | |
| INVOICE TOTAL | | 60.79 |

LAST PAGE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

RUSTY'S SEAFOOD
630 GLEN CHEEK DR
PORT CANAVERAL  FL  32920
321-783-2033

LAS VEGAS CASINO LINES LLC
PO BOX 567
PORT CANAVERAL  FL  32920

DELIVERY COPY                  CONFIDENTIAL PROPERTY OF SYSCO

623363  901200564

INPRICED SHIPPING DOCUMENT

CUST SIGN X ___ NO SIGN
DRIVER: KERRY KOSSDR

LAST PAGE

PAYABLE ON OR BEFORE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATE

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
FORT CANAVERAL    FL    32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL    32920

CONFIDENTIAL PROPERTY OF SYSCO

DELIVERY COPY

INV DATE: 1/20/09
623363  901200564

PURCHASE LEVEL: Food
CUSTOMER: 2065
2011

COD - NO SIGN
MANIFEST# B60320 NORMAL DELIVERY
MR. S74  KERRY MOSSOR
DRIVER: STAPLES, TIMOTHY

OPEN: 8:00 AM    CLOSE: 5:00 PM

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE  1/21/09

| | SUB TOTAL | 169.91 |
| | TAX TOTAL | |
| | INVOICE TOTAL | 169.91 |

LAST PAGE

DRIVER'S SIGN

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | | | | 2 0 | 56 | | | |
| 3 | | | | 2 0 | 56 | | | |

SEP. 17. 2009  6:39PM   SYSCO FOOD SERVICE                              NO. 5189   P. 33/53

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATE

DELIVERY COPY        CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
210 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL  FL  32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL      FL  32920

623363   901210506

PURCHASE ORDER   Don Food
COD - NO SIGN
MANIFEST   BGU525 NORMAL DELIVERY
MR. ST4   KERRY MOSSOR
DRIVER:  SMITH/SCOTT

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

SUB TOTAL
FAX TOTAL
INVOICE TOTAL   1036.76

CONT. ON PAGE   2

1094663   19.60   19.60
1099779   24.50   24.50
1104914   33.30   33.30

OPEN: 8:00 AM   CLOSE: 5:00 PM

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATE

003

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL      FL    32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL      FL    32920

DELIVERY COPY          CONFIDENTIAL PROPERTY OF SYSCO

DELIVERY DATE: 1/21/09
PURCHASE ORDER: FOOD FOOD
COD - NO SIGN
MANIFEST# 860525 NORMAL DELIVERY
MR. S74   KERRY MOSSOR
DRIVER: SMITH, SCOTT

SYSCO CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

SUB TOTAL
TOTAL
INVOICE TOTAL          1815.02

CONT. ON PAGE   3

OPEN: 8:00 AM        CLOSE: 5:00 PM

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

# SYSCO

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL     FL     32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL     FL    32920

DELIVERY COPY                    CONFIDENTIAL PROPERTY OF SYSCO

623363     812190503

5069                           Food

WEEK TO WEEK
MANIFEST: B5428 NORMAL DELIVERY
DATE:
DRIVER:  STAPLES, TIMOTHY

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| SUB TOTAL | |
| TAX TOTAL | |
| INVOICE TOTAL | 4101.79 |

CONT. ON PAGE  5

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-14, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

SYSCO

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD FL CRUISE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL     FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
P.O. BOX 567
PORT CANAVERAL     FL    32920

DELIVERY COPY                CONFIDENTIAL PROPERTY OF SYSCO

| | | | |
|---|---|---|---|
| 12/19/08 | 623363 | 812190503 | 1   5 |
| 5069 | | | |

WEEK TO WEEK
MANIFEST# 853928 NORMAL DELIVERY
DAY: 578  KERRY MOSSOR
DRIVER: STAPLES, TIMOTHY

| | | DESCRIPTION | | | |
|---|---|---|---|---|---|
| | 66596050 | LOYALTY ALCOHOLIC | | .25 | |
| | 2090630 | PACKER DNISH ASST PET 2NDS | 12.00 | 20.00 | |
| | 7140830 | SEFFAIR MUFF'N ASSORTED MINI | 40.99 | 122.94 | |
| | 9505000 | SYS-IMP BEAN GREEN WHL 10F | 29.98 | 29.98 | |
| | 9859687 | COSTW2O BUN HOT DOG | 28.25 | 88.25 | |

| | | | | | | | | 4433.94 |
|---|---|---|---|---|---|---|---|---|

SYSCO - CENTRAL FLORIDA
P.O. BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE   12/25/08    LAST PAGE

