# VNS International, Inc.
## Customer Balance Detail
### All Transactions

| Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---:|---:|
| **Las Vegas Casino Line** | | | | | |
| Payment | 02/05/08 | | Accounts Receivable | -15,840.41 | -15,840.41 |
| Invoice | 02/05/08 | 1142 | Accounts Receivable | 31,680.82 | 15,840.41 |
| Invoice | 02/05/08 | 1142a | Accounts Receivable | 2,231.59 | 18,072.00 |
| Invoice | 02/13/08 | 1144 | Accounts Receivable | 400,000.00 | 418,072.00 |
| Invoice | 02/13/08 | 1145 | Accounts Receivable | 12,000.00 | 430,072.00 |
| Invoice | 02/15/08 | 1146 | Accounts Receivable | 2,208.87 | 432,280.87 |
| Invoice | 02/15/08 | 1147 | Accounts Receivable | 1,747.69 | 434,028.56 |
| Payment | 02/25/08 | | Accounts Receivable | -200,000.00 | 234,028.56 |
| Payment | 03/17/08 | | Accounts Receivable | -15,840.41 | 218,188.15 |
| Invoice | 03/22/08 | 1160 | Accounts Receivable | 5,000.00 | 223,188.15 |
| Invoice | 04/09/08 | 1165 | Accounts Receivable | 2,674.63 | 225,862.78 |
| Invoice | 04/09/08 | 1166 | Accounts Receivable | 10,000.00 | 235,862.78 |
| Invoice | 04/09/08 | 1167 | Accounts Receivable | 4,260.00 | 240,122.78 |
| Invoice | 04/17/08 | 1174 | Accounts Receivable | 1,459.00 | 241,581.78 |
| Payment | 05/13/08 | | Accounts Receivable | -1,459.00 | 240,122.78 |
| Payment | 05/13/08 | | Accounts Receivable | -3,956.56 | 236,166.22 |
| Payment | 05/16/08 | | Accounts Receivable | -15,000.00 | 221,166.22 |
| Payment | 05/16/08 | | Accounts Receivable | -25,000.00 | 196,166.22 |
| Invoice | 05/17/08 | 1180 | Accounts Receivable | 8,950.00 | 205,116.22 |
| Invoice | 05/18/08 | 1178 | Accounts Receivable | 9,203.97 | 214,320.19 |
| Payment | 05/18/08 | | Accounts Receivable | 0.00 | 214,320.19 |
| Invoice | 05/20/08 | 1179 | Accounts Receivable | 34,333.39 | 248,653.58 |
| Payment | 05/22/08 | | Accounts Receivable | -20,000.00 | 228,653.58 |
| Invoice | 05/27/08 | 1181 | Accounts Receivable | 1,052.56 | 229,706.14 |
| Invoice | 05/27/08 | 1182 | Accounts Receivable | 6,400.00 | 236,106.14 |
| Invoice | 06/02/08 | 1184 | Accounts Receivable | 10,000.00 | 246,106.14 |
| Invoice | 06/02/08 | 1185 | Accounts Receivable | 967.47 | 247,073.61 |
| Invoice | 06/02/08 | 1186 | Accounts Receivable | 5,011.46 | 252,085.07 |
| Invoice | 06/02/08 | 1187 | Accounts Receivable | 9,700.00 | 261,785.07 |
| Invoice | 06/02/08 | 1188 | Accounts Receivable | 695.00 | 262,480.07 |
| Invoice | 06/02/08 | 1189 | Accounts Receivable | 1,752.13 | 264,232.20 |
| Invoice | 06/02/08 | 1190 | Accounts Receivable | 2,260.99 | 266,493.19 |
| Invoice | 06/02/08 | 1191 | Accounts Receivable | 354.78 | 266,847.97 |
| Invoice | 06/04/08 | 1193 | Accounts Receivable | 3,750.00 | 270,597.97 |
| Payment | 06/09/08 | | Accounts Receivable | -38,109.50 | 232,488.47 |
| Invoice | 06/09/08 | 1194 | Accounts Receivable | 9,050.00 | 241,538.47 |
| Invoice | 06/09/08 | 1195 | Accounts Receivable | 731.25 | 242,269.72 |
