VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|---|---|
| 04/09/08 | 1166b |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Final Payment POS System | 10,294.00 | 10,294.00 |

| Final Bill | TOTAL | |
|---|---|---|
| | | $10,294.00 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 02/13/08 | 1144 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Larry Mullin
vegascasinolines@bellsouth.net

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 400 | 400 Slot Machines<br><br>50% DEPOSIT $200,000 DUE NOW  For Bank Wire:  Wachovia Bank, NA Hollywood, FL Routing Number #06700<br>50% Due after first passenger sailing | 1,000.00 | 400,000.00 |

| Please remit to above address. | TOTAL | $400,000.00 |
|--------------------------------|-------|-------------|

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 08/15/08 | 2010 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 16 | 70 volts 4 watts indoor Speaker | 47.00 | 752.00 |
| 1 | Shipping and handling | 85.00 | 85.00 |

| P.A. System | TOTAL | |
|-------------|-------|---|
| | | $837.00 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 09/01/08 | 2037 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 4 | 60 inches HD TV 110-220 50-60 | 2,510.00 | 10,040.00 |
| 2 | 40 inches Surveillance monitor | 1,199.00 | 2,398.00 |
| | Shipping, handling and tax | 1,156.10 | 1,156.10 |
| | Ordered as per Tom and Neal for the terminal | | |

**We appreciate your prompt payment.**

| TOTAL | |
|-------|---|
| | $13,594.10 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 09/01/08 | 2040 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 6 | Breakfast - 8/24 to 8/30 | 22.62667 | 135.76 |
| 6 | Lunch - 8/24 to 8/30 | 66.53333 | 399.20 |
| 6 | Dinner - 8/24 to 8/30 | 56.975 | 341.85 |
| 21 | Lodging Crew- 8/24 to 8/30 | 39.54 | 830.34 |
| 2 | Lodging  Ben 8/24 to 8/30 | 89.27 | 178.54 |
| 3 | Air travel  8/24 to 8/30 | 148.50 | 445.50 |
| 1 | Fuel 8/24 to 8/30 | 163.01 | 163.01 |
| | Travel expenses for VNS Crew in Jacksonville | | |
| | for the period of 8/24 to 8/30/08 | | |

**We appreciate your prompt payment.**

| TOTAL | |
|-------|-----|
| | $2,494.20 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 09/01/08 | 2039 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 3.5 | Engineer labor per day Ben Keeley | 600.00 | 2,100.00 |
| 7 | Project Admin Esther Guerrero | 200.00 | 1,400.00 |
| 7 | Project lead per day Ezequiel Lopez | 350.00 | 2,450.00 |
| 7 | Jr. Consultant per day Michel Lozano | 200.00 | 1,400.00 |
| 7 | Jr. Consultant per day Hector Garcia | 200.00 | 1,400.00 |
| 3 | Jr. Tech labor per day Jopert Verdida | 150.00 | 450.00 |
| | For the period of August 24th to August 30th/08 | | |

**We appreciate your prompt payment.**

| TOTAL | |
|-------|---|
| | $9,200.00 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|---|---|
| 09/01/08 | 2041 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Ticketing Sales system 10 Users | 2,495.00 | 2,495.00 |
| 1 | Group Sales Mdule 10 Users | 2,495.00 | 2,495.00 |
| 1 | Reservation Sales Manager 10 Users | 2,495.00 | 2,495.00 |
| 1 | E Reservation Single Web Server | 995.00 | 995.00 |
| 1 | Accounting Interface 5 users | 1,495.00 | 1,495.00 |
| 1 | Human Resource Management 5 Users | 1,495.00 | 1,495.00 |
| 1 | Inventory Management System 5 Users | 1,495.00 | 1,495.00 |
| 1 | Health and Safety management 5 users | 499.00 | 499.00 |
| 1 | Time Master System 5 users | 1,495.00 | 1,495.00 |
| 1 | Casino Operations Manager  Users | 1,495.00 | 1,495.00 |
| 1 | Marine maintenance system 5 users | 1,495.00 | 1,495.00 |
| 1 | Procurement Maintenance System 1 user | 495.00 | 495.00 |
| 1 | Access Control Manager 5 Users | 1,495.00 | 1,495.00 |
| 12 | Standard Support 9am to 6pm EST monthly | 348.95 | 4,187.40 |
| 12 | Back Office Hosting per month | 299.00 | 3,588.00 |
| | Oredered per Tom and Neal | | |

| | TOTAL |
|---|---|
| | $27,714.40 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 09/18/08 | 2061 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 2 | Spade term | 7.50 | 15.00 |
| 5 | 8x1 2hex screw | 5.00 | 25.00 |
| | Shipping, handling and tax | 3.60 | 3.60 |
| | Electrical supplies for new power project as per Neal | | |

