003

# SYSCO

**SYSCO FOOD SERVICES-CENTRAL FL**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL

PORT CANAVERAL        FL   32920

321-720-9388

LAS VEGAS CASINO LINES LLC
CRUISE TERMINAL #4
PORT CANAVERAL       FL   32920

\*\* CREDIT MEMO \*\*
NOT FOR SHIPMENT OF PRODUCT

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 10/22/08 | 623363 | 81020149 | 1   1 |

TRUCK STOP /000

ROUTE

PURCHASE ORDER

TERMS: — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE

MR. KERRY MOSSOR
TERRITORY: 574

| QTY | | | | | | | | | | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | T P | INVOICE ADJUSTMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | | | PACK | SIZE | | | | | | X I | CODE | QTY |
| 6 | CS | | | | | | 6 | 36802 | CARLISL MFG COFFEE DIABLOII BROWN REFERENCE : ADJUSTMENT PRICE ONLY ADJUSTMENT. 80916009 | 8104 | 7198435 | 178.80 | 10.73- | 1072.80-* | | |
| 6 | CS | | | | | | 6 | 36802 | CARLISL MFG COFFEE DIABLOII BROWN REFERENCE : ADJUSTMENT 80916009 | 8104 | 7198435 | 101.52 | 6.09 | 609.12 * | | |

SALES TAX:   27.82-

DRIVER'S SIGN

CUST. FOOD
DEVL. SIGN   X

NO. PCS
DELV.

NO. PCS
REC.

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| SUB TOTAL | 463.68- |
|---|---|
| TAX TOTAL | 27.82- |
| INVOICE TOTAL | 491.50- |

# SYSCO

DELIVERY COPY     CONFIDENTIAL PROPERTY OF SYSCO

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL   32920
321-720-9388

LAS VEGAS CASINO LINES LLC
CRUISE TERMINAL #4
PORT CANAVERAL    FL   32920

** CREDIT MEMO **
NOT FOR SHIPMENT OF PRODUCT

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 10/23/08 | 623363 | 810232135 | 6 | 1 |

TRUCK STOP
ROUTE /000

PURCHASE ORDER

TERMS. — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE

MA: KERRY MOSSOR
TERRITORY: S74

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED $ | PI X | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | UN | 116 IN | AM METAL TRAY PIZZA ALUMINUM ROUND | TP-16 | 4096095 | 6.25 | .38- | 75.00-* | | | |
| | | | REFERENCE : 810030775 | | | | | | | | |
| | | | CENTRAL WAREHOUSE CREDIT | | | | | | | | |

SALES TAX: 4.50-

SYSCO - CENTRAL FLORIDA
SYSCO PO BOX 4
OCOEE, FL 34761

REMIT TO:
SYSCO - CENTRAL FLORIDA
SYSCO PO BOX 4
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| | | |
|---|---|---|
| SUB TOTAL | 75.00- |
| TAX TOTAL | 4.50- |
| INVOICE TOTAL | 79.50- |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 12- | 12- | | | .5 |
| | | 11- | | |

DRIVER'S SIGN

| NO. PCS DEVO. | CUST. SIGN | NO. PCS REC. |
|---|---|---|
| | X | |

VOID INVOICE EVIDENCES RECEIPT OF ALL ITEMS.

# SYSCO

**SYSCO FOOD SERVICES-CENTRAL FL**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

**DELIVERY COPY**

CONFIDENTIAL PROPERTY OF SYSCO

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 10/24/08 | 623363 | 810241864 | 0 1 |
| TRUCK STOP /000 | | | |

ROUTE

PURCHASE ORDER

TERMS — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE

MA - KERRY MOSSOR
TERRITORY: S74

**Sold To:**
LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL    32920
321-720-9388

LAS VEGAS CASINO LINES LLC
CRUISE TERMINAL #4
PORT CANAVERAL    FL    32920

** CREDIT MEMO **
NOT FOR SHIPMENT OF PRODUCT

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | T/P CODE | INVOICE ADJUSTMENTS QTY |
|---|---|---|---|---|---|---|---|---|---|
| 6 CS | | 16 CT | SYSCO TONG PLAS SCALLOPED BLK 12" REFERENCE : 810030775 CENTRAL WAREHOUSE CREDIT | 4062147 | 18.50 | 1.11- | 111.00-* | | |
| 1 CS | | 18" | SYSCO KNIFE CHEF BLK DIAMND 2 REFERENCE : 810030775 CENTRAL WAREHOUSE CREDIT | 8040313 | 36.25 | 2.18- | 36.25-* | | |
| 6 UN | | 1 THRD | WINCO PAN STM TBL 22G S-S 4"DP REFERENCE : 810030775 CENTRAL WAREHOUSE CREDIT | 9057225 | 12.90 | .77- | 77.40-* | | |

**SALES TAX:** 13.48-

**CREDIT MEMO** 03 4062147 18.50 1.11- 111.00-*

M27608 8040313 36.25 2.18- 36.25-*

SPKH-304 9057225 12.90 .77- 77.40-*

| | SUB TOTAL | 224.65- |
|---|---|---|
| | TAX TOTAL | 13.48- |
| | INVOICE TOTAL | 238.13- |

**REMIT TO:**
SYSCO - CENTRAL FLORIDA
SYSCO
PO BOX 4
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| | CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|---|
| | 13- | | 13- | 3.8 | |

| NO PCS DEVD. 19- | CUST. SIGN X | NO PCS REC. |
|---|---|---|

DRIVER'S
SIGN

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

003

# SYSCO

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| DELV. DATE | CUSTOMER | | INVOICE NUMBER | PAGE |
|---|---|---|---|---|
| 10/16/08 | 623363 | 810162181 | 4 | 1 |

| TRUCK | STOP | | |
|---|---|---|---|
| /000 | | | |

ROUTE

PURCHASE ORDER

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL   32920

321-720-9388

LAS VEGAS CASINO LINES LLC
CRUISE TERMINAL #4
PORT CANAVERAL    FL   32920

MR. KERRY MOSSOR
TERRITORY: S74

\* \* CREDIT MEMO \* \*
NOT FOR SHIPMENT OF PRODUCT

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | F | INVOICE ADJUSTMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | P | CODE   QTY |
| 5 CS | 61 | 1TR | TORKADV SOAP HAND ANTIBAC W/TRICLOSAN | 400711 | 50.50 | 3.03- | 252.50-* | | |

REFERENCE : 810150429
CUSTOMER NOT SATISFIED

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 4
OCOEE, FL 34761

| | |
|---|---|
| SUB TOTAL | 252.50- |
| TAX TOTAL | 15.15- |
| INVOICE TOTAL | 267.65- |

PAYABLE ON OR BEFORE

| CASES | SPLIT | TOT PCS. | CUBE | GROSS WT. | | SALES TAX: | | |
|---|---|---|---|---|---|---|---|---|
| 5- | 5- | | 2.2 | 70- | | 15.15- | | |

| NO PCS DELVD | | CUST. SIGN | NO. PCS REC. |
|---|---|---|---|

DRIVER'S SIGN

CUST. YOUR INVOICE EVIDENCES RECEIPT OF ALL ITEMS.

