# SYSCO

**DELIVERY COPY**

CONFIDENTIAL PROPERTY OF SYSCO

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD OIL LICENSE # 240
407-877-8500

RUSTY'S SEAFOOD
630 GLEN CHEEN DR
PORT CANAVERAL          FL    32920
321-783-2033

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL          FL    32920

UNPRICED SHIPPING DOCUMENT

| DELV/SERVICE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/20/09 | 623363 | 901200564 | 2    1 |

DIVISION: 011
ROUTE: 2065          DELIVERY ORDER: F966
TERMS: PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD: NO SIGN
MANIFEST #: 88013201 NORMAL DELIVERY
DATE:
DRIVER: KERRY MOSSOR

| QTY | SPLIT | PACK | SIZE | ITEM DESCRIPTION | CODE | PRICE | QTY AMOUNT | EXTENDED PRICE | CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DROP SHIP FOR: | | | | | | |
| | | | | CUSTOMER: 623363 | | | | | | |
| | | | | LAS VEGAS CASINO | | | | | | |
| | | | | CRUISE TERMINAL #1 | | | | | | |
| | | | | PORT CANAVERAL FL 32920 | | | | | | |
| | | | | GROCERY | | | | | | |
| | | | | POULTRY | | | | | | |
| 10 | LB | | | SYS REL CHICKEN CVP BRST RDM 100% & UP 1407Z | 2566771 | | | | | |
| 25 | CT | | | FROZEN | | | | | | |
| | | | | SYS IMP RAPTER QUICHE PETITE ASSORTED QAI0V | 7203474 | | | | | |

| DRIVERS | CASES | SPLIT | TOT PCS | CUBE | GROSS WT | NO PCS DLVD | CUST SIGN | NO PCS REC |
|---|---|---|---|---|---|---|---|---|
| SIGN | | | | | | | X | |
| | 3 | 3 | 2.0 | | 56 | | | |
| | 3 | 3 | 2.0 | | 56 | | | |

PAYABLE ON OR BEFORE

SUB TOTAL
TAX TOTAL
INVOICE TOTAL

LAST PAGE

IMPORTANT PACA PROVISIONS: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

# SYSCO

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL   FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL   FL 32920

| DELIV. DATE | CUSTOMER | | INVOICE NUMBER | PAGE |
|---|---|---|---|---|
| 1/20/09 | 623363 | 901200564 | 2 | 1 |
| TRUCK/STOP /011 | | | | |
| ROUTE 2065 | | | | |

TERMS: COD - NO SIGN — PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
MANIFEST 860320 NORMAL DELIVERY
MA: S/4
DRIVER: STAPLES, TIMOTHY   KERRY MOSOWY

| QTY | SHIP/PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | I/P CODE | INVOICE ADJUSTMENTS QTY |
|---|---|---|---|---|---|---|---|---|---|
| C | 1 CS | 410 LB | COOLER POULTRY | | | | | | |
| | | | SYS REL CHICKEN CVP BRST RDM 10OZ & UP 14072 | 7203474 | 51.91 | | 51.91 | | |
| | | | GROUP TOTAL***** | | | | 51.91 | | |
| F | 2 CS | 425 CT | FROZEN | | | | | | |
| | | | FROZEN | | | | | | |
| | | | SYS IMP APTZR QUICHE PETITE ASSORTED QA10Y | 2566677 | 59.00 | | 118.00 | | |
| | | | GROUP TOTAL***** | | | | 118.00 | | |
| | | | ORDER SUMMARY | | | | | | |
| | | | : 36747 | | | | | | |

OPEN: 8:00 AM    CLOSE: 5:00 PM

| CASES | SPLIT | TOT.PCS. | CUBE | GROSS.WT. | NO.PCS DELVD | NO.PCS REC. |
|---|---|---|---|---|---|---|
| 3 | | 3 | 2.0 | 56 | | |
| 3 | | 3 | 2.0 | 56 | | |

DRIVER'S SIGN

CUST. SIGN X  VOID INVOICE EVIDENCES RECEIPT OF ALL ITEMS.

| | SUB TOTAL | 169.91 |
|---|---|---|
| | TAX TOTAL | |
| | INVOICE TOTAL | 169.91 |

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE 1/21/09

LAST PAGE

TO PAY BY SIGNATURE PROVISION, THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED

003

DELIVERY COPY

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL  32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL  32920

| | DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|---|
| | 1/21/09 | 623363 | 901210506 | 1  1 |

TRUCK STOP: /005
ROUTE 3064

PURCHASE ORDER non-food
COD - NO SIGN
MANIFEST# 860525 NORMAL DELIVERY
MA: S74
DRIVER: SMITH, SCOTT

KERRY MOSSOR

| C | QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | T/X I | P/I INVOICE ADJUSTMENTS CODE QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **COOLER** | | | | | | |
| | | | | **DAIRY** | | | | | | |
| C | 1 | CS | 45 LB | BERUCIS CHEESE AMER WHI SLI | 5103098 | 50.50 | | 50.50 | | |
| C | 1 | CS | 25LB | LOTITO CHEESE PARMESAN SHRD | 11825L | 41.75 | | 41.75 | | |
| C | 1 | CS | 65 LB | AREZZIO CHEESE MOZZ SHRED WM | 5532692 | 72.81 | | 72.81 | | |
| C | 2 | CS | 1001 OZ | BERLIMP CHEESE CREAM PLAIN CUP | 5686688 | 19.80 | | 39.60 | | |
| C | 1 | CS | 120 LB | WELFIS EGG HARDBOILED WHL PEEL | 6261465 | 37.98 | | 37.98 | | |
| C | 1 | CS | 35# | BERLIMP CHEESE CUBE CHDR/COJCK | 50540 | 46.98 | | 234.90 | | |
| C | 4 | CS | 3603/8 OZ | WHLFARM CREAMER HALF & HALF SHLF | 6652935 | 13.42 | | 53.68 | | |
| C | 2 | CS | 45 LB | CASASOL CHEESE CHDR JACK SHRD | 7234958 | 40.98 | | 81.96 | | |
| | | | | GROUP TOTAL***** | 10997/CS | | | 613.18 | | |
| | | | | **MEATS** | | | | | | |
| C | 1 | CS | 43 LB | HORMEL HAM BUFFET PRESLICED SMKD 1 OZ | 33279 | 44.50 | | 44.50 | | |
| C | 1 | CS | 46-10# | BCH BLK FORK LOIN CC BNLS STRP/ON | 5812393 | | | | | |
| | | | | GROUP TOTAL***** | 5812393 | | | 44.50 | | |
| | | | | T/WT= .000 | | | | | | |
| | | | | **POULTRY** | | | | | | |
| C | 1 | CS | 410 LB | SYS REL CHICKEN CVP BRST RDM 100Z & UP | 7203474 | 51.90 | | 301.68 | | |
| | | | | GROUP TOTAL***** | | | | | | |
| | | | | T/WT= 12.00 | 259.50 | | | | | |
| | QTY | CS | 81.5#AVCAROLIN TURKEY BRST SLI .75 OZ | | 5681442 | 3.515 | | 42.18 | | |
| | | | | 12.000 | | | | | | |
| | | | | 94.02 | | | | | | |
| | | | | **PRODUCE** | | | | | | |
| C | 5 | CS | 125 LB | SYS IMP ONION RED FRESH JUMBO | 1094663 | 19.60 | | 19.60 | | |
| C | 1 | PC | 1100 | C/PACKER APPLE RED DEL FCY WASH 40# | 1099779 | 24.50 | | 24.50 | | |
| C | 1 | CS | 124 CT | PACKER CELERY PASCAL FRESH | 1184944 | 33.30 | | 33.30 | | |
| | | | | P1184944 | 1184944 | | | | | |

OPEN: 8:00 AM     CLOSE: 5:00 PM

PAYABLE ON OR BEFORE

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| SUB TOTAL | |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE 2

| | CASES SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| | 27 | 27 | 23.9 | 648 |

DRIVER'S SIGN. X

NO PCS DELVD.

CUST. SIGN X

NO PCS REC.