SUB TOTAL       4433.94
TAX TOTAL
INVOICE TOTAL   4433.94

CASES SPLIT TOT PCS CUBE GROSS WT
16    16   187   14.7
130   13   143   21.6   2573

DRIVER'S SIGN
CUST. SIGN  X

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**SYSCO**

DELIVERY COPY                    CONFIDENTIAL PROPERTY OF SYSCO

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX
PORT CANAVERAL    FL   32920

| | 623363 | B12230336 | 8 | 1 |

WEEK TO WEEK
DRIVER: STAPLES, TIMOTHY

B5521b NORMAL DELIVERY

COOLER
DAIRY

GROUP TOTAL*****

MEATS

GROUP TOTAL*****

PRODUCE

SYS IMP "TOMATO "CHERRY "FRESH

EQUIP

| CASES | SELL | | | | | |
|---|---|---|---|---|---|---|
| 31 | 31 | 26.7 | 763 | | | |

SYSCO CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| SUB TOTAL | | 1117.22 |
|---|---|---|
| TAX TOTAL | | |
| INVOICE TOTAL | | |

CONT. ON PAGE    2

SEP. 17. 2009   6:14PM     SYSCO FOOD SERVICE          NO. 5189    P. 16/53

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**SYSCO**

SYSCO FOOD SERVICES–CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL    32920

DELIVERY COPY                    CONFIDENTIAL PROPERTY OF SYSCO

623363    812230316

WEEK TO WEEK
MANIFEST: B35515 NORMAL DELIVERY
M#: 974   KERRY MOSSOR
DRIVER: STAPLES, TIMOTHY

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

SUB TOTAL
TAX TOTAL
INVOICE TOTAL    1828.99

CONT. ON PAGE    3

DRIVER'S SIGN

TOTAL PCS    CUBE   GROSS WT
32           27.1   564

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

# SYSCO

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL   FL   32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL        FL   32920

DELIVERY COPY                    CONFIDENTIAL PROPERTY OF SYSCO

| DELIVERY DATE | | CUSTOMER NUMBER | INVOICE NUMBER | PAGE |
| --- | --- | --- | --- | --- |
| 12/23/08 | | 623363 | 812230336 | 8   3 |

SHIP TO WEEK
MANIFEST TERRY 16 NORMAL DELIVERY
MAY 57A
DRIVER: STAPLES, TIMOTHY

GROUP TOTAL****

| | SUB TOTAL | 1910.95 |
| --- | --- | --- |
| | TAX | |
| | INVOICE TOTAL | 1910.95 |

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE    1/01/09    LAST PAGE

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
| --- | --- | --- | --- | --- |
| | 2 | 2.4 | | 22 |
| 65 | | 65 | 56.2 | 1349 |

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

SYSCO

CONFIDENTIAL PROPERTY OF SYSCO

DELIVERY COPY

SYSCO FOOD SERVICES-CENTRAL FL
210 WEST STORTER ROAD
COCOA, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

GRILLS/SUNRISE MARINE
505 GLEN CREEK RD
CAPE CANAVERAL   FL   32920
321-868-2226

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL   FL   32920

INPRICED SHIPPING DOCUMENT

COD - NO SIGN
MANIFEST# 857613 NORMAL DELIVERY
MA: 574      KERRY MOSSOR
DRIVER:

LAST PAGE

PAYABLE ON OR BEFORE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED

003

**SYSCO**

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL    32920

DELIVERY COPY            CONFIDENTIAL PROPERTY OF SYSCO

623363    901050604    7    1

1073    /003

857613 NORMAL DELIVERY
COD - NO SIGN
MA: S74    KERRY MOSSOR
DRIVER: MEISTER, ROBERT

SOLD TO:
BOX 40 - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE    1/06/09

FROZEN

| SUB TOTAL | 91.50 |
| TAX TOTAL | |
| INVOICE TOTAL | 91.50 |

LAST PAGE

OPEN: 8:00 AM    CLOSE: 5:00 PM

91.50

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**SYSCO**

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761 # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL     FL    32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL     FL    32920

DELIVERY COPY                    CONFIDENTIAL PROPERTY OF SYSCO

623363   901070344           6      1

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE    1/08/09        LAST PAGE

| SUB TOTAL | 680.36 |
| TAX TOTAL | 18.52 |
| INVOICE TOTAL | 698.88 |

DRIVER: STAPLES, ANTHONY

| CASES | SPLIT | TOT.PCS | CUBE | GROSS WT. |
|---|---|---|---|---|
| 30 | | 30 | 28.8 | 279 |
| 30 | | 30 | 28.8 | 279 |

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60~1.4, 60~250.4 AND 60~741.4 ARE INCORPORATED HEREIN BY REFERENCE

# SYSCO

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SRAFOOD LICENSE # 240
407-877-8500