| Invoice | 06/09/08 | 1196 | Accounts Receivable | 1,301.64 | 243,571.36 |
| Invoice | 06/12/08 | 1199 | Accounts Receivable | 5,000.00 | 248,571.36 |
| Invoice | 06/12/08 | 1200 | Accounts Receivable | 0.00 | 248,571.36 |
| Invoice | 06/12/08 | 1201 | Accounts Receivable | 1,544.48 | 250,115.84 |
| Invoice | 06/12/08 | 1202 | Accounts Receivable | 3,418.81 | 253,534.65 |
| Invoice | 06/12/08 | 1203 | Accounts Receivable | 1,104.88 | 254,639.53 |
| Invoice | 06/16/08 | 1204 | Accounts Receivable | 1,254.12 | 255,893.65 |
| Invoice | 06/23/08 | 1205 | Accounts Receivable | 3,437.50 | 259,331.15 |
| Invoice | 06/25/08 | 1208 | Accounts Receivable | 529.16 | 259,860.31 |
| Payment | 06/26/08 | | Accounts Receivable | -10,677.43 | 249,182.88 |
| Invoice | 06/26/08 | 1206 | Accounts Receivable | 3,616.75 | 252,799.63 |
| Invoice | 06/26/08 | 1207 | Accounts Receivable | 1,492.42 | 254,292.05 |
| Invoice | 06/26/08 | 1209 | Accounts Receivable | 545.53 | 254,837.58 |
| Invoice | 06/26/08 | 1210 | Accounts Receivable | 1,901.29 | 256,738.87 |
| Invoice | 06/26/08 | 1211 | Accounts Receivable | 634.75 | 257,373.62 |
| Invoice | 06/30/08 | 1212 | Accounts Receivable | 9,450.00 | 266,823.62 |
| Invoice | 06/30/08 | 1213 | Accounts Receivable | 1,327.52 | 268,151.14 |
| Invoice | 06/30/08 | 1217 | Accounts Receivable | 5,000.00 | 273,151.14 |

# VNS International, Inc.
## Customer Balance Detail
### All Transactions

| Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---:|---:|
| Payment | 07/02/08 | | Accounts Receivable | -10,000.00 | 263,151.14 |
| Payment | 07/07/08 | | Accounts Receivable | -10,000.00 | 253,151.14 |
| Invoice | 07/07/08 | 1219 | Accounts Receivable | 8,689.95 | 261,841.09 |
| Invoice | 07/07/08 | 1220 | Accounts Receivable | 7,525.00 | 269,366.09 |
| Invoice | 07/07/08 | 1221 | Accounts Receivable | 4,140.75 | 273,506.84 |
| Invoice | 07/07/08 | 1222 | Accounts Receivable | 1,840.73 | 275,347.57 |
| Invoice | 07/12/08 | 1143a | Accounts Receivable | 571.36 | 275,918.93 |
| Invoice | 07/12/08 | 1144a | Accounts Receivable | 7,950.00 | 283,868.93 |
| Invoice | 07/14/08 | 1223 | Accounts Receivable | 4,845.65 | 288,714.58 |
| Payment | 07/14/08 | | Accounts Receivable | -4,845.65 | 283,868.93 |
| Payment | 07/17/08 | | Accounts Receivable | -8,689.95 | 275,178.98 |
| Payment | 07/17/08 | | Accounts Receivable | -20,000.00 | 255,178.98 |
| Invoice | 07/28/08 | 1145a | Accounts Receivable | 1,940.75 | 257,119.73 |
| Invoice | 07/28/08 | 1146b | Accounts Receivable | 439.99 | 257,559.72 |
| Invoice | 07/28/08 | 1147a | Accounts Receivable | 394.17 | 257,953.89 |
| Invoice | 07/28/08 | 1148a | Accounts Receivable | 2,195.00 | 260,148.89 |
| Invoice | 07/28/08 | 1149a | Accounts Receivable | 1,258.88 | 261,407.77 |
| Invoice | 07/30/08 | 1225 | Accounts Receivable | 8,050.00 | 269,457.77 |
| Invoice | 07/30/08 | 1226 | Accounts Receivable | 5,300.00 | 274,757.77 |