**We appreciate your prompt payment.**

| TOTAL | |
|-------|---|
| | $43.60 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|---|---|
| 09/18/08 | 2062 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 18 | Square cover 4 holes | 2.98 | 53.64 |
| 18 | Two gang K.O. | 6.56 | 118.08 |
| | Shipping, handling and tax | 15.45 | 15.45 |

| | TOTAL |
|---|---|
| | $187.17 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/13/08 | 2063 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Cat5 jackjorng | 6.00 | 6.00 |
| 2 | Cat 5E jack | 35.00 | 70.00 |
| 1 | Modular plug | 23.00 | 23.00 |
| | Shipping, handling and tax | 9.90 | 9.90 |

**We appreciate your prompt payment.**

| TOTAL | |
|---|---|
| | $108.90 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/08 | 2064 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
|  | Due on receipt |  |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 12 | 6 ft CMPU power cord | 11.00 | 132.00 |
| 2 | 6" shield CMP cord | 12.00 | 24.00 |
| 1 | 12" Power cord | 13.00 | 13.00 |
|  | Shipping, handling and tax | 15.21 | 15.21 |

| | TOTAL | $184.21 |
|--|-------|---------|

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/08 | 2065 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Cable pmtr gold iee | 39.50 | 39.50 |
| 0 | Shipping, handling and tax | 3.55 | 3.55 |

| | TOTAL |
|---|---|
| | $43.05 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/08 | 2066 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 3 | Evolis Pebbles 4 single side Mag printer USB | 1,995.00 | 5,985.00 |
| 0 | Shipping, handling and tax | 538.65 | 538.65 |

| | TOTAL |
|--|-------|
| | $6,523.65 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/08 | 2067 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | 14NAT Tie100 | 13.50 | 13.50 |
| 2 | Cat6 plug | 18.00 | 36.00 |
| 1 | Spade term | 7.50 | 7.50 |
| 10 | 15A out IV | 0.75 | 7.50 |
| 27 | Romex conn | 2.00 | 54.00 |
| 4 | 1/4 x 3/4 Hex bolt | 8.00 | 32.00 |
| 10 | 15A Plug | 9.50 | 95.00 |
| 300 | 1/4 Hex nuts | 0.10 | 30.00 |
| 9 | 15A out iv | 0.75 | 6.75 |
| 1 | Connector | 5.00 | 5.00 |
| 20 | Duplex cover | 1.00 | 20.00 |
| 20 | 15A out wht | 0.75 | 15.00 |
| 50 | 10/3 SJWA | 2.00 | 100.00 |
| 32 | Cover | 1.80 | 57.60 |
| 4 | Spade term | 7.00 | 28.00 |
| 25 | 15A out almd | 0.75 | 18.75 |
| 1 | AA 6 pack battery | 5.00 | 5.00 |
| 4 | Spade term | 8.50 | 34.00 |
| 1 | 10 pc sckt | 15.00 | 15.00 |
| 1 | 9v 2pk bat | 6.50 | 6.50 |
| | Shipping, handling and tax | 52.83 | 52.83 |

| | TOTAL | |
|---|-------|---|
| | | $639.93 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/08 | 2068 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 10 | Webcam QC Comm MP | 55.00 | 550.00 |
| | Shipping, handling and tax | 49.50 | 49.50 |

| | TOTAL |
|--|-------|
| | $599.50 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/08 | 2069 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 3 | Analogic Telephone<br>Shipping, handling and tax | 9.00<br>2.43 | 27.00<br>2.43 |
| | **TOTAL** | | $29.43 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/08 | 2070 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | 40 watts amplifier | 145.00 | 145.00 |
| 0 | Shipping, handling and tax | 13.05 | 13.05 |
| | **TOTAL** | | $158.05 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/08 | 2071 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
|  | Due on receipt |  |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 280 | Black-white 50 w trim baffle | 17.00 | 4,760.00 |
|  | Tax Shipping and handling | 428.40 | 428.40 |

Thank you for your business.

| | TOTAL |
|--|-------|
| | $5,188.40 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 10/13/08 | 2072 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
| --- | --- | --- |
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- | --- |
| 4 | Transformer control 11000VA  240/480V-120v | 350.00 | 1,400.00 |
| | Tax, shipping and handling | 126.00 | 126.00 |