SIGN X

# SYSCO

**SYSCO FOOD SERVICES-CENTRAL FL**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

**DELIVERY COPY**

**CONFIDENTIAL PROPERTY OF SYSCO**

| DELV. DATE | TRUCK STOP | ROUTE | CUSTOMER | | INVOICE NUMBER | PAGE |
|---|---|---|---|---|---|---|
| 11/11/08 | /000 | | 623363 | 811111696 | 1 | 1 |

PURCHASE ORDER      TERMS -- PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE

MR. KERRY MOSSOR
TERRITORY: S/4

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL     FL  32920

321-720-9388

LAS VEGAS CASINO LINES LLC
CRUISE TERMINAL #4
PORT CANAVERAL     FL  32920

** CREDIT MEMO **
** NOT FOR SHIPMENT OF PRODUCT **

| QTY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ORD | SHIP | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED |

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED |
|---|---|---|---|---|---|---|---|
| 1CS | | 41 GAL | KITBOUQ SATCH BROWNING | 05100 | 101.00 | | 101.00- |
| | | | REFERENCE #: 811100598 | 4007639 | | | |
| | | | CUSTOMER NOT SATISFIED | | | | |

**REMIT TO:**
SYSCO - CENTRAL FLORIDA
PO BOX 4
OCOEE, FL 34761

| SUB TOTAL | 101.00- |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | 101.00- |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT. | NO PCS DELVD. | SIGN X |
|---|---|---|---|---|---|---|
| 1- | 1- | | 1.7 | 47- | | |

DRIVER'S SIGN X

CUST SIGN X

| NO. PCS REC. |
|---|

PAYABLE ON OR BEFORE

003

**SYSCO**

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

DELIVERY COPY

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 11/26/08 | 623363 811260661 | 4 | 1 |

TRUCK/STOP
/000

ROUTE

PURCHASE ORDER

TERMS - FAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD - NO SIGN
MANIFEST#        DROP-SHIP
MA: S74
DRIVER: KERRY MOSSOR

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL   FL  32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL  32920

P.O. 10093850

| O/C | QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | T/X P/I CODE | INVOICE ADJUSTMENTS QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DRY SUPPLIES & EQUIPMENT | | | | | | |
| D | 38 | EA | 113X21 | CAMBRO PACK COLD CAMCHILLER CLD CP1220-159 | 8031940 | 63.00 | 3.78 | 2394.00 * | | |
| D | 1 | CS | 11 | NONFOOD CHARGE FREIGHT DROP-SHIP | 8823627 | 311.79 | | 311.79 | | |
| | | | | DROP-SHIP | | | | | | |
| | ORDER SUMMARY | | : 59375 | GROUP TOTAL**** | | | | 2705.79 | | |

| CASES SPLIT | TOT PCS | CUBE | GROSS WT | NO PCS DELVD | CUST SIGN | NO PCS REC |
|---|---|---|---|---|---|---|
| 39 | 39 | 11.9 | 419 | | X | |
| 39 | 39 | 11.9 | 419 | | | |

OPEN: 8:00 AM    CLOSE: 5:00 PM

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE 11/27/08

| | |
|---|---|
| SUB TOTAL | 2705.79 |
| TAX TOTAL | 143.64 |
| INVOICE TOTAL | 2849.43 |

LAST PAGE

DRIVER'S SIGN

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

SYSCO

DELIVERY COPY     CONFIDENTIAL PROPERTY OF SYSCO

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL   FL   32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL   FL   32920

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| DELV/DATE | CUSTOMER # | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 12/08/08 | 623363 | 812080500 | 0   1 |

ROUTE 003 1433

TERMS: PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
WEEK TO WEEK
MANIFEST # 57711   NORMAL DELIVERY
DRIVER: GURLEY, TERRY

TRUCK/STOP

DRIVER: KERRY MOSSOR

| QTY | | | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CS | | | | COOLER DAIRY | | | | | | |
| | 4 CS | | 25 LB | | BRUINMP CHEESE CUBE MILD CHDR YEL | 6338149 | 32.98 | | 131.92 | | |
| | 8 CS | | 15# | | BRUINMP CHEESE CUBE CHDR/COLCK/PEP J | 7234958 | 51.98 | | 415.84 | | |
| | | | | | GROUP TOTAL**** | | | | 547.76 | | |
| | CS | | | | MEATS | | | | | | |
| | 4 CS | | 55# AVG | | BCH/BLK BEEF EYE OF RND/SELECT 7 WT | 4231023 | 2.633 | | 345.50 | | |
| | | | 31.400 | | 32.000 | | | | 346.50 | | |
| | | | 31.400 | | 33.000 | | | | | | |
| | | | | | GROUP TOTAL**** | | | | | | |
| | CS | | | | PRODUCE | | | | | | |
| | 2 CS | | 50 LB | | PACKER CUCUMBER SELECT FRESH | 1000334 | 26.98 | | 26.98 | | |
| | 1 CS | | 50 LB | | PACKER POTATO RED #2 FRESH SZ A | 2203024 | 17.75 | | 35.50 | | |
| | | | | | GROUP TOTAL**** | | | | | | |
| | CS | | 28 LB | | SYS IMP SALAD FRUIT | 3856507 | 25.09 | | 75.27 | | |
| | CS | | 12 LB | | SYS IMP LOYALTY ALLOWANCE | P/CS | | | | | |
| | 4 CS | | 4 LB | | SYS IMP LETTUCE SAL MIX SEPARATE FRSH | 6223375 | 16.50 | | 66.00 | | |
| | CS | | 62 LB | | SYS IMP LETTUCE ROMAINE CHOPPED FRSH | 7021678 | 19.95 | | 79.80 | | |
| | CS | | 1 GAL | | SEALTST JUICE ORANGE | 7883127 | 16.50 | | 33.00 | | |
| | | | | | GROUP TOTAL**** | | | | 331.03 | | |
| | CS | | | | DRY CANNED & DRY | | | | | | |
| | 2 CS | | 24.16.902 | | NATCRYS WATER SPRING WILD HALF LIT | 4102103060 | 45.55 | | 91.00 | | |
| | 4 CS | | C #10 | | SYS REL BEET SLIC SAL MW | 9103080 | 24.50 | | 24.50 | | |
| | 2 CS | | 110 LB | | SYS CLS COOKIE ASST 324 CT | 4732382 | 20.98 | | 209.80 | | |
| | 8 CS | | 62 LB | | KEEBLER CRACKER ASST MEDLEY SLEEVES | 97739 | 33.98 | | 271.84 | | |
| | | | | | GROUP TOTAL**** | | | | | | |

| DRIVERS SIGN | NO PCS DELVD. | CUST SIGN | NO PCS REC. | | |
|---|---|---|---|---|---|

CUST SIGN X

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 72 | | 72 | 69.3 | 1498 |

PAYABLE ON OR BEFORE

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| SUB TOTAL | |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | .1822.43 |

CONT. ON PAGE 2

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**SYSCO**

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL  32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 567
PORT CANAVERAL    FL  32920

| DELIVERY DATE | CUSTOMER # | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 12/08/08 | 623363 | 81208050 0 | 2 |

| TRUCK | STOP | PURCHASE ORDER | ROUTE | STOP | DRIVER NUMBER | DELIVERY SERVICE CHARGE |
|---|---|---|---|---|---|---|
| 1433 | 003 | | | | | |

THERM STO WERE
MAINT PSTH
MA: S74        NORMAL DELIVERY
DRIVER: GURLEY, TERRY

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| Q.TY | PACK | SIZE | ITEM CODE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | P INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **ORDER SUMMARY** | | | | | | |
| | | | | **MISC CHARGES** | | | | | | |
| 1 | CS | 6 CT | BRRICES ROLL HOAGIE HRGD 8-9" | CHES FOR FUEL SURCHARGE | 228780 | .24 | .24 | | | |
| | | | | **GROUP TOTAL * * * * *** | | | | | | |
| 1 | CS | | BRRICES CHIP PROTATO CHP PREE | FROZEN | 961590 | 19.95 | 79.80 / 4.00 | | | |
| 1 | CS | | BRRICES CHIP TORT FLLA RND YELLW PREE | GROUP TOTAL * * * | 954817 | 19.00 | 1106.64 | | | |
| 1 | CS | | BRUGIES PRETZEL MINI | | 876922 | 9.80 | | | | |
| 1 | CS | | CASASOL CHIP TORTILLA RND YELLW PREE | | 705022 | 9.80 | | | | |
| 1 | CS | | BRUGIES PRETZEL MINI | | 222850 | | | | | |
| 1 | CS | | CASASOL SALSA CHUNKY MED AUTHENTIC | | 740659 | 039407 | | | | |

**DRIVER'S SIGN** X

**CUST. SIGN** X

| CASES | DELIV TOT PCS | CUBE | GROSS WT | NO PCS DELVD. | NO PCS | PAYABLE ON OR BEFORE | SUB TOTAL | TAX TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 109 | 37 | 69.8 | 394 | | | | | | |
| 37 | 109 | 139.1 | 1892 | | | 12/18/08 | 2415.73 | .24 | 2415.97 |