SUB TOTAL 1036.76

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE

YOUR INVOICE EVIDENCES RECEIPT OF ALL ITEMS. THESE COMMODITIES WERE SOLD SUBJECT TO AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OR

SIGNIFICANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATE

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL        FL  32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL        FL  32920

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

**DELIVERY COPY**   **CONFIDENTIAL PROPERTY OF SYSCO**

| DELIV. DATE 1/21/09 | CUSTOMER 623363  901210506 | INVOICE NUMBER 1 | PAGE 2 |
|---|---|---|---|
| TRUCK STOP /005 ROUTE | PURCHASE ORDER non-food 3064 | | |

COD - NO SIGN
TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
MANIFEST# 8605251 NORMAL DELIVERY
MA. S74  KERRY NOSSOR
DRIVER:  SMITH/SCOTT

| O/C | QTY | PACK | SIZE | ITEM DESCRIPTION | CODE | ITEM # | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | T/I CODE | P INVOICE ADJUSTMENTS QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C | 4 | CS | 121 PT | SYS IMP TOMATO CHERRY FRESH | | 2203024 | 20.51 | | 82.04 | | |
| C | 4 | CS | 140# | PACKER LIME FRESH 200-230 CT | | 5434626 | 28.33 | | 28.33 | | |
| C | 25 | CS | 45 LB | SYS IMP LETTUCE SAL MIX SEPARATE FRSH | 40570 | 6232375 | 16.50 | | 33.00 | | |
| C | 1 | FC | 15 LB | PACKER MUSHROOM BUTTON SLI FRESH | | 7623697 | 10.50 | | 10.50 | | |
| C | 3 | CS | 41 GAL | SEAFRSH JUICE ORANGE | | 1001170 | 16.50 | | 49.50 | | |
| | | | | GROUP TOTAL***** | | | | | 280.77 | | |
| | | | DRY MEATS | | | | | | | | |
| D | 1 | CS | 616 OZ | SYS CLS BACON HIT PURE | 640006-895 | 4000683 | 34.70 | 34.70 | 34.70 | | |
| | | | | CANNED & DRY | | | | | | | |
| D | 2 | CS | 1246 OZ | SCRANTO MIX COCKTAIL BLDY MARY | SACZA46 | 0964973 | 21.31 | | 42.62 | | |
| D | 4 | CS | 110 LB | SYS CLS COOKIE ASST 324 CT | 33093 | 2872372 | 20.98 | | 83.92 | | |
| D | 2 | CS | 6#10 | SYS CLS SALAD THREE BEAN FCY | 392281 | 4000782 | 32.98 | | 65.96 | | |
| D | 1 | CS | 41 GAL | SYS REL MUSTARD PRPD | 71419-SYS | 4006722 | 15.50 | | 15.50 | | |
| D | 1 | CS | 245 OZ | LEA&PER SAUCE WORCESTERSHIRE | 5160000003 | 4007852 | 34.17 | | 34.17 | | |
| D | 1 | CS | 241 LB | ARGO CORN STARCH | 07132 | 4032991 | 22.88 | | 22.88 | | |
| D | 1 | CS | 241 LB | DOMINO SUGAR BROWN LIGHT | 401358 | 4281440 | 22.50 | | 22.50 | | |
| D | 1 | SCS | 6#10 | SYS CLS MARMALADE ORANGE FCY | 04052357004 | 4334082 | 46.05 | | 46.05 | | |
| D | 2 | CS | 616 OZ | SYS CLS CHIP POTATO REGULAR | 12255 | 4352977 | 13.50 | | 27.00 | | |
| D | 1 | S | ONLY1 GAL | SYS OTT SAUCE TERIYAKI | | 4482808 | 13.70 | | 13.70 | | |
| D | 1 | CS | 6#10 | SYS OTT SAUCE MARINARA PREMIUM | OTNNA99 | 4594586 | 29.97 | | 29.97 | | |
| D | 4 | CS | 254 64OZ | KEEBLER CRACKER ASST MEDLEY SLEEVES | 37739 | 4730883 | 33.98 | | 135.92 | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 32 | 1 | 33 | 32.3 | 764 |

DRIVER'S SIGN

OPEN: 8:00 AM      CLOSE: 5:00 PM

NO PCS DELVD   SIGN  X
NO PCS REC.

CUST COPY INVOICE CHARGES RECEIPT OF ALL ITEMS.   SIGN  X

PAYABLE ON OR BEFORE

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| SUB TOTAL | | |
| TAX TOTAL | | |
| INVOICE TOTAL | 1815.02 | |

CONT. ON PAGE 3

PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

003

**SYSCO**
SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/21/09 | 623363 | 901210506 | 1   3 |

| TRUCK STOP | PURCHASE ORDER |
|---|---|
| /005 | |
| ROUTE 3064 | |

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD - NO SIGN   non food
MANIFEST# 860525 NORMAL DELIVERY
MA: S/4 KERRY MOSSOR
DRIVER: SMITH, SCOTT

| CO | QTY | S/PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | T/I CODE | P INVOICE ADJUSTMENTS QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| D | 1 | CS | 41 GAL | SYS CLS SAUCE BBQ CATTLE SMOKEY | 72171-SYS | 49538857 | 34.00 | | 34.00 | | |
| D | 1 | CS | 25 LB | LABELLA PASTA BOWTIE | 6007342 | 53095471 | 14.00 | | 14.00 | | |
| D | 15 | CS | 12 OZ | BADIA SPICE PARSLEY FLAKES | 603 | 5467075 | 8.99 | | 8.99 | | |
| D | 1 | CS | 210 LB | AREEZZIO PASTA ROTINI GARDEN | 6005341 | 55880171 | 22.98 | | 22.98 | | |
| D | 15 | CS | ONLY16 OZ | BADIA SPICE PAPRIKA SPAN | 541 | 56560341 | 4.50 | | 4.50 | | |
| D | 1 | CS | 210 LB | AREEZZIO PASTA PENNE RIGATE | 6005391 | 57768931 | 19.50 | | 19.50 | | |
| D | 20 | CS | 2416.30Z | NAICRYS WATER SPRING BTLD HALF LIT | 410210360 | 6193791 | 4.55 | | 91.00 | | |
| D | 2SCS | 4138 OZ | CASASOL SALSA CHUNKY MED AUTHENTIC | 14069 | 7039407 | 43.00 | | 86.00 | | |
| D | 2 | CS | ONLY16 OZ | BADIA SPICE CUMIN GRND | 516 | 7223944 | 7.66 | | 7.66 | | |
| D | 2 | CS | 61 LB | EBRICLS PRETZEL MINI | 222850 | 7705221 | 9.80 | | 19.60 | | |
| D | 1S | CS | ONLY7.25 | BAREEZZIO SPICE GARLIC GRANULATED | 70969-00083 | 8015514 | 19.00 | | 19.00 | | |
| D | 2SCS | 648 OZ | AREEZZIO GARLIC CHOPPED IN OLIVE | 70969-00151 | 8015125 | 27.00 | | 27.00 | | |
| D | 2 | CS | 666.50Z | INILCLS TUNA TONGOL CHUNK IN WTR | 7721-994 | 8524258 | 61.20 | | 122.40 | | |
| D | 2SCS | 32 LB | CASASOL CHIP TORTILLA RND YELLW PRE | | 87692442 | 9.25 | | 18.50 | | |
| OUT | CS | 91 LB | EBRICLS CHIP POTATO RIPPLE CUT/STOCK 2 | 228710 | 9554817 | | | | | |
| D | 1 | CS | 681 OZ | DOLE SALAD FRUIT TROPICAL POUCH PAK | 09097 | 9849100 | 33.59 | | 67.18 | | |
| D | 1 | CS | 82.25 | BSYS CLS CROUTON MULLI-GRAIN C/G HRSTY | 74871 | 9909284 | 40.19 | 1142.69 | 40.19 | | |

PAPER & DISPOSABLES GROUP TOTAL****

| CO | QTY | S/PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | T/I CODE | |
|---|---|---|---|---|---|---|---|---|---|---|
| D | 1 | CS | 25100 | CISYSCO CUP PLAS TRANS 5OZ SOFT | SY5N25 | 3288339 | 37.98 | | 37.98 | | |
| D | 4 | CS | 25100 | CISYSCO CUP PLAS TRANS 10OZ SOFT | SY10N25 | 3289550 | 54.00 | | 216.00 | | |

OPEN: 8:00 AM    CLOSE: 5:00 PM

CUST SIGN X ____ ACCEPTS INVOICE CHARGES RECEIPT OF ALL ITEMS

| | NO PCS DEVO | | NO PCS REC. | | PAYABLE ON OR BEFORE | REMIT TO: SYSCO - CENTRAL FLORIDA PO BOX 40 OCOEE, FL 34761 | |
|---|---|---|---|---|---|---|---|

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 41 | 4 | 45 | 50.5 | 1112 |

DRIVER'S SIGN _____

| SUB TOTAL | |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | 2671.50 |

CONT. ON PAGE 4

IMPORTANT PLEASE PROVIDE... THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATE

# SYSCO

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL   FL  32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL   FL  32920