GRILLS/SUNRISE MARINE
505 GLBN CREEK RD
CAPE CANAVERAL   FL   32920

321-868-2226

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL   FL   32920

DELIVERY COPY                    CONFIDENTIAL PROPERTY OF SYSCO

623363   901120503          7        1

1123                COD - NO SIGN
                    MAUREST  DEBBY & NORMAL DELIVERY
                    DRIVER:  KERRY MOSSOR

UNPRICED SHIPPING DOCUMENT

LAST PAGE

PAYABLE ON OR BEFORE

| CASES | SPLIT | QTY | PCS | CUBE | GROSS WT |
|-------|-------|-----|-----|------|----------|
| 1 | | 1 | .5 | 17 | |
| 1 | | 1 | .5 | 17 | |

DRIVER'S
SIGN

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATE

DELIVERY COPY                    CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL        FL    32920

1/12/09    G23363    901120503    7    1

PURCHASE ORDER    COD - NO SIGN
1073    MANIFEST# 858916 NORMAL DELIVERY
MA: 974    KERRY MESSOR
DRIVER: STAPLES TIMOTHY

DRY
GROUP TOTAL ****

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE  1/13/09

| | SUB TOTAL | 69.00 |
| | TAX TOTAL | 4.14 |
| | INVOICE TOTAL | 73.14 |

LAST PAGE

OPEN:  8:00 AM     CLOSE:  5:00 PM

CUST SIGN  X

CASES | SPLIT | TOT PCS | CUBE | GROSS WT
1 | | 1 | 5 | 17
1 | | 1 | 5 | 17

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATE

003



**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL    32920

DELIVERY COPY                     CONFIDENTIAL PROPERTY OF SYSCO

1/15/09

623363   901151652

DROP-SHIP
KERRY MOSSOR

P.O. 10339470

DROP-SHIP

GROUP TOTAL***

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE   1/16/09

| | | |
|---|---|---|
| SUB TOTAL | | 44.05 |
| TAX TOTAL | | 2.65 |
| INVOICE TOTAL | | 46.70 |

LAST PAGE

OPEN: 8:00 AM    CLOSE:    5:00 PM

DRIVER'S SIGN

# FAX  SYSCO☰

SYSCO FOOD SERVICES OF CENTRAL FLA.
P.O. BOX 130, 200 W STOREY ROAD,
OCOEE, FLA. 34761-0130

·Date ___9/17/09___

Number of pages including cover sheet  ___5 2___

To:
__Marlene Witter__
_____
_____
_____

Phone#
Fax #        __954-462-0278__
CC:          _____

From:
__Felicia Ortiz__
__Credit Department__
_____
_____

Phone
Fax Phone        __407-877-5744__
                 __407-877-5758__

**REMARKS:**

☐ Urgent    ☐ For your review    ☐ Reply ASAP    ☐ Please comment

Attached are the invoices requested. I will fax them in individual sets. Thanks.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATE

**SYSCO**

DELIVERY COPY          CONFIDENTIAL PROPERTY OF SYSCO

003

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL   FL   32920
321-720-9388

LAS VEGAS CASINO LINES LLC
CRUISE TERMINAL #4
PORT CANAVERAL   FL   32920

SYSCO FOOD SERVICES-CENTRAL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

INVOICE DATE: 10/22/08
623363   810220149   1   1

MR: KERRY MOSSOR
TERRITORY: 574

* * CREDIT MEMO * *
NOT FOR SHIPMENT OF PRODUCT

| ITEM | DESCRIPTION | | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|
| 6 CS | 368024 | CARLISL MUG COFFEE DIARLOIT BROWN   8104 | 7198435   1/8. 80  10.73- | 1072.80-* |
| | 958021 | ... COFFEE ... PRICE ONLY ADJUSTMENT | | |
| | | 80916000B | | |
| | | PRICE ONLY ADJUSTMENT | | |

SYSCO-CENTRAL FLORIDA
P.O. BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

SALES TAX:        27.82-

| | |
|---|---|
| SUB TOTAL | 463.68- |
| TAX TOTAL | 27.82- |
| INVOICE TOTAL | 491.50- |

CUST. SIGN  X

DRIVER'S SIGN

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATE

**SYSCO**

SYSCO FOOD SERVICES-CENTRAL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

DELIVERY COPY          CONFIDENTIAL PROPERTY OF SYSCO

003

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL     FL    32920
321-720-9388