| Payment | 08/01/08 | | Accounts Receivable | -4,056.63 | 270,701.14 |
| Payment | 08/01/08 | | Accounts Receivable | -6,074.69 | 264,626.45 |
| Invoice | 08/01/08 | 1227 | Accounts Receivable | 2,019.60 | 266,646.05 |
| Invoice | 08/07/08 | 2000 | Accounts Receivable | 12,000.00 | 278,646.05 |
| Invoice | 08/07/08 | 2001 | Accounts Receivable | 6,294.95 | 284,941.00 |
| Invoice | 08/07/08 | 2002 | Accounts Receivable | 6,600.00 | 291,541.00 |
| Invoice | 08/07/08 | 2003 | Accounts Receivable | 1,149.95 | 292,690.95 |
| Invoice | 08/07/08 | 2004 | Accounts Receivable | 749.25 | 293,440.20 |
| Invoice | 08/07/08 | 2005 | Accounts Receivable | 87.50 | 293,527.70 |
| Invoice | 08/07/08 | 2006 | Accounts Receivable | 19,335.14 | 312,862.84 |
| Invoice | 08/10/08 | 2007 | Accounts Receivable | 6,900.00 | 319,762.84 |
| Invoice | 08/12/08 | 2008 | Accounts Receivable | 648.90 | 320,411.74 |
| Invoice | 08/12/08 | 2009 | Accounts Receivable | 302.50 | 320,714.24 |
| Payment | 08/12/08 | | Accounts Receivable | -25,000.00 | 295,714.24 |
| Invoice | 08/15/08 | 2010 | Accounts Receivable | 837.00 | 296,551.24 |
| Invoice | 08/15/08 | 2011 | Accounts Receivable | 4,835.00 | 301,386.24 |
| Invoice | 08/15/08 | 2012 | Accounts Receivable | 0.00 | 301,386.24 |
| Invoice | 08/17/08 | 2013 | Accounts Receivable | 163.41 | 301,549.65 |
| Invoice | 08/17/08 | 2014 | Accounts Receivable | 7,700.00 | 309,249.65 |
| Invoice | 08/17/08 | 2015 | Accounts Receivable | 1,020.74 | 310,270.39 |
| Invoice | 08/20/08 | 2016 | Accounts Receivable | 279.31 | 310,549.70 |
| Invoice | 08/20/08 | 2017 | Accounts Receivable | 2,821.11 | 313,370.81 |
| Invoice | 08/20/08 | 2018 | Accounts Receivable | 2,047.42 | 315,418.23 |
| Invoice | 08/20/08 | 2019 | Accounts Receivable | 292.00 | 315,710.23 |
| Invoice | 08/20/08 | 2020 | Accounts Receivable | 6.26 | 315,716.49 |
| Invoice | 08/20/08 | 2021 | Accounts Receivable | 2,347.58 | 318,064.07 |
| Payment | 08/20/08 | | Accounts Receivable | -2,347.58 | 315,716.49 |
| Payment | 08/20/08 | | Accounts Receivable | -12,000.00 | 303,716.49 |
| Invoice | 08/20/08 | 2022 | Accounts Receivable | 95.37 | 303,811.86 |
| Invoice | 08/20/08 | 2023 | Accounts Receivable | 401.55 | 304,213.41 |
| Invoice | 08/20/08 | 2024 | Accounts Receivable | 1,046.47 | 305,259.88 |
| Invoice | 08/20/08 | 2025 | Accounts Receivable | 360.00 | 305,619.88 |
| Invoice | 08/20/08 | 2026 | Accounts Receivable | 1,453.49 | 307,073.37 |
| Invoice | 08/20/08 | 2027 | Accounts Receivable | 0.00 | 307,073.37 |
| Invoice | 08/20/08 | 2028 | Accounts Receivable | 112.50 | 307,185.87 |
| Invoice | 08/20/08 | 2029 | Accounts Receivable | 1,297.73 | 308,483.60 |
| Invoice | 08/20/08 | 2030 | Accounts Receivable | 1,292.64 | 309,776.24 |

| Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---:|---:|
| Invoice | 08/25/08 | 2031 | Accounts Receivable | 112.80 | 309,889.04 |