**We appreciate your prompt payment.**

| TOTAL | |
| --- | --- |
| | $1,526.00 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/08 | 2073 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 6,000 | RG59U 18/2 Siamese cable for CCTV<br>Tax , shipping and handling | 0.50<br>270.00 | 3,000.00<br>270.00 |
| | | **TOTAL** | $3,270.00 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/13/08 | 2074 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
|  | Due on receipt |  |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2,000 | RG59U 18/2 Siamese cable for CCTV | 0.50 | 1,000.00 |
|  | Tax, shipping and handling | 180.00 | 180.00 |

**We appreciate your prompt payment.**

| TOTAL | |
|---|---|
|  | $1,180.00 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/13/08 | 2075 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1,000 | Natural Nylon Cable Ties | 0.04 | 40.00 |
| 80 | Compression connector BNC male RG | 4.00 | 320.00 |
| | Tax, shipping and handling | 33.93 | 33.93 |

**We appreciate your prompt payment.**

| TOTAL | |
|---|---|
| | $393.93 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/13/08 | 2076 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 20 | Round alum grill white | 5.60 | 112.00 |
| 1 | 2POS bridging clip 100BG | 7.50 | 7.50 |
| 30 | 15A Plug 125v 5-15 p b/w | 15.00 | 450.00 |
| 250 | 90 deg c 600 volts power cable | 2.00 | 500.00 |

**We appreciate your prompt payment.**

| TOTAL | |
|---|---|
| | $1,069.50 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/08 | 2077 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 63 | Electric danger labels | 12.00 | 756.00 |
| | Tax, Shipping and handling | 68.04 | 68.04 |

**We appreciate your prompt payment.**

| TOTAL | |
|-------|------|
| | $824.04 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/08 | 2078 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 400 | Compression connector BNC male RG | 3.98 | 1,592.00 |
| 100 | RG 59 Crimps on connector | 1.40 | 140.00 |
| | Shipping, handling and tax | 156.60 | 156.60 |

**We appreciate your prompt payment.**

| TOTAL | |
|-------|--|
| | $1,888.60 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/13/08 | 2079 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 200 | Compression connector BNC male RG | 3.99 | 798.00 |
| 850 | Crimping pins | 0.28 | 238.00 |
| | Crimping tool for pins | 190.00 | 190.00 |
| | Shipping, handling and tax | 110.34 | 110.34 |

**We appreciate your prompt payment.**

| TOTAL | |
|---|---|
| | $1,336.34 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/08 | 2080 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Rise Fire Stop Cartridge | 110.00 | 110.00 |
| | Shipping, handling and tax | 9.90 | 9.90 |

We appreciate your prompt payment.

| TOTAL | |
|-------|--------|
| | $119.90 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/08 | 2081 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 3 | Thermal receipt printer | 399.00 | 1,197.00 |

**We appreciate your prompt payment.**

| TOTAL | |
|-------|--|
| | $1,197.00 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/13/08 | 2082 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 0 | XM Radio Antenna | 249.95 | 249.95 |
| | Shipping, handling and tax | 22.49 | 22.49 |

**We appreciate your prompt payment.**

| TOTAL | |
|---|---|
| | $272.44 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/13/08 | 2083 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 20 | Slot interface board kit | 1,195.00 | 23,900.00 |
| | Shipping, handling and tax | 2,070.00 | 2,070.00 |

**We appreciate your prompt payment.**

| TOTAL | |
|---|---|
| | $25,970.00 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/08 | 2084 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 20 | 15A Plug 125v 5-15p b/w | 15.00 | 300.00 |
| 40 | Cover | 1.80 | 72.00 |
| 40 | Square box  4 1-1/4dp  1/2 ko | 2.40 | 96.00 |
| 500 | 90 deg c 600 volts power cable | 2.00 | 1,000.00 |
| 40 | IV Duplex Rcpt NEMA5-15R | 1.00 | 40.00 |
| 50 | 3/8 2SCR SEC Conn | 0.50 | 25.00 |
| | Shipping, handling and tax | 137.97 | 137.97 |

| | TOTAL |
|--|-------|
| | $1,670.97 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/23/08 | 2086 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 5 | Ticket Stock 1000 x roll | 45.00 | 225.00 |
| | Shipping, handling and tax | 24.75 | 24.75 |

**We appreciate your prompt payment.**

| TOTAL | |
|-------|---|
| | $249.75 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/23/08 | 2087 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 400 | Marine cable for dishwasher | 6.25 | 2,500.00 |
| 200 | Marine cable for beer coolers | 3.50 | 700.00 |
| | Shipping, handling and tax | 288.00 | 288.00 |