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

LAST PAGE

# SYSCO

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL   32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL   FL   32920

| INVOICE DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 12/19/08 | 623363 | 812190503 | 1 |

ROUTE /003   TRUCK SLIP 5069

TERMS
WEEK TO WEEK
MANIFEST# 854328 NORMAL DELIVERY
MA: S74
DRIVER: STAPLES, TIMOTHY
DRIVER: KERRY MOSSOR

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| QTY | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | COOLER DAIRY | | | | |
| | | | | GROUP TOTAL***** | | | | |
| | | | | MEATS | | | | |
| | | | | GROUP TOTAL***** | | | | |
| | | | | POULTRY | | | | |
| | | | | GROUP TOTAL***** | | | | |
| | | | | CANNED & DRY | | | | |
| | | | | GROUP TOTAL***** | | | | |

CASES: 21   SPLIT: 21   TOT.PCS: 21   CUBE: 15.9   GROSS WT: 506

SUB TOTAL
TAX TOTAL
INVOICE TOTAL    873.13

CONT. ON PAGE 2

PAYABLE ON OR BEFORE

DRIVER'S SIGN

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

DELIVERY COPY      CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

DELIVERY DATE 12/19/08   CUSTOMER 623363   INVOICE NUMBER 812190503   PAGE 1 of 2
MANIFEST/ROUTE /003
WEEK TO WEEK
MANIFEST# 854328 NORMAL DELIVERY
MA: 574  KERRY MOSSOR
DRIVER: STAPLES, TIMOTHY

| QTY | CASES | SPLIT | TOT PCS | PACK SIZE | BRAND | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX/DEP AMOUNT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DISPENSER & BEVERAGE | | | | |
| | CS | | 264 | 02 | ITAYCO | COFFEE COL. EURO CONC | 0025080 P/CS | 80.00 | | 455.00 |
| | CS | | 264 | 02 | ITAYCO | COFFEE COL. EURO CONC | 0025080 P/CS | | | |
| | | | | | | LOYALTY ALLOWANCE | | 1.00 | | 4.00 |
| | CS | | 616 | 04 | CHIAYCO | COFFEE COL DECAF EURO CONC | 0015419 P/CS | 83.00 | | 332.00 |
| | CS | | 616 | 04 | | LOYALTY ALLOWANCE | | 1.00 | | 4.00 |
| | | | | | | GROUP TOTAL ***** | | | | 723.00 |
| | | | | | | DRY | | | | |
| | | | | | | MEATS | | | | |
| | CS | | 616 | 04 | SYSCO | BACON,BLK PEPPER | 4000068 | 34.70 | | 69.40 |
| | | | | | | GROUP TOTAL ***** | | | | 69.40 |
| | | | | | | CANNED & DRY | | | | |
| | CS | | 500 | GM | HSE | RELISH SWEET PACKET | 1290635 | 25.58 | | 25.58 |
| | CS | | 10 | LB | SYSCO | COOKIE ASST 324 CT | 3309370 | 20.98 | | 41.96 |
| | CS | | 6 | 10 | SYSCO | CHILI THAI SWEET/SPICY | 8771980 | 8.69 | | 8.69 |
| | CS | | 4 | 1 GAL | ROLAND | SAUCE CHILI THAI SWEET/SPICY | 3922871 | 32.98 | | 32.98 |
| | CS | | 6 | 10 | SYSCO | SALAD THREE BEAN RGY | 4000787 | 28.98 | | 57.96 |
| | CS | | 4 | 1 GAL | SYSCO | REEL MAYONNAISE HVY DUTY | 7414167 | 28.98 | | 57.96 |
| | CS | | 2 | 7.5 LB | SYSCO | OIL VEGETABLE PURE | 4037363 | 20.98 | | 41.96 |
| | CS | | 500 | 12 GM | SYSCO | MAYONNAISE PACKET | 4700268 | 28.98 | | 28.98 |
| | CS | | 6 | 1 GAL | IN | SUPERVINEGAR RICE SEASONED | 0018865 | 23.50 | | 23.50 |
| | CS | | 6 | 10 | SYSCO | SAUCE MARINARA PREMIUM | 0717490 | 26.79 | | 53.58 |
| | BX | | 125 | LB | SYS | RICE PARBOILED PERFECT | 4597352 | 17.60 | | 35.20 |
| | CS | | 12 | 29 OZ | BASICAM | POTATO PEARL GOLDEN | 5349846 | 9.98 | | 99.96 |
| | CS | | 12 | 28 OZ | HUY FONG | SAUCE CHILI SRIRACHA | 5203348 | 9.98 | | 38.98 |

IMPORTANT PACA PROVISION... THE PERISHABLE AGRICULTURAL COMMODITIES LISTED... PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930... FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

DRIVER'S SIGN _____
CUST. SIGN X _____

PAYABLE ON OR BEFORE
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

SUB TOTAL
TAX
TOTAL
INVOICE TOTAL

CONT. ON PAGE 3    2169.70

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-14, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

DELIVERY COPY       CONFIDENTIAL PROPERTY OF SYSCO

# SYSCO

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL  32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL  32920

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 12/19/08 | 623363 | 812190503 | 1 3 |

PURCHASE ORDER: Food
WEEK TO WEEK
MANIFEST# 884428 NORMAL DELIVERY
MA:S/4 KPRS MSSON
DRIVER: STAPLES, TIMOTHY

| QTY | PACK SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | CODE | ADJUSTMENTS QTY |
|---|---|---|---|---|---|---|---|---|

GROUP TOTAL****

SYSCO 40 CENTRAL FLORIDA
SYSCO 40 CENTRAL FLORIDA
OCOEE, FL 34761

PAYABLE ON OR BEFORE

SUB TOTAL
TAX TOTAL
INVOICE TOTAL  2886.89

CONT. ON PAGE 4

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 32 | 11 | 43 | 44.4 | 734 |

DRIVER'S SIGN

CUST SIGN X

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

CONFIDENTIAL PROPERTY OF SYSCO

SYSCO

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL      FL   32920
321-720-9388

LAS VEGAS CASINO CRUISE LINES LLC
PO BOX 587
PORT CANAVERAL      FL   32920

DELIVERY COPY

CUSTOMER NUMBER 623363    INVOICE NUMBER 812190503    PAGE 1 of 4

12/19/08

5069

WEEK TO WEEK
TERMS: PAST DUE INVOICES ARE SUBJECT TO SERVICE CHARGE
MANIFEST# 854228 NORMAL DELIVERY
MA: 874   KERRY MOSSON
DRIVER: STAPLES, TIMOTHY

| QTY | PACK SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED A/I/P | CODE |
|---|---|---|---|---|---|---|---|
| | | FROZEN MEATS | GROUP TOTAL**** | | | | |
| CS | 6/10# | SMITHFLD PORK LOIN CC BNLS STRAP-ON | 7083 | 1.790 | | 78.40 | |
| CS | 45 LB | HEB NAT FRANK ALL-BEEF 5X1 7/WHI | 4956 | 48.50 | | 139.90 | |
| | | SEAFOOD | GROUP TOTAL**** | | | | |
| CS | 10 LB | PACKER TUNA LOIN SAKU BLOCK CC ID SMKD | 0803 | 84.00 | | 84.00 | |
| CS | 25 LB | CONTESA SHRIMP P&D RAW 41/50 TOE | 0205 | 96.00 | | 96.00 | |
| CS | 2 LB | KEMPF CRAB MEAT JMBO STK | 0309 | 25.80 | | 25.80 | |
| | | POULTRY | GROUP TOTAL*** | | | | |
| CS | 10 LB | REABEST TILAPIA FILLET 5X8 OZ | 7910 | 41.00 | | 41.00 | |
| | | FROZEN | GROUP TOTAL*** | | | | |
| CS | 2 CT | SYS GLS VEGETABLE BLEND CHIQUE SPRIN | 3585 | 29.98 | | 29.98 | |
| CS | 48 OZ | PACKER BROWNIE FUDGE NUT 2ND | 6395 | 31.00 | | 31.00 | |
| CS | 18 CT | SYS CLS VEGETABLE BLEND CHIQUE SPRIN | 3585 | 29.98 | | 29.98 | |
| CS | 72 CT | TYSON CHICKEN TENDER BRD FRMD | 8452 | 25.75 | | 161.25 | |
| CS | 125 CT | ROUTES CHICKEN MEAT DICED WHT PRCKD | 0788 | 41.98 | | 83.96 | |
| CS | 6/5 LB | BORTB YE SHRIMP P&D CKD | 1861 | 41.00 | | | |
| CS | 2 CT | DONUT SUGAR PWDRD MINI TWS | 0955 | 37.50 | | | |
| CS | 4 EA | BRESGELS DOUGH PIZZA PRESHT OWN RSG | 3604 | 45.75 | | 91.50 | |
| | | RICHS LOYALTY ALLOWANCE | | 2.00- | | 2.00- | |