**DELIVERY COPY**  **CONFIDENTIAL PROPERTY OF SYSCO**

| DELV. DATE | 1/21/09 | | |
| TRUCK STOP | /005 | | |
| ROUTE | 3064 | | |
| CUSTOMER | 623363 | | |
| INVOICE NUMBER | 901210506 | | |
| PAGE | 1 | OF | 4 |

PURCHASE ORDER: non_food
TERMS -- PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD - NO SIGN
MANIFEST#  860525 NORMAL DELIVERY
MA: S74  KERRY MOSSOR
DRIVER: SMITH, SCOTT

| QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | T/I CODE | INVOICE ADJUSTMENTS QTY |
|---|---|---|---|---|---|---|---|---|---|
| 4 CS | 2050 CT | SYSCO  CUP PLAS TRANS 12OZ SOFT | 3289717 | 29.98 | | 119.92 | | |
| | | **DAIRY** | | | | | | |
| | | **FROZEN** | | | | | | |
| 1 CS | 53 4 LBWILFARM BUTTER CHIP CNTL USDA AA 59 | 4373660 | 42.75 | | 42.75 | | |
| | | **MEATS** | | | | | | |
| 1 CS | 46-10# ECH BLK PORK LOIN CC BNLS STRP/ON FR | 6268710 | 1.800 | | 64.80 | | |
| | | GROUP TOTAL***** | | | | 64.80 | | |
| | | **POULTRY** | | | | | | |
| 4 CS | 35 LB  SOUTHS CHICKEN MEAT DICED WHT PRCKD | 0080788 | 41.98 | | 167.92 | | |
| | | GROUP TOTAL***** | | | | 167.92 | | |
| 10 CS | 424 CT HRSCLLS DANISH ASST PET 1.25 OZ | 2290682 | 36.25 | | 362.50 | | |
| 1 CS | 64CT HRSCLLS ROLL HOAGIE HNGD SLI | 3789088 | 33.50 | | 33.50 | | |
| 4 CS | 440.4 OZ HRSCLLS DONUT SUGAR PWDRD MINI SLI | 5170956 | 37.50 | | 150.00 | | |
| 3 CS | 296 OZ PACKER BROWNIE CHOC TOPPED 12X16 2NDS | 5615403 | 10.50 | | 31.50 | | |
| 2 CS | 2016IN AREZZIO PIZZA CRUST RASD/EDG THK P 25429-071 | 6274542 | 26.75 | | 53.50 | | |
| 2 CS | 156 CT HRSCLLS BAGEL ASST SLI 3 OZ | 6696058 | 30.98 | | 61.96 | | |
| 5 CS | 448CT PEPFARM MUFFIN ASSORTED MINI | 7140858 | 40.98 | | 204.90 | | |

| | | FROZEN GROUP TOTAL***** | | | | 30.00 | | |
| | | DAIRY GROUP TOTAL***** | | | | 534.32 | | |

| 2 CS | 1 CS100FEA PAPCON LINER PAN QUILLON 16.5X24.5 | 4335774 | 43.50 * | 2.61 | 43.50 * | | |
| 2 CS | 124.IN SYS CLS PFILM PVC ROLL 2000 W/SLI CUTR | 3302601 | 24.98 | 1.50 | 24.98 * | | |
| 1 CS | CS100EA | 3302601 | | | | | |
| 1 CS1000FEACH SYS CLS KNIFE PLAS BLK MEDHVY MDLN MM-KN-SYS | 6305783 | 30.00 | | 30.00 | | |
| 1 CS1000FEACH SYS CLS FORK PLAS BLK MEDHVY MDLN MM-FK-SYS | 6305767 | 30.97 | | 61.94 | | |

OPEN: 8:00 AM    CLOSE: 5:00 PM

INVOICE EVIDENCES RECEIPT OF ALL ITEMS

CUST SIGN: X

| CASES SPLIT | TOT PCS | NO PCS DELVD | NO PCS REC |
|---|---|---|---|
| 42 | 42 | | |

| CUBE | GROSS WT |
|---|---|
| 47.4 | 614 |

PAYABLE ON OR BEFORE

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| SUB TOTAL | | |
| TAX TOTAL | | |
| INVOICE TOTAL | 4125.17 | |

CONT. ON PAGE  5

IMPORTANT: EACH PROVISION, IF ANY, CONTAINED IN THIS INVOICE OR OTHERWISE LISTED ON THIS INVOICE WHICH STATES THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

DRIVER'S SIGN

003

# SYSCO

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL  FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL  FL 32920

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/21/09 | 623363 | 901210506 | 1  5 |
| TRUCK/STOP /005 | | | |
| PURCHASE ORDER 3064 | | | |

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD - NO SIGN   non-food
MANIFEST# 860525 NORMAL DELIVERY
MA: S74  KERRY MOSSOR
DRIVER: SMITH, SCOTT

| QTY SHIP/PACK | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | T/I | P/I INVOICE ADJUSTMENTS CODE QTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | ORDER SUMMARY: 36620 | | | | | | |
| | | | GROUP TOTAL**** | | | 897.86 | | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 142 | 5 | 147 | 154.1 | 3138 |

NO PCS DELVD.   NO PCS REC.

DRIVERS SIGN
CUST SIGN  X

OPEN: 8:00 AM   CLOSE: 5:00 PM

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE 1/22/09

| | |
|---|---|
| SUB TOTAL | 4125.17 |
| TAX TOTAL | 4.11 |
| INVOICE TOTAL | 4129.28 |

**LAST PAGE**

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

CUST SIGN X ABOVE INVOICE EVIDENCES RECEIPT OF ALL ITEMS

CONFIDENTIAL PROPERTY OF SYSCO

SYSCO

DELIVERY COPY

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL

PORT CANAVERAL        FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL        FL    32920

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| DLV'D DATE | REP | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|---|
| 1/23/09 | | 623363 | 901230546 | 3 | 1 |
| TRUCK | STOP | | | |
| 014 | | | | |

| PURCHASE ORDER | | |
|---|---|---|
| Food | | |

COB'S  NO SIGN
MAN FEST# HOUR9 NORMAL DELIVERY
WA: S74  KERRY MOSSOR
DRIVER: MEISTER, ROBERT

| CNTV | SPLIT | TOT PCS | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX/AMOUNT | EXTENDED PRICE | X/R | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CS | | | COOLER DAIRY | | | | | | | |
| | CS | | 12 32.OZ | HLF ARM CREAMER HALF & HALF EST | 3062500 | 20.82 | | 20.82 | | | |
| | CS | | 25 LB | HLF ARM CHEESE COTTAGE SMALL CURD 4% | 5020896 | 16.98 | | 33.96 | | | |
| 1 | CS | | 6 LB | AREZZIO CHEESE MOZ FTHR SHRED WM | 5686688 | 61.50 | | 61.50 | | | |
| 1 | CS | | 120 LB | HICRUST EGG HARDBOILED WHL PEEL SEL | 5056 | 37.98 | | 37.98 | | | |
| 24 | CS | | 35 # | BRCLIM CHEESE CUBE CHDR/COLCKY/PEPRJ | 7234958 | 46.98 | | 93.98 | | | |
| | CS | | 3603/3.OZ | HLF ARM CREAMER HALF & HALF STBL | 8116055 | 103.42 | | 103.42 | | | |
| | CS | | | MEATS | | | | 328.29 | | | |
| | CS | | 10 LB | FIRECLIS BEEF GROUND BULK 81/19 FINE | 0231YWA | 59.98 | | 199.96 | | | |
| | CS | | 56 #AVG | RSV BEEF EYE OF RND CH ANGUS | 5644291 | 2.690 | | 343.05 | | | |
| | CS | | | BGH RSV BEEF EYE OF RND CH T WT= | 23.300 | | | | | | |
| | CS | | | BGH RSV BEEF EYE OF RND CH WT= | 25.600 | | | | | | |
| | CS | | 6-10 # | BGH BLK PORK LOIN CC BNLS STRP/ON | 5842393 | 2.772 | | 66.10 | | | |
| | CS | | | BGH BLK PORK LOIN CC BNLS STRP/ON WT= | 37.300 | | | | | | |
| | CS | | 37.300 | POULTRY | | | | 530.08 | | | |
| | CS | | | GROUP TOTAL **** | | | | | | | |
| | CS | | 4 0 LB | SYS REL CHICKEN CVP BRST RIM 10OZ & UP | 7203474 | 51.90 | | 103.80 | | | |
| | CS | | | CANNED & DRY | | | | 103.80 | | | |
| | LB | | 61 | SYS TMP SOUP BASE BEEF NO MSG/HVP 7280-SYS | 4942260 | 31.50 | | 31.50 | | | |
| | CS | | | PRODUCE | | | | 31.50 | | | |
| | CS | | 50-55 | PACKER CUCUMBER SELECT FRESH | 1000314 | 30.25 | | 30.25 | | | |
| | CS | | 1125 | PACKER ORANGE FLORIDA FRESH | 1265143 | 11.00 | | 11.00 | | | |
| | PT | | 121 | PACKER TOMA TO GRAPE SWEET FRSH | 1579424 | 18.00 | | 36.00 | | | |

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| | | |
|---|---|---|
| CASES | SPLITS | TOT PCS |
| 27 | | 27 |

| CUBE | GROSS WT |
|---|---|
| 26.9 | 732 |

DRIVER'S
SIGN

NO PCS
DELVD

CUST
SIGN   X

NO PCS
REC.