LAS VEGAS CASINO LINES LLC
CRUISE TERMINAL #4
PORT CANAVERAL    FL    32920

10/23/08   /000   623363   810232135   6   1

MA. KERRY WOSSOR
TERRITORY: S74

* * CREDIT MEMO * *
NOT FOR SHIPMENT OF PRODUCT

116  IN AM METL TRAY PIZZA ALUMINUM ROUND  TP-16  40960095  6.25  38-  75.00-
CENTRAL WAREHOUSE CREDIT

SALES TAX:                                            4.50-

SYSCO-CENTRAL FLORIDA
PO BOX 4
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| | | | |
|---|---|---|---|
| SUB TOTAL | | | 75.00- |
| TAX TOTAL | | | 4.50- |
| INVOICE TOTAL | | | 79.50- |

CASES  SPLIT  TOT PCS  CUBE  GROSS WT
12-                     1²        .5

11-      12-

DRIVER'S SIGN

CUST SIGN  X

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATE

003

**SYSCO**

DELIVERY COPY        CONFIDENTIAL PROPERTY OF SYSCO

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
CRUISE TERMINAL #4
PORT CANAVERAL    FL    32920

SYSCO FOOD SERVICES-CENTRAL
200 WEST STORY ROAD
OCOEE, FL 34761
SYSCO LICENSE # 24C
407-877-8500

10/24/08    623363    810241B64    0    1
            7000

MR. KERRY MOSSOR
TERRITORY: 574

* * CREDIT MEMO * * *
NOT FOR SHIPMENT OF PRODUCT

| QTY | | PACK | SIZE | BRAND | DESCRIPTION | CODE | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CS | 16 CT | | SYSCO | TONG PLAS SCALLOPED BLK 12" | 03 | 4062147 | 18.50 | 1.11- |
| | | | | | 111.00-* | | | | |
| 6 | UN | | | THIRD | PAN STM TBL 22G S-S STMD | | 9051225 | 77- | 77.40- |

SYSCO - CENTRAL FLORIDA
PO BOX 4
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| | | |
|---|---|---|
| SUB TOTAL | | 224.65- |
| TAX TOTAL | | 13.48- |
| INVOICE TOTAL | | 238.15- |

CASES SELL | TOT PCS | CUBE | GROSS WT
13- | | 13- | 3.8

19-    SALES TAX:    13.48-

DRIVER'S SIGN

CUST SIGN  X

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATE

003

# SYSCO

**DELIVERY COPY**  CONFIDENTIAL PROPERTY OF SYSCO

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
CRUISE TERMINAL #4
PORT CANAVERAL    FL    32920

SYSCO FOOD SERVICES-CENTRAL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

SYSCO CENTRAL FLORIDA
PO BOX 4
OCOEE, FL 34761

| INVOICE DATE | CUSTOMER | DRIVER | ORDER |
|---|---|---|---|
| 10/16/08 | 623363 | 810162181 | 4 | 1 |

MA: KERRY MOSSOR
TERRITORY: S74

* * CREDIT MEMO * * *
NOT FOR SHIPMENT OF PRODUCT

| QTY | PACK | SIZE | ITEM | DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|
| 5 | CS | 61 LBR | 4007711 | TORKODIS SCRP HAND ANTIBAC W/TRICLOSAN | 5357498 | 50.50 | 252.50-* |
| | | | | CUSTOMER NOT SATISFIED | | 3.03- | |

| | | SUB TOTAL | 252.50- |
|---|---|---|---|
| SALES TAX: | 15.15- | TOTAL | 15.15- |
| | | INVOICE TOTAL | 267.65- |

PAYABLE ON OR BEFORE

CASES SELL | NO. PCS DELVD. | PCS | CUBE | GROSS WT
5- | | 70- | 2.2

DRIVER'S

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4, AND 60-741.4 ARE INCORPORATE

# SYSCO

003

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
CRUISE TERMINAL #4
PORT CANAVERAL        FL    32920

SYSCO FOOD SERVICES-CENTRAL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

DELIVERY COPY                    CONFIDENTIAL PROPERTY OF SYSCO

INVOICE DATE  11/11/08
PURCHASE ORDER  /000
623363    811111696

MR. KERRY MOSSOR
TERRITORY: 574

* * CREDIT MEMO * *
NOT FOR SHIPMENT OF PRODUCT

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM | | TAX | PRICE | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE |
|---|---|---|---|---|---|---|---|---|---|
| 1 CS | | | 41 GAL KETSOUP SAUCE BROASTING | 05100 | 4007639 | | 101.00 | 101.00- | 1 |
| | | | CUSTOMER NOT SATISFIED | | | | | | |

SYSCO - CENTRAL FLORIDA
PO BOX 4
OCOEE, FL 34761

| | |
|---|---|
| SUB TOTAL | 101.00- |
| TAX TOTAL | |
| INVOICE TOTAL | 101.00- |

PAYABLE ON OR BEFORE

TAXES SPLIT  TOT PCS  CUBE  GROSS WT
1-    1-          1.7    47-

DRIVER'S SIGN

CUST USE  X
SIGN

ALL PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.