| Invoice | 08/26/08 | 2032 | Accounts Receivable | 7,550.00 | 317,439.04 |
| Invoice | 08/26/08 | 2033 | Accounts Receivable | 4,564.08 | 322,003.12 |
| Payment | 08/27/08 | | Accounts Receivable | -3,437.50 | 318,565.62 |
| Payment | 08/27/08 | | Accounts Receivable | -1,492.42 | 317,073.20 |
| Payment | 08/27/08 | | Accounts Receivable | -70.08 | 317,003.12 |
| Payment | 08/27/08 | 2129 | Accounts Receivable | -10,000.00 | 307,003.12 |
| Invoice | 08/28/08 | 2034 | Accounts Receivable | 78.48 | 307,081.60 |
| Invoice | 08/28/08 | 2035 | Accounts Receivable | 55.60 | 307,137.20 |
| Invoice | 09/01/08 | 2036 | Accounts Receivable | 51,613.85 | 358,751.05 |
| Invoice | 09/01/08 | 2037 | Accounts Receivable | 13,594.10 | 372,345.15 |
| Invoice | 09/01/08 | 2038 | Accounts Receivable | 29,126.94 | 401,472.09 |
| Invoice | 09/01/08 | 2039 | Accounts Receivable | 9,200.00 | 410,672.09 |
| Invoice | 09/01/08 | 2040 | Accounts Receivable | 2,494.20 | 413,166.29 |
| Invoice | 09/01/08 | 2041 | Accounts Receivable | 27,714.40 | 440,880.69 |
| Invoice | 09/01/08 | 2042 | Accounts Receivable | 0.00 | 440,880.69 |
| Invoice | 09/01/08 | 2043 | Accounts Receivable | 90.00 | 440,970.69 |
| Payment | 09/04/08 | | Accounts Receivable | -4,000.00 | 436,970.69 |
| Payment | 09/08/08 | 2193 | Accounts Receivable | -159,000.00 | 277,970.69 |
| Invoice | 09/11/08 | 2044 | Accounts Receivable | 381.50 | 278,352.19 |
| Invoice | 09/11/08 | 2045 | Accounts Receivable | 374.66 | 278,726.85 |
| Invoice | 09/12/08 | 2046 | Accounts Receivable | 417.47 | 279,144.32 |
| Invoice | 09/12/08 | 2047 | Accounts Receivable | 19.96 | 279,164.28 |
| Invoice | 09/12/08 | 2048 | Accounts Receivable | 708.50 | 279,872.78 |
| Invoice | 09/12/08 | 2049 | Accounts Receivable | 956.33 | 280,829.11 |
| Invoice | 09/12/08 | 2050 | Accounts Receivable | 941.20 | 281,770.31 |
| Invoice | 09/12/08 | 2051 | Accounts Receivable | 449.62 | 282,219.93 |
| Invoice | 09/12/08 | 2052 | Accounts Receivable | 972.38 | 283,192.31 |
| Invoice | 09/17/08 | 2053 | Accounts Receivable | 0.00 | 283,192.31 |
| Invoice | 09/17/08 | 2054 | Accounts Receivable | 122.08 | 283,314.39 |
| Invoice | 09/17/08 | 2055 | Accounts Receivable | 239.80 | 283,554.19 |
| Invoice | 09/17/08 | 2056 | Accounts Receivable | 1,090.00 | 284,644.19 |
| Invoice | 09/17/08 | 2057 | Accounts Receivable | 417.47 | 285,061.66 |
| Invoice | 09/17/08 | 2058 | Accounts Receivable | 1,684.70 | 286,746.36 |
| Invoice | 09/17/08 | 2059 | Accounts Receivable | 730.09 | 287,476.45 |
| Invoice | 09/18/08 | 2060 | Accounts Receivable | 12,289.75 | 299,766.20 |
| Invoice | 09/18/08 | 2061 | Accounts Receivable | 43.60 | 299,809.80 |
| Invoice | 09/18/08 | 2062 | Accounts Receivable | 187.17 | 299,996.97 |
| Payment | 09/19/08 | 2299 | Accounts Receivable | -13,910.73 | 286,086.24 |
| Payment | 09/24/08 | 2296 | Accounts Receivable | -19.96 | 286,066.28 |