We appreciate your prompt payment.

| TOTAL | |
|-------|--------|
| | $3,488.00 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/23/08 | 2088 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 10 | USB Cables | 10.95 | 109.50 |
| 10 | Additional switches for slot machines | 45.00 | 450.00 |
| 0 | Shipping, handling and tax | 50.31 | 50.31 |

**We appreciate your prompt payment.**

| TOTAL | |
|-------|------|
| | $609.81 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/23/08 | 2089 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Blue reel for printer | 75.00<br>6.75 | 75.00<br>6.75 |

**We appreciate your prompt payment.**

| TOTAL | |
|---|---|
| | $81.75 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/23/08 | 2091 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 10 | 9v 1.5Amp AC adapter | 35.00 | 350.00 |
| | Shipping, handling and tax | 31.50 | 31.50 |

**We appreciate your prompt payment.**

| TOTAL | |
|---|---|
| | $381.50 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/23/08 | 2092 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 4 | Lazy Susan for Point of Sale<br>Shipping, handling and tax | 200.00<br>9.00% | 800.00<br>72.00 |
| | | **TOTAL** | $872.00 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/25/08 | 2093 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
|  | Due on receipt |  |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Breakfast | 264.44 | 264.44 |
| 1 | Lunch | 786.02 | 786.02 |
| 1 | Dinner | 354.95 | 354.95 |
| 1 | Fuel | 270.09 | 270.09 |
|  | Expenses for the week of 9/22 to 9/27 |  |  |

**We appreciate your prompt payment.**

| TOTAL | |
|-------|--|
|  | $1,675.50 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/25/08 | 2094 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
|  | Due on receipt |  |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Breakfast | 288.23 | 288.23 |
| 1 | Lunch | 657.83 | 657.83 |
| 1 | Dinner | 861.51 | 861.51 |
| 1 | Fuell | 318.32 | 318.32 |
|  | Expenses for the week of 9/28 to 10/4 |  |  |

**We appreciate your prompt payment.**

| TOTAL | $2,125.89 |
|-------|-----------|

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/25/08 | 2095 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Breakfast | 198.56 | 198.56 |
| 1 | Lunch | 595.66 | 595.66 |
| 1 | Dinner | 447.05 | 447.05 |
| 1 | Fuel | 432.33 | 432.33 |
| | Expenses for the week of 10/5 to 10/11 | | |

We appreciate your prompt payment.

| TOTAL | |
|-------|--|
| | $1,673.60 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/25/08 | 2096 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Breakfast | 222.86 | 222.86 |
| 1 | Lunch | 796.85 | 796.85 |
| 1 | Air travel | 245.00 | 245.00 |
| 1 | Fuel | 335.36 | 335.36 |
| | Expenses for the week of 10/12 to 10/18 | | |

**We appreciate your prompt payment.**

| TOTAL | $1,600.07 |
|-------|-----------|

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/02/08 | 2099 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 4 | 60 inches HD TV 110-220 50-60<br>Price difference from Dell due to price increase in new model | 180.00 | 720.00 |

**We appreciate your prompt payment.**

| TOTAL | |
|-------|---|
| | $720.00 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/02/08 | 2100 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 1 | Dell 1320 c 2000 Page Black Toner cartridge | 120.00 | 120.00 |
| 1 | Dell 1320c 2000 page Cyan toner cartridge | 120.00 | 120.00 |
| 1 | Dell 1320c 2000 page Yellow toner cartridge | 120.00 | 120.00 |
| 1 | Dell 1320c 2000 page Magenta toner cartridege | 120.00 | 120.00 |
| 2 | Dell 1720DN Hight Capacity 6000 page use and return toner cartri | 130.00 | 260.00 |
| 2 | Dell 1815n 5000 page toner cartridge | 130.00 | 260.00 |
| | Overnight Shipping, handling and tax | 15.00% | 39.00 |

| | TOTAL |
|--|-------|
| | $1,039.00 |

VNS International, Inc.
Accounting Department
P.O. Box 9386
Tavernier, FL 33070

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/23/08 | 2090 |

**BILL TO:**

Las Vegas Casino Line
Attn.: Roni Bauer
For work performed on
M.V. Liquid Vegas
rbauer@stottlerstagg.com

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 4 | Evolis Full Panel Color Ribbon 200 cards/roll | 65.00 | 260.00 |
| 5 | Evolis monochromatic color ribbbon | 14.00 | 70.00 |
| | Shipping, handling and tax | 36.00 | 36.00 |

We appreciate your prompt payment.

| TOTAL | |
|-------|--------|
| | $366.00 |