CASES 34    SPLIT 2    TOT PCS 34    CUBE 30.4    GROSS WT 603

DRIVER'S SIGN X

PAYABLE ON OR BEFORE

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

SUB TOTAL
TAX TOTAL
INVOICE TOTAL   4101.79

CONT. ON PAGE 5

SYSCO

SYSCO FOOD SERVICES - CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL    32920

| DELIV. DATE | ROUTE / STOP | CUSTOMER | INVOICE NUMBER | PAGE |
| --- | --- | --- | --- | --- |
| 12/19/08 | /003 | 623363 | 812190503 | 1 |
| | 5069 | | | 5 |

PURCHASE ORDER    Food
TERMS    PAST DUE INVOICES ARE SUBJECT TO SERVICE CHARGE
WEEK TO WEEK
MANIFEST #  854928 NORMAL DELIVERY
MAN: S74  KERRY MOSSOBY
DRIVER: STAPLES, TIMOTHY

| QTY | SPLIT | QTY SHP | B/O | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | T/P CODE | INVOICE ADJUSTMENT QTY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | CS | 1 | 6 CT | BRECI'S BAGEL ASST | 3305 | 66950508 | 30.98 | 30.98 | | |
| | | | CS | 1 | | LOYALTY ALLOWANCE | | | 6.25- | 6.25- | | |
| | | | CS | 1 | .250 | PACKER DANISH ASS'T PET 2ND | 7090638 | 12.00 | | 120.00 | | |
| | | | CS | 1 | 48 CT | PEPPARM MUFFIN ASSORTED MINI | 7140858 | 40.98 | | 122.94 | | |
| | | | CS | 1 | 12 LB | SYS IMP BEAN GREEN WHL IQF | 025-004131 | 29.98 | | 29.98 | | |
| | | | CS | 1 | 1441.902 | COSTNZO BUN HOT DOG | 5540 | 9505009 | 28.25 | | 28.25 | | |
| | | | | | | *****GROUP TOTALS***** | | | | | | |



| | | | NO. PCS DELVD. | CUST. SIGN | | NO. PCS REC. | |
| --- | --- | --- | --- | --- | --- | --- | --- |

DRIVER'S SIGN  X

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
| --- | --- | --- | --- | --- |
| 16 | 16 | 16 | 14.7 | 187 |
| 13 | 13 | 143 | 121.6 | 2573 |

REMIT TO:
SYSCO CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE 12/25/08

| SUB TOTAL | 4433.94 |
| --- | --- |
| TAX TOTAL | |
| INVOICE TOTAL | 4433.94 |

LAST PAGE

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL   FL   32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 3887
PORT CANAVERAL   FL   32920



SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| DELV DATE | TRUCK | STOP | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|---|---|
| 12/23/08 | 221 | 005 | 623363 | 812230336 | 8 1 |

MANIFEST # K35515 NORMAL DELIVERY
MAIN # K35515 MOSSOW
DRIVER: STAPLES, TIMOTHY

| C/QTY | SPLIT/PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | QTY/PRICE | TAX/AMOUNT | EXT PRICE | IC INVOICE CODE | ADJ/QTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | COOLER DAIRY | | | | | | |
| CS | 15 | 15 DZ | WHI/FARM CHSE EGG SHELL LARGE GRAAA WHIT | 2105823 | 21.75 | | | | |
| CS | 26 | 26 EA | WHI/FARM CHEESE COTTAGE SMALL CURD 4% | 5020896 | 16.98 | | | | |
| SCS | 65 | 65 EA | AREZZIO CHEESE MOZZ FTHR SHRED WM | 5686688 | 72.81 | | | | |
| CS | 20 | 20 EB | WHI/CHS EGG HARDBOILED WHL PEEL SEL | 505401 | 37.78 | | | | |
| CS | 36 | 36 EB | WHI/FARM CREAMER HALF HALF SHL SUBL | 8169055 | 12.98 | | | | |
| SCS | 45 | 45 LB | CASA/SOL CHEESE CHDR JACK SHRD FTHR | 8919086 | 48.61 | | | 346.39 | |
| | | | GROUP TOTAL***** | | | | | | |
| | | | MEATS | | | | | | |
| CS | 14 | 14.16 | RAYMND HAM PIT SMOKED QUD FA SHU 2024/12 | 2526242 | 14.800 | | | | |
| | | | 14.760 | | | | | | |
| CS | 43 | 43 LB | MORRELL HAM DELI CKD SLI 1/2 OZ | 305205 | 36.75 | | | | |
| CS | 56 | 56 AVG | BCH RSV BEEF EYE OF RND CH ANGUS | 5642291 | 2.559 | | | | |
| | | | 25.800 | | | | | | |
| CS | 46 | 46-10# | BCH BKN PORK LOIN CC BN/S STRP/ON | 5812293 | 1.619 | | | 112.52 | |
| | | | POULTRY | | | | | | |
| CS | 81.5 | 81.5 AVG | CAROLIN TURKEY BRST SEL .75 | 5681442 | 3.515 | | | | |
| | | | 12.000 | | | | | | |
| | | | GROUP TOTAL***** | | | | | | |
| CS | 410 | 410 LB | SYS REL CHICKEN CVP BRST RDM 100% | 2203474 | 4.84 | | | 187.36 | |
| | | | PRODUCE | | | | | | |
| C | 100 | 100 CT | PACKER ORANGE FLORIDA FRESH | 1226265 | 14.50 | | | 14.50 | |
| C | 121 | 121 PT | SYS IMP TOMATO CHERRY FRESH | 2203024 | 20.04 | | | 60.12 | |

DRIVER'S SIGN X
CUST SIGN X

IMPORTANT FSMA PROVISION:
THE PERISHABLE AGRICULTURAL COMMODITIES...

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 31 | 31 | 26.7 | 763 | |

NO. PCS DELV.
CUST SIGN

SYSCO -
PO BOX 40
OCOEE, FL 34761

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| SUB TOTAL | |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | 1117.22 |

CONT. ON PAGE 2

**SYSCO**

SYSCO FOOD SERVICES-CENTRAL FL
205 WEST STORY ROAD
OCOEE FL 34761
SEAFOOD LICENSE # 240

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL   32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL   32920

| DELV. DATE | CUSTOMER | | INVOICE NUMBER | | | PAGE |
|---|---|---|---|---|---|---|
| 12/23/08 | 623363 | 812230336 | 8 | 2 | | |