PAYABLE ON OR BEFORE

| REMIT MO. | | |
|---|---|---|

| SUB TOTAL | 1070.95 |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE    2

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL   FL   32920
321-720-9388

LAS VEGAS CASINO CRUISE LINES LLC
PO BOX 567
PORT CANAVERAL   FL   32920

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
20 WEST STORY ROAD
OCOEE FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| DELIV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 07/23/09 | 623363 | 901230546 | 3 of 2 |

TRUCK/STOP 014
ROUTE 5067

PURCHASE ORDER: food
TERMS: NO SIGN
COD: NO SIGN
WANTEDST#: 860341 NORMAL DELIVERY
MA#: 574 KERRY MOSSOR
DRIVER: MEISTER, ROBERT

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| QTY SHIP | SPLIT | TOT PCS | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED | A/H CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | | 28 LB | | PACKER PEPPER SUNTAN FRESH | 1837543 | 19.20 | | 19.20 | | |
| 1 | FC | | 24 CT | | PACKER LETTUCE ROMAINE FRESH W/LINER | 2175248 | 24.75 | | 24.75 | | |
| 1 | FC | | 24 CT | | SYS NAT LETTUCE ROMAINE FRESH W/LINER | 1723816 | 26.50 | | 26.50 | | |
| 1 | CS | | 28 LB | | SYS IMP SALAD FRUIT | 3856507 | 25.00 | | 150.00 | | |
| 1 | CS | | 25 LB | | SYS REL TOMATO BULK UTILITY FRESH | 4935623 | 17.00 | | 17.00 | | |
| 5 | SS | | 45 LB | | SYS IMP LETTUCE SALAD MIX SEPARATE FRESH | 6232375 | 16.50 | | 66.00 | | |
| 4 | SS | | 45 LB | | SYS IMP LETTUCE SHRED 1/8" FRESH | 4031051 | 16.90 | | 16.90 | | |
| 1 | SS | | 45 LB | | PACKER MUSHROOM BUTTON SEL FRESH | 7623697 | 10.50 | | 10.50 | | |
| 1 | CS | | 1 LB | | SEAL TST JUICE ORANGE | 7883127 | 16.50 | | 333.00 | | |
| 2 | CS | | 4 GAL | | GREEN ANGEL HAIR W/CAR | 9315805 | 16.98 | | 67.50 | | |
| 1 | CS | | | | GROUP TOTAL **** | | | | 67.29 | | |
| | | | | | CANNED & DRY | | | | | | |
| 1 | CS | | 10 LB | | SYS CLS COOKIE ASST 3/4" CT | 33093 | 20.98 | | 41.96 | | |
| 2 | CS | | 65 LB | | GILSTER MIX BROWNIE | 65038 | 26.98 | | 26.98 | | |
| | | | | | BADIA SPICE CUMIN GRND | 516 | 4.56 | | 91.00 | | |
| 20 | CS | | 24/6.90Z | | NATCRYS WATER SPRING BTLD HALF LIT 410210360 | 6193779 | 7.66 | | 7.66 | | |
| 2 | CS | | 16 OZ | | CASASO. CHIP TORTILLA RND YELLW PRE 7721-894 | 7223944 | 9.25 | | 18.50 | | |
| 1 | CS | | 8 OZ | | EMP MCC SPICE LEMON PEPPER 90010606 | 8769242 | 10.37 | | 10.37 | | |
| | | | | | GROUP TOTAL **** | | | | 196.47 | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT. |
|---|---|---|---|---|
| 45 | 2 | 47 | 42.4 | 1091 |

NO PCS DELVD. | CUST SIGN X | NO PCS REC.

DRIVERS SIGN

PAYABLE ON OR BEFORE

SUB TOTAL
TAX
TOTAL TAX
INVOICE TOTAL   1657.46

CONT. ON PAGE 3

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

# SYSCO

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL   FL   32920
321-720-9388

PO BOX 587
PORT CANAVERAL   FL   32920

LAS VEGAS CASINO LINES LLC

| DELIV. DATE | | | CUSTOMER | | INVOICE NUMBER | | PAGE |
|---|---|---|---|---|---|---|---|
| 1/23/09 | | | 623363 | 901230546 | | 3 | 3 |

| TRUCK | STOP | ROUTE | | PURCHASE ORDER | | |
|---|---|---|---|---|---|---|
| | 014 | 5067 | | food | | |

COMM: NO SIGN
MANIFEST # 80949 NORMAL DELIVERY
MA: S/4 KERRY MOSSOR
DRIVER: MEISTER, ROBERT

| QTY | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | A P | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FROZEN MEATS | | | | | | | |
| CS | 1 | 28 | 10LB | SYS CLS TURKEY BRST BNLS RAW FOIL | 4712261 | 60.040 | | | | | |
| | | | | 19.480   GROUP TOTAL **** | | | | | | | |
| | | | | POULTRY | | | | | | | |
| CS | 1 | 10 | LB | SEABEST TILAPIA FIL SKLS PNS 5-7 | 3027520 | 25.75 | | 25.75 | | | |
| | | | | GROUP TOTAL **** | | | | | | | |
| | | | | SEAFOOD | | | | | | | |
| CS | 1 | 45 | LB | HEB NAT FRANK ALL BEEF 8X1 | 9172272 | 27.98 | | 27.98 | | | |
| | | | | GROUP TOTAL **** | | | | | | | |
| CS | 1 | 25 | LB | ADVANCE BEEF SIRL BULK SHNGLE STEAK | 4803807 | 61.50 | | 61.50 | | | |
| | | | | GROUP TOTAL **** | | | | | | | |
| CS | 1 | 216 | CT | SYS CLS ROLL DINNER ASST SOFT BKD .90Z | 1010610 | 29.90 | | 29.90 | | | |
| CS | 1 | 64 | LB | SYS CLS VEGETABLE BLEND CHFCUT SPRIN | 3533585 | 29.98 | | 29.98 | | | |
| CS | 1 | 440 | 4 OZ | BRKSCLS DONUT SUGAR PWDRD MINI 'LS | 7095 | 37.50 | | 75.00 | | | |
| CS | 2 | 2016 | | RICHS DOUGH PIZZA PRESHT OVN RSG | 0360 | 45.75 | | 45.75 | | | |
| CS | 1 | 206 | OZ | PACKER BROWNIE CHOC TOPPED 12X16 2NDS | 5615403 | 10.50 | | 21.00 | | | |
| CS | 1 | 122 | LB | SYS IMP BEAN GREEN MIL 1QF | 9505009 | 32.12 | | 32.12 | | | |
| CS | 1 | 141 | .90Z | COSTNZO BUN HOT DOG | 9859687 | 28.25 | | 28.25 | | | |
| | | | | GROUP TOTAL **** | | | | | | | |

**ORDER SUMMARY**

| CASES | SPLIT | TOT.PCS. | CUBE | GROSS WT. |
|---|---|---|---|---|
| 30 | | 30 | 26.8 | 515 |
| 102 | 2 | 104 | 96.1 | 2338 |

41003

| NO PCS DELVD | CUST. SIGN | NO PCS REC |
|---|---|---|
| | X | |

DRIVER'S SIGN

REMIT NO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE 1/24/09

| SUB TOTAL | 2624.51 |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | 2624.51 |

LAST PAGE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

CONFIDENTIAL PROPERTY OF SYSCO

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-14, 00-2504 AND 60-7414 ARE INCORPORATED HEREIN BY REFERENCE

# SYSCO

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-0500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL    32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL    32920

**DELIVERY COPY**

CONFIDENTIAL PROPERTY OF SYSCO

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/27/09 | 623363 | 90127 0453 | 3    1 |

TRUCK/STOP: /004    REQUIRED:

PURCHASE ORDER: 2066

TERMS: NON-FOOD

COD - NO SIGN — PAST DUE INVOICES ARE SUBJECT TO SERVICE CHARGE

MANIFEST# 881503 NORMAL DELIVERY

MA-ST4 KERRY MOSSON

DRIVER: STAPLES TIMOTHY

| O QTY | CASES SPLIT/TOT PCS | PACK SIZE | BRAND | ITEM CODE | ITEM DESCRIPTION | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | X | P INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|