| Payment | 09/24/08 | 2289 | Accounts Receivable | -12,289.75 | 273,776.53 |
| Invoice | 10/13/08 | 2063 | Accounts Receivable | 108.90 | 273,885.43 |
| Invoice | 10/13/08 | 2064 | Accounts Receivable | 184.21 | 274,069.64 |
| Invoice | 10/13/08 | 2065 | Accounts Receivable | 43.05 | 274,112.69 |
| Invoice | 10/13/08 | 2066 | Accounts Receivable | 6,523.65 | 280,636.34 |
| Invoice | 10/13/08 | 2067 | Accounts Receivable | 639.93 | 281,276.27 |
| Invoice | 10/13/08 | 2068 | Accounts Receivable | 599.50 | 281,875.77 |
| Invoice | 10/13/08 | 2069 | Accounts Receivable | 29.43 | 281,905.20 |
| Invoice | 10/13/08 | 2070 | Accounts Receivable | 158.05 | 282,063.25 |
| Invoice | 10/13/08 | 2071 | Accounts Receivable | 5,188.40 | 287,251.65 |
| Invoice | 10/13/08 | 2072 | Accounts Receivable | 1,526.00 | 288,777.65 |
| Invoice | 10/13/08 | 2073 | Accounts Receivable | 3,270.00 | 292,047.65 |
| Invoice | 10/13/08 | 2074 | Accounts Receivable | 1,180.00 | 293,227.65 |
| Invoice | 10/13/08 | 2075 | Accounts Receivable | 393.93 | 293,621.58 |
| Invoice | 10/13/08 | 2076 | Accounts Receivable | 1,069.50 | 294,691.08 |
| Invoice | 10/13/08 | 2077 | Accounts Receivable | 824.04 | 295,515.12 |

| Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---:|---:|
| Invoice | 10/13/08 | 2078 | Accounts Receivable | 1,888.60 | 297,403.72 |
| Invoice | 10/13/08 | 2079 | Accounts Receivable | 1,336.34 | 298,740.06 |
| Invoice | 10/13/08 | 2080 | Accounts Receivable | 119.90 | 298,859.96 |
| Invoice | 10/13/08 | 2081 | Accounts Receivable | 1,197.00 | 300,056.96 |
| Invoice | 10/13/08 | 2082 | Accounts Receivable | 272.44 | 300,329.40 |
| Invoice | 10/13/08 | 2083 | Accounts Receivable | 25,970.00 | 326,299.40 |
| Invoice | 10/13/08 | 2084 | Accounts Receivable | 1,670.97 | 327,970.37 |
| Payment | 10/17/08 | | Accounts Receivable | -30,000.00 | 297,970.37 |
| Invoice | 10/23/08 | 2086 | Accounts Receivable | 249.75 | 298,220.12 |
| Invoice | 10/23/08 | 2087 | Accounts Receivable | 3,488.00 | 301,708.12 |
| Invoice | 10/23/08 | 2088 | Accounts Receivable | 609.81 | 302,317.93 |
| Invoice | 10/23/08 | 2089 | Accounts Receivable | 81.75 | 302,399.68 |
| Invoice | 10/23/08 | 2090 | Accounts Receivable | 366.00 | 302,765.68 |
| Invoice | 10/23/08 | 2091 | Accounts Receivable | 381.50 | 303,147.18 |
| Invoice | 10/23/08 | 2092 | Accounts Receivable | 872.00 | 304,019.18 |
| Invoice | 10/25/08 | 2093 | Accounts Receivable | 1,675.50 | 305,694.68 |
| Invoice | 10/25/08 | 2094 | Accounts Receivable | 2,125.89 | 307,820.57 |
| Invoice | 10/25/08 | 2095 | Accounts Receivable | 1,673.60 | 309,494.17 |
| Invoice | 10/25/08 | 2096 | Accounts Receivable | 1,600.07 | 311,094.24 |
| Invoice | 11/02/08 | 2099 | Accounts Receivable | 720.00 | 311,814.24 |
| Invoice | 11/02/08 | 2100 | Accounts Receivable | 1,039.00 | 312,853.24 |
| Total Las Vegas Casino Line | | | | 312,853.24 | 312,853.24 |
| TOTAL | | | | 312,853.24 | 312,853.24 |