PURCHASE ORDER    241
TERMS
MANIFEST# B55516 NORMAL DELIVERY
WK: S/4
DRIVER: STAPLES, TIMOTHY
WEEK TO WEEK

| QTY | SHIP | TOTAL PCS | PACK SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| CS | 3 | | 8 LB | SYS IMP SALAD FRUIT | 18001 | 25.00 | | 25.00 | | |
| | | | | LOYALTY ALLOWANCE | | | | 2.25 | | |
| CS | 3 | 45 LB | SYS IMP LETTUCE SAL MIX SEPARATE FRSH | 40570 | 16.50 | | 33.00 | | | |
| CS | 3 | 45 LB | SYS IMP LETTUCE SAL 1/8" | 6233375 | 16.50 | | 33.00 | | | |
| CS | 4 | 45 LB | SYS IMP LETTUCE SHRED 1/8" | 40305 | 16.90 | | 16.90 | | | |
| CS | 2 | 4 GAL | SEALTST JUICE ORANGE | 7883127 | 16.50 | | 33.00 | | | |
| CS | 2 | 82.5 LB | SYS IMP CABBAGE GREEN ANGEL HAIR W/CAR | 9315805 | 16.98 | | 33.96 | | | |
| | | | DRY | GROUP TOTAL**** | | | | 26.26.23 | | |
| | | | CANNED & DRY | | | | | | | |
| CS | 6 | #10 | SYS RBL BEET SLI SAL MW | 90130380 | 24.50 | | 24.50 | | | |
| CS | 4 | 1 GAL | SYS RBL MAYONNAISE HEAVY DUTY | 7414156 SYS | 28.98 | | 28.98 | | | |
| | | | | GROUP TOTAL**** | | | | | | |
| CS | 1 | 681 OZ | DOLE SALAD FRUIT TROPICAL POUCH PAK | 90497 | 33.00 | | 33.00 | | | |
| | | | FROZEN | GROUP TOTAL**** | | | | 84.48 | | |
| | | | SEAFOOD | | | | | | | |
| CS | 2 | 2 LB | KEMP CRAB IMIT FLK STY | 1088706309 | 25.80 | | 25.80 | | | |
| CS | 1 | 42.5 LB | PORT HTY SHRIMP P&D CKD 250/350 | 5105113940290 | 41.00 | | 41.00 | | | |
| CS | 1 | 110 LB | SEABEST TILAPIA FIL SKLS BNLS 3-5 OZ | 6217910 | 27.98 | | 27.98 | | | |
| | | | FROZEN | GROUP TOTAL**** | | | | 170.78 | | |
| CS | 2 | 1216 CT | SYS CLS ROLL DINNER ASST SOFT BKD | 1010610 | 29.98 | | 59.96 | | | |
| CS | 4 | 440.4 OZ | BRSCGS DONUT SUGAR PWDRD MINI TLS | 5170956 | 37.50 | | 75.00 | | | |
| | | | | LOYALTY ALLOWANCE | | | | | | |
| CS | 1 | 72 CT | ARBZ ZIO PIZZA CRUST R&SD/EDG THK P | 25429 0071 | 26.75 | | 26.75 | | | |
| CS | 2 | 250 | PACKER DANISH ASST PET 2NDS | 70090638 | 12.00 | | 96.00 | | | |

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| | |
|---|---|
| SUB TOTAL | |
| TAX TOTAL | |
| INVOICE TOTAL | 1828.99 |

CONT. ON PAGE 3

DRIVERS SIGN

CUST SIGN X

DELIVERY COPY    CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-6500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL   FL   32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 567
PORT CANAVERAL, FL 32920

| DELIVERY DATE | CUSTOMER # | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 12/23/08 | 623363 | 81230336 | 8   3 |

ROUTE 005
TRUCK 2066
PURCHASE ORDER 241 1996

TERMS:
SHIP TO NBR 555
MANIFEST # KERRY MOSSOR
DRIVER: STAPLES, TIMOTHY

WEEK DAY NBR 555 - NORMAL DELIVERY

| QTY | CASES | SPLIT | TOTAL PCS | CUBE | GROSS WT | SUPPLIER # / PACK SIZE | ITEM CODE # | ITEM DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CS | | 448CT | 2.4 | 22 | | 2535 | PFPPARM MUFFIN/ASSORTED MINI | 123.90 | 338.67 |

****GROUP TOTAL****

ORDER SUMMARY

| 2 | 2 | 2.4 | 22 | | | | 7140858 | 40398 |

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE 1/01/09

| SUB TOTAL | 1910.95 |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | 1910.95 |

LAST PAGE

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | NO PCS DELVD | CUST SIGN | ORD PCS |
|---|---|---|---|---|---|---|---|
| 65 | 65 | 56.2 | 1349 | | | X | |

DRIVER'S SIGN

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-14, 60-2504 AND 60-7414 ARE INCORPORATED HEREIN BY REFERENCE

CONFIDENTIAL PROPERTY OF SYSCO

# SYSCO

**SYSCO FOOD SERVICES-CENTRAL FL**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-6500

DELIVERY COPY

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/05/09 | 623363 | 901050604 | 7   1 |

PROCESS/OR: 001
ROUTE/003
1073

TERMS
COD - INV STGN
MAN - STGN (6)13 NORMAL DELIVERY
DRIVER: KERRY MOSSOR

GRILLES/SUNRISE MARINE
505 GLEN CREEK RD

CAPE CANAVERAL    FL   32920

321-868-2226

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL      FL   32920

| CUST QTY | QTY | CASES SPLIT | TOT PCS | CUBE | GROSS WT | PACK | SIZE | ITEM | DESCRIPTION | NO PCS DELVD | CUST SIGN | NO PCS REC | PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE CODE | ADJUSTMENTS QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 2 | 2.4 | 78 | | | | | DROP SHIP ERROR: | | | | | | | | |
| | | | | | | | | | CUSTOMER #6723363 | | | | | | | | |
| | | | | | | | | | LAS VEGAS CASINO | | | | | | | | |
| | | | | | | | | | CRUISE TERMINAL #4 | | | | | | | | |
| | | | | | | | | | PORT CANAVERAL FL 32920 | | | | | | | | |
| | 2 | 2 | 2.4 | 78 | | 2016" | FROZEN | RICHS | DOUGH PIZZA PRESH OVN RSG | 03604 | | | 533554 | | | | |
| | | | | | | | | | FROZEN | | | | | | | | |

UNPRICED SHIPPING DOCUMENT

| | | |
|---|---|---|
| SUB TOTAL | | |
| TAX TOTAL | | |
| INVOICE TOTAL | | |

PAYABLE ON OR BEFORE _____

LAST PAGE

DRIVER'S SIGN

CUST SIGN: X _____

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

SYSCO

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

CONFIDENTIAL PROPERTY OF SYSCO

**DELIVERY COPY**

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/05/09 | 623363 | 901050604 | 7 1 |
| TRUCK/STOP | | | |
| /003 | | | |

ROUTE: 1073
PURCHASE ORDER: food
TERMS — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD — NO SIGN
MANIFEST# 857613 NORMAL DELIVERY
MA: S/4 KERRY MOSSOR
DRIVER: MEISTER, ROBERT

IAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL 32920

321-720-9388

IAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL 32920

| O C QTY | L N | PACK SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | T P X I | INVOICE ADJUSTMENTS CODE QTY |
|---|---|---|---|---|---|---|---|---|---|
| | F | 2 CS 2016" | FROZEN FROZEN RICHS DOUGH PIZZA FRESHR CVN RSG 03604 | 5335544 | 45.75 | | 91.50 | X I | |
| | | | GROUP TOTAL*****| | | 91.50 | | | |
| ORDER SUMMARY | | | 16922 | | | | | | |

OPEN: 8:00 AM    CLOSE: 5:00 PM

| CASES SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|
| 2 | 2 | 2.4 | 78 |
| 2 | 2 | 2.4 | 78 |

| NO PCS DELVD | CUST. SIGN: X | NO PCS REC |
|---|---|---|

DRIVER'S SIGN X

KEEP INVOICE WHOKLES RECEIPT OF ALL ITEMS

SYSCO — CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

REMIT TO:
SYSCO — CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| SUB TOTAL | 91.50 |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | 91.50 |

PAYABLE ON OR BEFORE 1/06/09

**LAST PAGE**    91.50

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

DELIVERY COPY

CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO FOOD SERVICES-CENTRAL FL**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL        FL     32920
321-720-9388

LAS VEGAS, CASINO LINES LLC
PO BOX 557
PORT CANAVERAL        FL     32920

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/07/09 | 623363   901070344 | 6 | 1 |

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| CS/T | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|
| 3d | 30 | 28.8 | 279 |
| 3d | 30 | 28.8 | 279 |