DRY PAPER & DISPOSABLES

CHEMICAL & JANITORIAL

SUPPLIES & EQUIPMENT

GROUP TOTAL****

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | | | | | SUB TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 19 | | 19 | 14.0 | 289 | | | | | |

| NO PCS DELVD | NO PCS REC | | | TAX TOTAL |
|---|---|---|---|---|
| | | | | |

DRIVER'S SIGN

CUST SIGN X

PAYABLE ON OR BEFORE

REMIT TO:
SYSCO CENTRAL FLORIDA
SYSCO BOX 40
OCOEE, FL 34761

INVOICE TOTAL

CONT. ON PAGE 2

CONFIDENTIAL PROPERTY OF SYSCO

DELIVERY COPY

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL    32920

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/27/09 | 623363 | 901270453 | 3    2 |

| ROUTE | STOP | PURCHASE ORDER | |
|---|---|---|---|
| 2066 | 004 | | non-food |

TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD - NO SIGN
MANIFEST# 881503 NORMAL DELIVERY
MA 1574 KERRY MOSSOR
DRIVER: STAPLES,TIMOTHY

| OC | QTY | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | X | INVOICE ADJUSTMENTS QTY CODE |
|---|---|---|---|---|---|---|---|---|---|---|

**ORDER SUMMARY** 46185

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | NO PCS DELVD | CUST SIGN | NO PCS REC |
|---|---|---|---|---|---|---|---|
| 19 | 19 | 14.0 | | 289 | | X | |

SYSCO
PO BOX 40
OCOEE, FL 34761

SYSCO CENTRAL FLORIDA
PAYABLE ON OR BEFORE 1/28/09

| SUB TOTAL | 763.49 |
|---|---|
| TAX TOTAL | 37.21 |
| INVOICE TOTAL | 800.70 |

DRIVER'S
SIGN

LAST PAGE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL  32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 1687
PORT CANAVERAL    FL  32920

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE   FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| DELV DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/27/09 | 623363 | 90127045A | 1 |

ROUTE 004    2056

TERMS NO SIGN
MON TEN# SIGN EDI NORMAL DELIVERY
MAT TEN#
DRIVER: STAPLES, TIMOTHY

| QTY | CS | PACK | SIZE | BRAND | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL  34761

| SUB TOTAL | 1840.81 |
|---|---|
| TAX | |
| INVOICE TOTAL | |

CONT. ON PAGE 2

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

CONFIDENTIAL PROPERTY OF SYSCO

# SYSCO

**DELIVERY COPY**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL    32920

| DELIVERY DATE | 1/27/09 | CUSTOMER | 623363 | INVOICE NUMBER | 901270454 |
| ROUTE | 004 | | | PAGE | 1 | 2 |

PURCHASE ORDER: Food
TERMS:
COD - NO SIGN
MANIFEST#: 66503
MA: 574
DRIVER: STAPLES, TIMOTHY

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| QTY | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CS SPLIT | TOT PCS | PACK | SIZE | ITEM DESCRIPTION | TERM CODE | UNIT PRICE | EXTENDED AMT | CODE | INVOICE ADJUSTMENTS | QTY |

*** GROUP TOTAL**** WT=    73,000

POULTRY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | CS | 8 | 5 LB | SYS:REL CHICKEN CVE BRST SLI | 75 OZ | | | |

*** GROUP TOTAL**** WT=    75,000

CANNED & DRY

PRODUCE

GROCERY

MEAT

SEAFOOD

---

CASES SPLIT: 39    TOT PCS: 39    CUBE: 35.9    GROSS WT: 1056

CONT. ON PAGE 3

NO PCS DELVD
NO PCS REC.

DRIVER'S SIGN

CUST. SIGN X

SUB TOTAL
TAX TOTAL
INVOICE TOTAL    2985.80

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 250-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

# SYSCO

**DELIVERY COPY**

CONFIDENTIAL PROPERTY OF SYSCO

INVOICE NUMBER | PAGE

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/27/09 | 623363 | 90127045 4 | 1 | 3 |

ROUTE / STOP: 2066

PURCHASE ORDER: Food

COD – NO SIGN
MANIFEST# 161301 NORMAL DELIVERY
MA: S/4 KERRY MOSSOM
DRIVER: STAPLES, TIMOTHY

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL    32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL    32920

| QTY | SHIP PACK | PACK | SIZE | BRAND | ITEM DESCRIPTION | ITEM | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | PINVOICE CODE | PINVOICE ADJUSTMENTS QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C | | SCS | 5 | 10 LB | NO STAR | POTATO DICED RED SKIN | 6243338 | 21.50 | | 264.50 | X | |
| G | | SCS | 4 | 5 LB | SYS IMP | LETTUCE SHRED 1/8 | 6552440 | 16.30 | | 16.30 | | |
| G | | SCS | 1 | 16-2 LB | PACKER | GRAPE RED SEEDLS | 7603053 | 22.40 | | 22.40 | | |
| G | | CS | 4 | GAL | SEALTST | JUICE ORANGE | 7893327 | 16.50 | | 49.50 | | |
| C | | SCS | 5 | 10 LB | SYS IMP | ONION YELLOW JUMBO FRESH BOX | 8319918 | 19.30 | | 193.00 | | |
| | | | | | | | | | 66.34 | | |
| | | | | DRY | CANNED & DRY | | | | | | |
| C | | CS | 1 | 1246 OZ | CRMTO | MIX COCKTAIL BLDY MARY | SACA446 | 21.31 | | 42.62 | | |
| G | | CS | 1 | 10 LB | SYS CLS | COOKIE ASST 324 CT | 33093 | 20.96 | | 125.88 | | |
| C | | CS | 1 | 25 LB | SYS CLS | FLOUR H&R ALL PURPOSE | 94480 | 10.20 | | 10.20 | | |
| G | | BG | 1 | 1246 OZ | COLE | JUICE PNPL NOT FRM CONC 100% | 808 | 22.58 | | 68.91 | | |
| C | | CS | 1 | 6#10 | HEINZ | KETCHUP PACKET FCY | OTTNA99 | 28.25 | | 56.50 | | |
| G | | CS | 1 | 31 GAL | SYS CTT | SAUCE MARINARA PREMIUM | 67886 | 29.97 | | 119.88 | | |
| G | | CS | 1 | 41 GAL | ELITE | BUTTER ALTERNATE LIQ | 5983340 | 34.50 | | 69.00 | | |
| C | | CS | 1 | 4138 OZ | BIRD | RELISH SWT GRN FCY PR 12805230 | 6103121 | 29.98 | | 29.98 | | |
| G | | CS | 1 | 216.90Z | NATCHYS | WATER SPRING BTLD HALF LIT 410 | 703907 | 4.55 | | 91.00 | | |
| C | | CS | 1 | 4138 OZ | CASASOL | SALSA CHUNKY MED AUTHENTIC | 14069 | 43.00 | | 129.00 | | |
| C | | CS | 1 | 5 LB | SNYDERS | PRETZEL HARD OLD TYME | 025740 | 8.00 | | 24.00 | | |
| C | | CS | 1 | 61 LB | BRICKS | PRETZEL MINI | 228850 | 9.90 | | 39.20 | | |
| C | | CS | 1 | 32 LB | CASASOL | CHIP TORTILLA RND YELLW PRE 77 | 876924 | 9.25 | | 18.50 | | |
| G | | SCS | 1 | 9 LB | BRICKS | CHIP POTATO RIPPLE | 228710 | 19.00 | | 114.00 | | |

GROUP TOTAL****

PAYABLE ON OR BEFORE

SYSCO – CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| | | |
|---|---|---|
| SUB TOTAL | | 4097.70 |
| TAX TOTAL | | |
| INVOICE TOTAL | | |

CONT. ON PAGE 4

DRIVER'S SIGN

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 68 | | 68 | 74.5 | 1706 |

NO. PCS DELVD.