CUST SIGN X

PAYABLE ON OR BEFORE 1/08/09     LAST PAGE

| SUB TOTAL | 680.36 |
|---|---|
| TAX TOTAL | 18.52 |
| INVOICE TOTAL | 698.88 |

**SYSCO**

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 7/12/09 | 623363 | 901120503 | 7 | 1 |

ROUTE / STOP 1073 /103
PURCHASE ORDER: non-food
TERMS: C.O.D. - PASTDUE CHARGES ARE SUBJECT TO SERVICE CHARGE
COD - NO SIGN
MANIFEST# 858816 NORMAL DELIVERY
MA: S/4 KERRY MOSSOR
DRIVER:

GRILLS/SUNRISE MARINE
505 GLEN CREEK RD
CAPE CANAVERAL FL 32920
321-868-2226

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920

**UNPRICED SHIPPING DOCUMENT**

| QTY ORDER | QTY SHIP | PACK SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | X P | INVOICE ADJUSTMENTS CODE QTY |
|---|---|---|---|---|---|---|---|---|---|

DROP/SHIP/FOB:
CUSTOMER: 623363
LAS VEGAS CASINO
CRUISE TERMINAL #1

PORT CANAVERAL FL 32920

DRY
PAPER & DISPOSABLES

1 1 250 CTYS CLS GUEST CHECK NO CARB 2 PART AC-1-(997) 4978664

| | SUB TOTAL | | |
|---|---|---|---|
| | TAX | | |
| | TOTAL | | |
| | INVOICE TOTAL | | |

PAYABLE ON OR BEFORE

LAST PAGE

DRIVER'S
SIGN

| | CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|---|
| 1 | 1 | | 1 | .5 | 17 |
| | 1 | | 1 | .5 | 17 |

NO PCS DELVD
CUST SIGN X
NO PCS REC

DRIVERS
SIGN X ___ OF ALL ITEMS

003

CONFIDENTIAL PROPERTY OF SYSCO

# SYSCO

SYSCO FOOD SERVICES-CENTRAL FL
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

DELIVERY COPY

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/12/09 | 623363 | 901120503 | 7  1 |

TRUCK STOP: /003
ROUTE: 1073

PURCHASE ORDER: non food
TERMS — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD — NO SIGN
MANIFEST#  858916 NORMAL DELIVERY
MA: S74  KERRY MOSSOR
DRIVER: STAPLES, TIMOTHY

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL  32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL  32920

| QTY | S PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | X P INVOICE ADJUSTMENTS |
|---|---|---|---|---|---|---|---|---|
| D  1 | CS | 8250 | CISYS/CLS GUEST CHECK NO. CORB. 2 PART AC-T-4997 | 49781664 | 69.00 | 4.14 | 69.00 * | |
| | | | GROUP TOTAL *****| | | | | |
| | | | ORDER SUMMARY | | | | | |
| | | | | 26065 | | | | |

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| SUB TOTAL | 69.00 |
|---|---|
| TAX TOTAL | 4.14 |
| INVOICE TOTAL | 73.14 |

PAYABLE ON OR BEFORE 1/13/09

LAST PAGE

CASES SPLIT101 PCS. CUBE GROSS WT.

| | | | | NO. PCS DELVD. | CUST. SIGN | NO. PCS REC. |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 5 | 17 | X | |

OPEN: 8:00 AM    CLOSE: 5:00 PM

DRIVER'S SIGN

SUPPORT THACK PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

YOUR SIGNATURE ON THIS INVOICE EVIDENCES RECEIPT OF ALL ITEMS.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATE

# SYSCO

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
COCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

CONFIDENTIAL PROPERTY OF SYSCO

**DELIVERY COPY**

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/15/09 | 623363 | 901151652 | 4 1 |

| ROUTE | TRUCK STOP | | |
|---|---|---|---|
| /000 | | | |

PURCHASE ORDER: food
TERMS -- PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD - NO SIGN
MANIFEST# S/4           DROP-SHIP
MA:
DRIVER: KERRY MOSSOR

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL        FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL       FL    32920

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | T/P INVOICE ADJUSTMENTS X CODE QTY |
|---|---|---|---|---|---|---|---|---|
| | | | P. O.    10394J70 | | | | | |
| | | | SHIPPER INVOICE# 901150178 | | | | | |
| | | | FEDEX TRK# 709631051229513 | | | | | |
| | | | FEDEX TRK# 709631051229513 | | | | | |
| | | | FEDEX TRK# 709631051229937 | | | | | |
| | | | DRY | | | | | |
| | | | SUPPLIES & EQUIPMENT | | | | | |
| D | 1 CS | 1224 OZ | TELCRFT BOTTLE FLAS SQZE WD MTH CLEAR 12463C | 3361532 | 21.30 | 1.28 | 21.30 * | |
| | | | DROP-SHIP | | | | | |
| D | 1 CS | 1EA | TRAXX   HOLDER CHECK ALMN 30" | 5603857 | 22.75 | 1.37 | 22.75 * | |
| | | | DROP-SHIP | | | | | |
| | | | GROUP TOTAL**** | 2430-30 | | | 44.05 | |
| | | | | | | | | |
| | | | ORDER SUMMARY | | | | | |
| | | | : 29238 | | | | | |

| | | | | | | SUB TOTAL | 44.05 |
| | | | | | | TAX TOTAL | 2.65 |
| | | | | | | INVOICE TOTAL | 46.70 |

| CASES SPLIT | TOT PCS | CUBE | GROSS WT | NO PCS DELVD | NO PCS REC. |
|---|---|---|---|---|---|
| 2 | 2 | 5 | 7 | | |
| 2 | 2 | 5 | 7 | | |

SYSCO - CENTRAL FLORIDA
PO BOX 40
COCOEE, FL 34761

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
COCOEE, FL 34761

DRIVER'S SIGN

CUST SIGN X

**YOUR INVOICE EVIDENCES RECEIPT OF ALL ITEMS.**

OPEN: 8:00 AM    CLOSE: 5:00 PM

PAYABLE ON OR BEFORE 1/16/09      LAST PAGE

PURSUANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1-4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

# SYSCO

**DELIVERY COPY**

CONFIDENTIAL PROPERTY OF SYSCO

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL  32920

321-720-9388

LAS VEGAS CASINO CRUISE LINES LLC
PORT CANAVERAL       FL    32920
PO BOX 587
PORT CANAVERAL

| DELIVERY DATE | EXECUTIVE CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 07/16/09 | 623363  901160554 | 1 | 1 |

INVOICE NUMBER  901160554

COD - NO SIGN
TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
MANIFEST# 835710 NORMAL DELIVERY
TRUCK# ST4  FERRY MOSSOR
DRIVER: MEISTER, ROBERT

| QTY | B/O | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | COOLER DAIRY | | | | |
| 1 CS | | | 220 | LB | PATT BUTTER EGG WHL LIQUID FRSH | 6025 | 59.98 | | 59.98 |
| 2 CS | | | 4 | GAL | FARM EGG WHL HOMOGENIZED | 10036 | 27.05 | | 54.10 |
| 2 CS | | | 12/32 OZ | FARM CREAMER HALF & HALF EST | 62500 | 20.21 | | 40.42 |
| 1 CS | | | 25 | LB | FARM CHEESE COTTAGE SMALL CURD | 5300 | 36.98 | | 36.98 |
| 1 CS | | | 25 | LB | FARM CHEESE PARMESAN SHRD | 1825 | 41.75 | | 41.75 |
| 1 SGS | | | 100 | CT | TO CHEESE CREAM PLAIN CUP | 980 | 19.80 | | 19.80 |
| 1 SGS | | | 2 | EA | RU CHEESE HARDBOILED WHL PEEL | 5040 | 16.98 | | 16.98 |
| 2 CS | | | 20 | LB | RU CHEESE CHDR/COJCK/PEPJ | 24958 | 87.92 | | 175.84 |
| 1 CS | | | 5 | LB | RU CHEESE CUBE CHDR | 24958 | 16.98 | | 16.98 |
| 1 CS | | | 36/2/8 OZ | FARM CREAMER HALF & HALF SHE | 57.00 | 40.98 | | 40.98 |
| 1 SGS | | | 4 | LB | CASASOL CHEESE CHDR JACKSHRD THR | 0.997 | | | 654.86 |
| | | | | | MEATS | GROUP TOTAL *** | | | |
| 4 CS | | | 10 | LB | RU BEEF PORK LOIN CC LINKS SIRP/ON | 3993 | 77.72 | | |
| 1 CS | | | 5 | AVG | BCH BEEF BEEF RND GROUND BULK 80/20 | 02319WN | 58.98 | | |
| | | | | | 37,710  38.800 | N/WT= 76.500 | | 98.74 | |
| 1 CS | | | 40 | LB | SYS REL CHICKEN CVP BEST RDM 100% & UP | 14072 | 49.37 | | |
| | | | | | 28.600  24.200  25.300 | N/WT= 159.800 | | 685.38 | |
| | | | | | 37,710  38.800 | | | | |
| | | | | | CANNED & DRY | GROUP TOTAL *** | | | |
| | | | | | POULTRY | | | | |
| | | | | | DRESSING RANCH HOMESTYLE | KE0777 | 40.75 | | 81.50 |