CUST. SIGN  X _____

NO. PCS REC.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 00-250.5 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

# SYSCO

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL   FL   32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL   FL   32920

| DELIVERY COPY | | CONFIDENTIAL PROPERTY OF SYSCO |
|---|---|---|
| DELIVERY DATE | 1/27/09 | CUSTOMER | 623363 | INVOICE NUMBER | 901270454 | PAGE | 1 | 4 |

DELIVERY DATE 1/27/09
PURCHASE ORDER
SCHEDULE 2066 / 014
PURCHASE ORDER
TERMS
COD - NO SIGN
MANIFEST#
DRIVER: STAPLES, TIMOTHY

| QTY | | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX | EXTENDED AMOUNT | A/P CODE | INVOICE ADJUSTMENTS QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **DISPENSER & BEVERAGE** | | | | | | |
| SCS | 1 | 100 | 100% THSE REC TEA BAG IND ENT HOT | | | | | | |
| | | | | **GROUP TOTAL * * * *** | | | | 28.90 | | |
| | | | | **FROZEN** | | | | | | |
| | | | | **MEATS** | | | | | | |
| CS | 1 | 25 LB | HORMEL BACON PIECES EXTRA CKD 3/8" | | 41160 | 43.20 | | 43.20 | | |
| CS | 1 | 10-9 AVE | SMTHFLD PORK BOSTON BUTT BL COV | 77.040 | .990 | | 179.88 | | |
| | | | | **GROUP TOTAL * * * *** | | | | | | |
| | | | | **SEAFOOD** | | | | | | |
| CS | 1 | 10 LB | SEABRST BREADED FILSKS SENNES | 35.02 | 62.490 | | 167.88 | | |
| | | | | **GROUP TOTAL * * * *** | | | | | | |
| | | | | **POULTRY** | | | | | | |
| CS | 1 | 40 LB | TYSON CHICKEN TENDER BRDD | 20.030 | 2.750 | | 194.69 | | |
| CS | 1 | | COUDEES CHICKEN MEAT DICED WHT BRDKD | | | | | | |
| | | | | **GROUP TOTAL * * * *** | | | | | | |
| CS | 1 | 12.5 LB | SYS CLS PEA GREEN GR A P | 25.98 | | 51.96 | | |
| CS | 1 | 12.5 LB | SYS CLS TURKEY BRST BNLS RAW FDLE | 25.98 | | | | |
| CS | 1 | 12.5 LB | CURSPEC CORN WHL KERNEL GR A P | 26.75 | | 26.75 | | |
| CS | 1 | 105 OZ | PEPFARM DANISH PECAN SPIN | 8.00 | | 72.00 | | |
| CS | 1 | 4 CT | PEPFARM DANISH ASST MINI | 35.90 | | 287.20 | | |
| CS | 1 | 64 LB | SYS CLS ROLL DINNER ASST SOFT BKD | 29.98 | | 59.96 | | |
| CS | 1 | 440.4 OZ | BRSCLS DONUT SUGAR BLEND CIRCUT SPRIN | 29.98 | | 179.88 | | |
| CS | | | BRSCLS DONUT SUGAR BLEND CIRCUT MINT T&S | 37.50 | | 150.00 | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | NO PCS DELVD | CUST SIGN | NO PCS REC | PAYABLE ON OR BEFORE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 48 | 42.7 | 869 | | | X | | SYSCO - CENTRAL FLORIDA | | |

DRIVER'S SIGN

PAYABLE ON OR BEFORE
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| SUB TOTAL | | |
|---|---|---|
| TAX TOTAL | | |
| INVOICE TOTAL | 5764.01 |

CONT. ON PAGE  5

DELIVERY COPY    CONFIDENTIAL PROPERTY OF SYSCO

# SYSCO

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD,
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL  FL  32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL  FL  32920

| DELIVERY DATE | CUSTOMER # | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/27/09 | 623363 | 901270454 | 1 5 |

ROUTE 004    NO. OF PIECES 2066

PURCHASE ORDER
TERMS: NET 15 DAYS
COD - NO SIGN
MANIFEST# 1606503 NORMAL DELIVERY
MA 1 S 14 KEPRS MOSDY
DRIVER: STAPLES TIMOTHY

| QTY | OUT | S/O | CS | PACK | SIZE | ITEM CODE | ITEM DESCRIPTION | UNIT PRICE | EXT PRICE | INVOICE ADJUSTMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CS | | 201C | 5335544 | RICHS DOUGH PIZZA FRESH DWN RSG | .3604 | | |
| | | | CS | | | 6996058 | OUT/STOCK | 30.98 | 30.98 | |
| 6 | | | CS | 156 CT | | 7140858 | BRCLS BAGEL ASST SLI 3 OZ | 40.98 | 245.88 | |
| 6 | | | CS | 448CT | | 9605009 | PEPFARM MUFFIN ASSORTED MINI | 33.12 | 1200.397.36 | |
| | | | CS | 122 LB | | | SYS IMP BEAN GREEN WHL 10F | | | |

ORDER SUMMARY  GROUP TOTAL

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | NO PCS DELVD | CUST SIGN | NO PCS REC |
|---|---|---|---|---|---|---|---|
| 214 | 10 | 214 | 12.4 | 161 | | | |
| | | 209.6 | | 4752 | | | |

DRIVER'S SIGN

REMIT TO:
SYSCO CENTRAL FLORIDA
PO BOX 4
OCOEE, FL 34761

PAYABLE ON OR BEFORE 1/28/09    LAST PAGE

| SUB TOTAL | TAX TOTAL | INVOICE TOTAL |
|---|---|---|
| | 6137.23 | 6137.23 |

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

DELIVERY COPY     CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL   FL 32920
321-720-9388
LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL   FL 32920

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/30/09 | 623363 | 901300387 | 7 of 1 |

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

TERMS - NO SIGN
COD - NO SIGN
MANIFEST# 862139 NORMAL DELIVERY
MA: 574   KERRY MOSSOR
DRIVER: MEISTER, ROBERT

| QTY | SPLIT/TOT PCS | PACK | SIZE | BRAND | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | X | INVOICE ADJUSTMENT QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | COOLER | | | | | | |
| | | | | | DAIRY | | | | | | |
| | | | | | *** GROUP TOTAL *** | | | | | | |
| | | | | | MEATS | | | | | | |
| | | | | | *** GROUP TOTAL *** | | | | | | |
| | | | | | POULTRY | | | | | | |
| | | | | | *** GROUP TOTAL *** | | | | | | |
| | | | | | CANNED & DRY | | | | | | |
| | | | | | *** GROUP TOTAL *** | | | | | | |
| | | | | | PRODUCE | | | | | | |
| | | | | | *** GROUP TOTAL *** | | | | | | |

| | | |
|---|---|---|
| SUB TOTAL | | |
| TAX TOTAL | | |
| INVOICE TOTAL | | 1301.09 |

| CASES | SPLIT/TOT PCS | CUBE | GROSS WT |
|---|---|---|---|
| 38 | 38 | 31.6 | 887 |

DRIVER'S SIGN   X

PAYABLE ON OR BEFORE

CONT. ON PAGE   2

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

# SYSCO

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL
PORT CANAVERAL #4
PORT CANAVERAL   FL   32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL   FL   32920

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/30/09 | 623363 | 90130387 | 7   2 |

ROUTE / STOP: 7004 / 5066
PURCHASE ORDER: Food
COD - NO SIGN
MANIFEST# 862179 NORMAL DELIVERY
MA: S7# KERRY MOSSOR
DRIVER: MEISTER, ROBERT

| QTY | SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | BRK AMOUNT | EXTENDED PRICE | X | INVOICE ADJUSTMENTS QTY |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | CS | | 25 LB | SYS IMP ONION RED FRESH JUMBO | 1094663 | 17.00 | | 34.00 | | |
| 2 | CS | | 100 CT | PACKER APPLE RED DEL RCY WASH 40# FRS | 1099729 | 24.50 | | 49.00 | | |
| 1 | CS | | 24 CT | PACKER CELERY PASCAL FRESH | 1184944 | 30.80 | | 30.80 | | |
| 1 | CS | | 125 CT | PACKER ORANGE FLORIDA FRESH | 1254143 | 11.00 | | 11.00 | | |
| 1 | PT | | | PACKER TOMATO GRAPE SWEET FRSH | 1579474 | 16.75 | | 16.75 | | |
| 4 | CT | | | PACKER POTATO RED #2 FRESH SZA | 1655554 | 17.00 | | 67.00 | | |
| 2 | CS | | 50 LB | PACKER BROCCOLI FLORET ICELESS | 1658859 | 22.00 | | 44.00 | | |
| 1 | CS | | 125 LB | PACKER PEPPER GRN CHOP MULTIPURPOSE | 1723680 | 22.50 | | 22.50 | | |
| 8 | CS | | 20 LB | SYS IMP SALAD FRUIT | 1755507 | 25.00 | | 200.00 | | |
| 1 | CS | | 25 LB | SYS REL TOMATO BURR UTILITY FRESH | 1800011 | 17.00 | | 17.00 | | |
| 1 | CS | | 40 # | PACKER LIME FRESH 200-230 CT | 4057012 | 18.98 | | 18.98 | | |
| 1 | CS | | 18-22# | PACKER GRAPE WHITE SEEDLS | 4623233 | 21.75 | | 21.75 | | |
| 5 | CS | | 5 LB | PACKER MUSHROOM BUTTON SEL FRESH | 4623569 | 10.50 | | 19.50 | | |
| 5 | CS | | 10 LB | SYS IMP ONION JUMBO FRSH BOX 150 YC | 8331918 | 19.90 | | 19.90 | | |
| 1 | CS | | BUSHEL | PACKER PEPPER RED BELL CHOPPER FRSH | 8878003 | 28.98 | | 28.98 | | |
| 1 | CS | | 8.25 LBS | SYS IMP CABBAGE GREEN ANGEL HAIR W/CAR | 9318805 | 16.98 | | 672.92 | | |