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| SUB TOTAL | |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | 1520.48 |

CASES SPLIT | TOT PCS | CUBE | GROSS WT
35 | | 35 | 35.0 | 987

DRIVER'S SIGN

CUST SIGN  X

NO PCS DELVD

CONT. ON PAGE 2

# SYSCO

**DELIVERY COPY**

**CONFIDENTIAL PROPERTY OF SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| DELIV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
| --- | --- | --- | --- |
| 1/16/09 | 623363 | 901160554 | 1 |

| INVOICE NUMBER | PAGE |
| --- | --- |
| 901160554 | 2 |

DRIVER: MEISTER, ROBERT

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL    32920

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL    32920
321-720-9388

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| QTY | CASES | SPLIT | TOT PCS | PACK | SIZE | ITEM DESCRIPTION | ITEM | B/UNIT PRICE | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | PRODUCE GROUP TOTAL***** | | | 132.50 |
| | 1 | CS | | 1 | HGAL | KENS DRESSING CAESAR | KL0670 | 82635519 | 51.00 |
| | 1 | CS | | 50 | 25 LB | PACKER CUCUMBER SELECT FRESH | | 00003314 | 25.375 |
| | 1 | EC | | 100 | CT | PACKER ORANGE FLORIDA FRESH | | 2262765 | 14.98 |
| | 2 | CS | | 12 | PT | PACKER TOMATO GRAPE SWEET FRSH | | 5794924 | 17.335 |
| | 1 | EC | | 50 | LB | PACKER POTATO RED #2 FRESH | | 1655554 | 17.00 |
| | 1 | SCS | | 25 | LB | PACKER BROCCOLI FLORET FRESH | | 7631440 | 23.00 |
| | 1 | BG | | 1 | 5 LB | PACKER CILANTRO FRESH | | 7948824 | 9.00 |
| | 1 | BG | | 1 | 5 LB | PACKER PEPPER GRN CHOP MULTI PURPOSE | | 3286680 | 20.98 |
| | 1 | CS | | 25 | LB | PACKER LIME FRESH 200-230 CT | | 8565507 | 25.00 |
| | 3 | CS | | 40 | LB | PACKER SALAD FRUIT | | 1800311 | 28.33 |
| | 1 | CS | | 2 | 10 LB | SYSIMP LETTUCE SALAD MIX SEPARATE FRSH | | 5434626 | 16.50 |
| | 1 | CS | | 1 | 1 LB | NOR STAR POTATO DICED RED SKIN | | 6249335 | 21.50 |
| | 1 | CS | | 1 | 12 | SYSIMP PARSLEY FRESH SVC | | 6196031 | 7.50 |
| | 1 | CS | | 16 | 2 LB | PACKER GRAPE RED SEEDLESS | | 7603053 | 29.25 |
| | 1 | CS | | 5 | LB | PACKER MUSHROOM BUTTON SLI FRSH | | 3623692 | 10.50 |
| | 1 | CS | | 4 | 1 GAL | HEALTST JUICE ORANGE | | 8331918 | 16.50 |
| | | GS | | 50 | LB | SYSIMP ONION YELLOW JUMBO FRSH BOX | | 1001J0 | 20.20 |

| | SUB TOTAL | 20.20 |
| --- | --- | --- |
| | TAX TOTAL | |
| | INVOICE TOTAL | |

PAYABLE ON OR BEFORE

CONT. ON PAGE 3

2159.67

DELIVERY COPY     CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL 32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL 32920

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| INVOICE NUMBER | PAGE |
|---|---|
| 901160554 | 1  3 |

CUSTOMER: 623363

TERMS: NET
PURCHASE ORDER:
COD - NO SIGN
MANIFEST# 8537111 NORMAL DELIVERY
DRIVER: MEISTER, ROBERT / KERRY MOSSOR

| QTY SHIP | CASES SPLIT | PCS PACK | SIZE | ITEM | BRAND | ITEM DESCRIPTION | PACK | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ITANVCO COFFEE,COL DECAF EURO/CONC | | | | | | |
| | | | | | | ITANVCO COFFEE,COL EURO CONC | | | | | | |
| | | | | | | DISPENSER BEVERAGE | | | | | | |
| 1 | CS | #10 | 146 OZ | | | GROUP TOTAL***** | | | | 889.00 | | |
| | | | | | | CANNED & DRY | | | | | | |
| 1 | CS | | 146 OZ | | | SCRNTO MIX COCKTAIL BLDY MARY | SACZNA6 | 19.15 | | 38.30 | | |
| 1 | CS | 10 LB | | | | SYS CLS COOKIE ASST 324 CT | 23093 | 20.98 | | 104.90 | | |
| 1 | CS | #10 | 146 OZ | | | SYS CLS SALAD THREE BEAN FCY | 39728 | 32.98 | | 65.96 | | |
| 1 | GAL | | | | | SYS REL MAYONNAISE HEAVY DUTY | 71416 | 24.98 | | 74.94 | | |
| 1 | GAL | | | | | SYS IMP RICE PARBOILED PERFECT | 41000006 | 22.98 | | 22.98 | | |
| 1 | GAL | | | | | SYS IMP DRESSING ITAL | 71103 | 17.60 | | 35.20 | | |
| 1 | CS | | | | | WISHBONE DRESSING POPPY SEED | 53498 | 38.98 | | 77.96 | | |
| 1 | CS | | | | | SUPREMA SAUCE PIZZA PRPD W/SPICE & O | 51860002 | 49.98 | | 99.96 | | |
| 1 | CS | | | | | BASIC CAM POTATO PEARL GOLDEN | 60742 | 28.25 | | 56.50 | | |
| 1 | CS | | | | | AREZZIO PASTA BOWTIE | 600539 | 14.00 | | 28.00 | | |
| 1 | CS | | | | | AREZZIO PASTA PENNE RIGATE | 600554 | 22.98 | | 45.96 | | |
| 1 | CS | | | | | AREZZIO PASTA ROTINI GARDEN | 576893 | 19.50 | | 39.00 | | |
| 1 | CS | | | | | CASASOL BEAN BLACK | 322131 | 26.50 | | 26.50 | | |

PAYABLE ON OR BEFORE

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| | |
|---|---|
| SUB TOTAL | 3502.71 |
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE 4

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

DELIVERY COPY

CONFIDENTIAL PROPERTY OF SYSCO

# SYSCO

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL      FL   32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL      FL   32920

| | DELIVERY DATE | CUSTOMER | | INVOICE NUMBER | PAGE |
|---|---|---|---|---|---|
| | 1/16/09 | 623363 | 901160554 | 1 | 4 |

ROUTE 004   TRUCK 5069
PURCHASE ORDER      Food
TERMS
COD - NO SIGN
MANIFEST# 85271
MA: S74   KERRY MOSSOR
DRIVER: MEISTER, ROBERT