GROUP TOTAL ****

| | | | | DRY CANNED & DRY | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | | | SCRNTO MIX COCKTAIL BLDY MARY | 0964977 | 21.31 | | 85.24 | | |
| | CS | | 1246 OZ | HSE REC RELISH SWEET PACKET | 1609064 | 25.98 | | 25.98 | | |

| | | | | | SACZA46 | | | | | |
| | | | | | 12903-SYS | | | | | |

GROUP TOTAL 726.08

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | | NO. PCS DELVD | CUST. SIGN | NO. PCS | PAYABLE ON OR BEFORE | | SUB TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | | 40 | 36.9 | 1029 | | | | | | | | 2108.14 |

DRIVERS SIGN

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| SUB TOTAL | TAX TOTAL | INVOICE TOTAL |
|---|---|---|
| | | |

CONT. ON PAGE 3

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920
SEAFOOD LICENSE # 240

| FOR DATE | 1/30/09 | CUSTOMER | 623363 | INVOICE NUMBER | 901300387 | PAGE | 7 | 3 |
|---|---|---|---|---|---|---|---|---|
| INVOICE STOP | 5066 | PURCHASE ORDER | Food | | | | | |

TERMS - NO SIGN
COD - NO SIGN
MANIFEST# 8621 19 NORMAL DELIVERY
MA: 574 KERRY MOSSOR
DRIVER: MEISTER, ROBERT

| QTY | PACK SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX | EXTENDED PRICE | INVOICE ADJUSTMENT QTY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

(Item detail lines illegible)

CASES: 36  SPLIT: 36  TOT PCS: 32.6  CUBE: 797  GROSS WT:

DRIVER'S SIGN: X _(signature)_

DEPARTMENT OF AGRICULTURE...
(fine print terms illegible)

PAYABLE ON OR BEFORE

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| | |
|---|---|
| SUB TOTAL | 3100.58 |
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE: 4

CONFIDENTIAL PROPERTY OF SYSCO

DELIVERY COPY

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL    FL    32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 557
PORT CANAVERAL    FL    32920

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| REP/DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/30/09 | 623363 | 901300387 | 7    4 |

PURCHASE ORDER: 5066 — Food
TERMS: NET DUE
COD - NO SIGN
MANIFEST # BB2119 NORMAL DELIVERY
MA 574 KERRY MOSSOR
DRIVER: MEISTER, ROBERT

| CASES | SPLIT/TOT PCS | CUBE | GROSS WT |
|---|---|---|---|
| 61 | 61 | 82.2 | 1325 |

PAYABLE ON OR BEFORE

SYSCO
PO BOX 40
OCOEE, FL 34761

CENTRAL FLORIDA

| SUB TOTAL | 4489.45 |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE 5

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

CONFIDENTIAL PROPERTY OF SYSCO

DELIVERY COPY

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL
PORT CANAVERAL #4

PORT CANAVERAL    FL   32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL          FL     32920

| REV'N DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 11/30/09 | 623363 | 90130038 7 | 7 5 |

ROUTE/STOP /004
INVOICE STOP 5066

PURCHASE ORDER: Food
COD - NO SIGN
MANIFEST# H82179 NORMAL DELIVERY
MA: S/4 KERRY MOSSOR
DRIVER: MEISTER, ROBERT

| O.QTY | CASES SPLIT | TOT.PCS | PACK | SIZE | ITEM DESCRIPTION | ITEM NUMBER | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | X | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | 10 | 100 | CT | SYSCO GLOVE LATEX EXAM PF LRG | 536133 | 75.00 | | 75.00 | | | |
| 1 | CS | 2250 | | CT | SYS NAPKIN DINNER 15X17 1PLY/N | 591977 | 33.20 | | 33.20 | | | |
| 1 | CS | 500 | | CT | SYS FORK PLAS BLK MED HVY WT | 603057 | 30.97 | | 30.97 | | | |
| 1 | CS | 1000 | EACH | | SYS KNIFE PLAS BLK MED HVY WT | 603057 | 30.00 | | 30.00 | | | |
| 1 | CS | 1000 | EACH | | CARD NP SPOON PLAS BLK SYS | 690557 | 14.98 | | 14.98 | | | |
| 2 | CS | 10 | 1000 | | CT CARD NP TOWEL ROLL NON-PERF | 903620 | 37.50 | | 75.00 | | | |
| 1 | CS | 63 | 2 OZ | | SYSCO CLEANER BOWL TOILET HY | 410732 | 27.26 | | 27.26 | | | |
| 1 | CS | 6 | 1 GAL | | HA YARD * * AER BROOM | | | | | | | |
| 1 | CS | 6 | 1 LTR | | TORNADY SOAP HAND ANTIBAC W/ | 567479 | 37.98 | | 37.98 | | | |
| 1 | CS | 6 | 1 QT | | SYSCO CLEANER GLASS KLEER VIEW | 622399 | 25.61 | | 25.61 | | | |
| 1 | CS | 625 | OZ | | SYSCO CLEANER BTHRM SCRUBBING | 899411 | 28.09 | | 28.09 | | | |
| | | | | | FROZEN | | | | | | | |
| | | | | | DAIRY | | | | | | | |
| 1 | CS | 5 | 3 4 LB | | HEB NAT FRANK ALL-BEEF 5X1 7" | 749561 | 48.30 | | 1180.15 | | | |
| | | | | | MEATS | | | | | | | |
| 2 | CS | 45 | LB | | HEB NAT FRANK ALL-BEEF 5X1 7" | 480380 | 68.83 | | 137.66 | | | |
| 1 | CS | 25 | LB | | AREZZIO MEATBALL ALL PURP ITAL | 767303 | 22.56 | | 90.50 | | | |

GROUP TOTAL * * *

| | | |
|---|---|---|
| CASES SPLIT | TOT.PCS | CUBE GROSS WT |
| 29 | 29 | 29.1 470 |

DRIVER'S SIGN

| NO. PCS DELVD. | CUST. SIGN | PAYABLE ON OR BEFORE | CONT ON PAGE |
|---|---|---|---|

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| | | |
|---|---|---|
| SUB TOTAL | | 5569.21 |
| TAX TOTAL | | |
| INVOICE TOTAL | | 5569.21 |

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-14, 60-2504 AND 60-7414 ARE INCORPORATED HEREIN BY REFERENCE.

CONFIDENTIAL PROPERTY OF SYSCO

DELIVERY COPY



**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 1/30/09 | 623363 | 901300387 | 7 6 |

TRUCK STOP: 5066
ROUTE: 004

PURCHASE ORDER: Food
TERMS: NET
COD - NO SIGN
MANIFEST# 8826119 NORMAL DELIVERY
MA 574 KHARY MONORAN
DRIVER: MEISTER, ROBERT

| COD | QTY | | | | | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | AMOUNT | X PRICED | CODE | INVOICE ADJUSTMENTS QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GROUP TOTAL **** | | | | | | |
| | | | | | | POULTRY | | | | | | |
| | | | | | | CHICKEN | | | | | | |
| | | | | | | GROUP TOTAL **** | | | | | | |

ORDER SUMMARY

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 17 | 13 | 228.7 | 16.3 | 271 |
| 217 | 217 | 228.7 | 4779 | |

NO. PCS DELVD.

CUST SIGN / NO. PCS REC.