PAYABLE ON OR BEFORE

SYSCO - CENTRAL FLORIDA
PO BOX - 
OCOEE, FL 34761

| QTY | CS | QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | I/B | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CS | 1 | GAL | | CLEANER BUTTER ALTERNATE LIQ | 678886 | 34.50 | | 34.50 | | | |
| | CS | 1 | 4/64 OZ | | SAUCE JUICE GRPFRT 100% ASEPTIC | 028156 | 35.50 | | 106.50 | | | |
| | SCS | 2 | 24/16.9 OZ | | WATER SPRING DTLD HALF LTR | 402203608 | 4.55 | | 91.00 | | | |
| | SCS | 1 | 138/.23 OZ | | SALSA CHUNKY MED AUTHENTIC | 140693 | 43.00 | | 129.00 | | | |
| | SCS | 1 | GAL | | PRETZEL MINI | 222850 | 9.80 | | 29.40 | | | |
| | CS | 1 | GAL | | SPICE GARLIC GRANULATED | 709697 | 19.00 | | 19.00 | | | |
| | GCS | 1 | 666.5 OZ | | TUNA TONGOL CHUNK IN WTR | 852425 | 61.20 | | 122.40 | | | |
| | CS | 1 | 32 LB | | CHIP TORTILLA RND YELW PRE | 876922 | 9.25 | | 18.50 | | | |
| | CS | 1 | 12 CT | | TORTILLA FLOUR 12" PRESSED | 270121 | 22.20 | | 22.20 | | | |
| | CS | 1 | 9 LB | | CHIP BAND | 955481 | 119.00 | | 95.00 | | | |
| | CS | 1 | 681 OZ | | SALAD FRUIT TROPICAL POUCH PAK | 984910 | 31.00 | | 124.00 | | | |
| | CS | 2 | 2.25 LB | | CROUTON MULTI-GRAIN | 990928 | 40.19 | | 40.19 | | | |
| | CS | 1 | 4/AVG PACKER | MEATS | HAM PIT | 155503 | 1.599 | | 282.39 | | | |
| | CS | 1 | 10 LB | FROZEN | TUNA LOIN SAKU BLOCK CLD SMK | 010802 | 84.00 | | 84.00 | | | |
| | CS | 1 | 1 LB | SEAFOOD | CRAB IMIT FLK STY | 108870 | 25.86 | | 25.86 | | | |
| | CS | 1 | 52 LB | | SHRIMP P&D WHT 41/50 T-OFF | 261652 | 45.50 | | 91.00 | | | |

GROUP TOTAL***

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | | NO PCS DELVD | | NO PCS |
|---|---|---|---|---|---|---|---|---|
| 57 | 1 | 58 | 63.2 | 1433 | | | | |

DRIVERS SIGN

CUST SIGN X

| | |
|---|---|
| SUB TOTAL | 4940.64 |
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE   5

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

CONFIDENTIAL PROPERTY OF SYSCO

DELIVERY COPY

# SYSCO

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL      FL   32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL      FL   32920

| INVOICE NUMBER | | PAGE |
|---|---|---|
| 623363 | 901160554 | 1   5 |

| DELV DATE | CUSTOMER |
|---|---|
| 1/16/09 | |

TRUCK STOP: 004
ROUTE: 5069

PURCHASE ORDER: Food
COD - NO SIGN
TERMS: PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
MANIFEST# 857110 NORMAL DELIVERY
MA: S/4  DRIVER: KERRY MOSSOR  MEISTER, ROBERT

| QTY | QTY SHIP | PACK SIZE | ITEM/DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| CS | | 42.5 LB | PORTBRY SHRIMP BRD CKD 250 | 5105 | 41.00 | | 41.00 |
| CS | | 10 LB | SEABEST TILAPIA FILLET BNLS | 8026 | 27.98 | | |
| | | | POULTRY GROUP TOTAL **** | | | | |
| CS | | 5 LB | SQUEEZ CHICKEN MEAT DICED WHT/DRK | 3420 | 80.78 | | |
| CS | | 10 LB | TYSON CHICKEN MEAT DICED WHT/DRK | 3119 | 31.25 | | 93.75 |
| CS | | 25 LB | TYSON CHICKEN TENDER BRD FRMD | 0275 | 25.75 | | 77.25 |
| | | | FROZEN GROUP TOTAL **** | | | | |
| CS | | 116 CT | SYS CCS ROLL DINNER ASST SOFT BKD | 907 | 29.98 | | |
| CS | | 12.5 LB | SYS CCS PEA GREEN GR A P | 0305 | 29.98 | | 59.96 |
| CS | | 12.5 LB | SYS CLS CORN WHL KERNEL GR A P | 2091 | 29.98 | | 29.98 |
| CS | | 4/8 OZ | PACKER CAKE SHEET GERM CHOC 2ND | 1636 | 19.00 | | 19.00 |
| CS | | 96 OZ | PACKER BROWNIE FUDGE NUT 2NDS | 2296 | 15.50 | | 15.50 |
| CS | | 6/8 OZ | SYS CCS CAKE SHEET YELLOW WHITE T.C | 3533 | 48.98 | | 48.98 |
| CS | | 4 LB | SYS CLS VEGETABLE BLEND CHPCUT SPRIN | 3533 | 29.98 | | 179.88 |
| CS | | 20 # | RICHS DOUGH PIZZA PRESHT OWN RSG | 0360 | 45.75 | | 45.75 |
| CS | | 12" LB | SYS IMP BEAN GREEN WHL 10F | 9505 | 32.12 | | 64.24 |
| CS | | 1441.90Z | COSTN2Z0 BUN HOT DOG | 5540 | 28.25 | | 28.25 |
| | | | GROUP TOTAL **** | | | | |

ORDER SUMMARY

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 30 | | 30 | 28.2 | 560 |
| 193 | 1 | 194 | 187.5 | 4731 |
| | | | | 3190B |

DRIVER'S SIGN _____

CUST COPY SIGN X _____

| NO PCS DELVD | CUST DELVD | | NO PCS |
|---|---|---|---|

PAYABLE ON OR BEFORE 1/17/09

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| | |
|---|---|
| SUB TOTAL | 5838.04 |
| TAX TOTAL | |
| INVOICE TOTAL | 5838.04 |

LAST PAGE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-14, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

SYSCO

**CONFIDENTIAL PROPERTY OF SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

PORTSIDE GALLEY M.T MIDGETT I
101 GEORGE KING BLVD #4
CAPE CANAVERAL      FL  32920
321-868-0018

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL          FL  32920

| DELIV/DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/17/09 | 623363 | 901170364 | 3  1 |

| ROUTE | PURCHASE ORDER | | |
|---|---|---|---|
| 6060 | 011172009 | | |
| 004 | TERMS | | |
| | COD - NO SIGN | | |
| | MANIFEST# 859949 NORMAL DELIVERY | | |
| | MANIFEST# 574 | | |
| | DRIVER: KERRY MOSSOR | | |

UNPRICED SHIPPING DOCUMENT

| QTY | | | | | | | | | ITEM/DESCRIPTION | | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | X | INVOICE ADJUSTMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CS | SPLIT | TOT PCS | PACK | SIZE | | | | | | | | | | | | CODE  QTY |
| | | | | | | | | | DROP SHIP FROM: | | | | | | | |
| | | | | | | | | | CUSTOMER #623363 | | | | | | | |
| | | | | | | | | | LAS VEGAS CASINO | | | | | | | |
| | | | | | | | | | CRUISE TERMINAL #1 | | | | | | | |
| | | | | | | | | | PORT CANAVERAL   FL 32920 | | | | | | | |
| 1 | | 1 | | 5 LB | | | | | COOPER-DAIRY | | | | | | | |
| | | | | | | | | | AREZZIO CHEESE MOZZ FTHR SHRED WM | CS202001 26 | | 5686688 | | | | |

DRIVER'S SIGN

CUST "CGD" WHEN STORAGE RECEIPT OF ALL ITEM

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | NO PCS DELVD | CUST "CGD" SIGN X | NO PCS REC | PAYABLE ON OR BEFORE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1.3 | 32 | | | | SUB TOTAL | | |
| 1 | 1 | 1 | 1.3 | 32 | | | | TAX TOTAL | | |

LAST PAGE