PAYABLE ON OR BEFORE 1/31/09

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| SUB TOTAL | 6001.22 |
|---|---|
| TAX | 39.72 |
| INVOICE TOTAL | 6040.94 |

LAST PAGE

CONFIDENTIAL PROPERTY OF SYSCO

**DELIVERY COPY**

# SYSCO

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL     FL   32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL     FL   32920

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|
| 623363 | 902030465 | 6 1 |

INV. DATE: 2/03/09
ROUTE: 005   STOP: 2066
COD - NO SIGN
MANIFEST# B627B1 NORMAL DELIVERY
MAN#74 PERRY MOSOR
DRIVER: WALKER, JASON

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| QTY | BRK | PACK | SIZE | ITEM CODE | ITEM DESCRIPTION | UNIT PRICE | TAX | AMOUNT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **DRY** | | | | |
| CS | | | | | PAPER & DISPOSABLES | | | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 23 | 23 | 22.1 | 324 | |
| 23 | 23 | 22.1 | 324 | |

DRIVER'S SIGN

| SUB TOTAL | 742.56 |
|---|---|
| TAX TOTAL | 24.23 |
| INVOICE TOTAL | 766.79 |

PAYABLE ON OR BEFORE 2/04/09

**LAST PAGE**

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

CONFIDENTIAL PROPERTY OF SYSCO

DELIVERY COPY

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240

**SYSCO**

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL  32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL   32920

| DELIV/DATE | INVOICE TO | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|---|
| 2/03/09 | 623363 | 902030466 | 4 | 1 |

INV DATE 005
INVOICE: 2066

PURCHASE ORDER          Food
TERMS:  PAST DUE INVOICES ARE SUBJECT TO SERVICE CHARGE
COD - NO SIGN
MANIFEST# 862783 NORMAL DELIVERY
Mfr.574  KERRY MOSSOR
DRIVER: WALKER,JASON

SYSCO
PO BOX 40 CENTRAL FLORIDA
OCOEE, FL 34761

ROEHL MFG CO.

| QTY ORD | SPLIT | QTY SHP | PACK | SIZE | BRAND | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | IP | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | COOLER | | | | | | | |
| | | | | | | DAIRY | | | | | | | |
| | CS | | | | SYSCO CHEESE COTTAGE SMALL CURD | | | | | | | | |
| | CS | 5# | | SBRI IMP CHEESE CHDR/GCO/CK/PEP | | | | | | | | |
| | | | | | | MEATS | | | | | | | |
| | CS | 4 10 LB | | SYS FRSH BEEF GROUND BULK 81/19 FINE | | | | | | | | |
| | CS | 55#AVG | | SCH BK BEEF EYE OF RND SELECT | | | | | | | | |
| | | | | | | POULTRY | | | | | | | |
| | CS | 4 10 LB | | SYS REL CHICKEN CVP BRST RDM 10Z & UP | | | | | | | | |
| | | | | | | CANNED & DRY | | | | | | | |
| | CS | 1 GAL | | KENS DRESSING RANCH HOMESTYLE | | | | | | | | |
| | | | | | | PRODUCE | | | | | | | |
| | CS | 50-55# | | PACKER CUCUMBER SELECT FRESH | | | | | | | | |
| | CS | 24 CT | | PACKER CELERY PASCAL FRESH | | | | | | | | |
| | CS | 1 PT | | PACKER TOMATO GRAPE SWEET PRSH | | | | | | | | |
| | CS | 10 LB | | SYS CLS SALAD POTATO CNTRY STYLE W/EGG | | | | | | | | |
| | CS | 28 LB | | SYS IMP SALAD FRUIT | | | | | | | | |
| | CS | 140 | | PACKER LIME FRESH 200-230 CT | | | | | | | | |
| | CS | 45 LB | | SYS IMP LETTUCE SAL MIX SEPARATE FRSH | | | | | | | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 46 | 46 | 49.0 | 1242 |

DRIVER'S SIGN

NO PCS DEVD    CUST SIGN X    NO PCS

PAYABLE ON OR BEFORE

| | |
|---|---|
| SUB TOTAL | |
| TAX | |
| TOTAL | |
| INVOICE TOTAL | 1947.56 |

CONT. ON PAGE 2

IMPORTANT FACA PROVISION.  THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-14, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**SYSCO**

**DELIVERY COPY**

CONFIDENTIAL PROPERTY OF SYSCO

LAS VEGAS CASINO
CRUISE TERMINAL #4

PORT CANAVERAL        FL        32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL        FL        32920

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|
| 623363 | 902030466 | 4    2 |

DRIVER: WALKER, JASON

PAYABLE ON OR BEFORE

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| QTY | SPLIT | PACK | SIZE | BRAND | ITEM DESCRIPTION | ITEM | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| | | | | | **GROUP TOTAL *****| | | |
| | | | | | **DRY** | | | |
| | | | | | **CANNED & DRY** | | | |
| CS | | 6 | 10 LB | SYS | SYS CLS COOKIE ASST 324 CT | 33093 | 28.23 | 8.39 |
| CS | | | 6/10 | OPTNA | SYS OTT SAUCE MARINARA PREMIUM | 99 | 29.57 | 29.57 |
| CS | | 254.640 | KEEBLER | CRACKER ASST MEDLEY SLEEVES | 37739 | 33.98 | 67.96 |
| CS | | 4 | 1 GAL | SYS | SYS IMP DRESSING POPPY SEED | 71403-SYS | 39.98 | 79.96 |
| CS | | 6 | 5 LB | GILSTER MIX BROWNIE | 65038 | 26.98 | 26.98 |
| CS | | 6 | 15 LB | SNYDERS PRETZEL HARD OLD TYME | 025740 | 8.00 | 32.00 |
| CS | | 6 | 6 66.50 | OZ | NTLCLS TUNA TONGOL CHUNK IN WTR | 720378 | 6.20 | 37.20 |
| CS | | 32 | LB | CASASOL CHIP TORTILLA RND YELLW PRE | 7721-804 | 9.25 | 27.75 |
| CS | | 9 | 1 LB | BBRLCLS CHIP POTATO RIPPLE | 228710 | 19.00 | 38.00 |
| CS | | 6 81 | OZ | DOLE SALAD FRUIT TROPICAL POUCH PAX | 09097 | 33.59 | 33.59 |
| | | | | | **GROUP TOTAL *****| | | |
| | | | | | **FROZEN** | | | |
| | | | | | **POULTRY** | | | |
| CS | | 5 | DB | SOULES CHICKEN MEAT DICED WHT PRCKD | 9902 | 53.50 | 53.50 |
| | | | | | **FROZEN** | | | |
| CS | | 2 | 16 CT | SYS CLS ROLL DINNER ASST SOFT BKD | 1309 | 89.59 | 89.59 |
| CS | | 22.5 | LB | SYS CLS CORN WHL KERNEL GRA PK | 26.75 | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 38 | | 38 | 44.0 | 720 |

DRIVER'S SIGN

| SUB TOTAL | |
|---|---|
| TOTAL | |
| INVOICE TOTAL | 3108.03 |

CONT. ON PAGE 3

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

# SYSCO

**DELIVERY COPY**

CONFIDENTIAL PROPERTY OF SYSCO

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SAFOOD LICENSE # 240
407-877-0500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL     FL    32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL     FL    32920

| CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|
| 623363 | 902030466 | 4  3 |

DRIVER: WALKER, JASON

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| QTY | BRACK | SIZE | ITEM/DESCRIPTION | ITEM | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|

LAST PAGE

| SUB TOTAL | 3966.27 |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | 3966.27 |

PAYABLE ON OR BEFORE 2/04/09

| CASES | SPLIT | TOT.PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 108 | 24 | 108 | 26.8 | 360 |
| 24 | | 119.8 | 2322 | |

DRIVER'S SIGN

CONFIDENTIAL PROPERTY OF SYSCO

DELIVERY COPY

SYSCO
SYSCO CENTRAL FLORIDA, INC.
20 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD FL LICENSE #240
407-877-5500

| FOOD/DRY DATE | CUSTOMER | | INVOICE NUMBER | PAGE |
|---|---|---|---|---|
| 2/06/09 | 623363 | 902060442 | 8 | 1 |

PURCHASE ORDER: FOOD
TERMS: PAST DUE INVOICES ARE SUBJECT TO SERVICE CHARGE
COD - NO SIGN
MANIFEST# 86376 NORMAL DELIVERY
HA#574 JERRY MOSSOR
DRIVER: MEISTER, ROBERT

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL    FL  32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL  32920

| QTY | SH | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | A/H INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|

**COOLER DAIRY**

**MEATS**
GROUP TOTAL ****

**POULTRY**
GROUP TOTAL ****

**CANNED & DRY**
GROUP TOTAL ****

**DRESSING - BLUE CHEESE**
GROUP TOTAL ****

| DRIVERS SIGN X | | NO. PCS DRVR | NO. PCS REC | PAYABLE ON OR BEFORE | | SUB TOTAL | |
|---|---|---|---|---|---|---|---|
| CASES/SPLIT | TOT PCS | CUBE | GROSS WT | | | TAX TOTAL | 823.26 |
| 25 | 25 | 19.2 | 575 | | | INVOICE TOTAL | |

CONT. ON PAGE 9

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.