**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
250 WEST STORY ROAD
OCOEE, FL 34761
SEA FOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO COLUMBUS
220 CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL, FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 58
PORT CANAVERAL, FL 32920

| CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|
| 623363 | 903170497 | 7 1 |

DELIVERY DATE 3/17/09
PURCHASE ORDER
MANIFEST # 870581
MA 574
DRIVER: KERRY MOSSOR

Don't forget our Spring Food & Supply Show - Wednesday, March 25th

| QTY | CASES SPLIT | PACK | SIZE | ITEM DESCRIPTION | ITEM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | **COOLER** | | | |
| | | | | **DAIRY** | | | |
| SCS | 4 | 1 GAL | | FARM MILK HOMOGENIZED | | | |
| SCS | 2 | 12/32 OZ | | FARM CREAMER HALF & HALF | | | |
| SCS | 4 | 1 GAL | | FARM CREAMER HALF & HALF | | | |
| SCS | 6 | 10 LB | | FARM CHEESE PARMESAN GRATED | | | |
| SCS | 25 LB | | | COTTO CHEESE PARMESAN SHRD | | | |
| SCS | 360 | 3/8 OZ | | FARM CREAMER HALF & HALF | | | |
| SCS | 45 | 1 LB | | CASA SOL CHEESE CHDR JACK SHRD | | | |
| | | | | **MEATS** | | | |
| SCS | 6 | #AVG | | HRSV BEEF EYE ROUND CHOANGUS | | | |
| | | | | **CANNED & DRY** | | | |
| SCS | 6 | 10 LB | | SYS IMP SOUP BASE BEEF NO MSG | | | |
| SCS | 6 | 1 LB | | SYS IMP SOUP BASE CHICKEN NO MSG | | | |
| SCS | 4 | 1 GAL | | SYS REL DRESSING BLUE CHEESE SPEC | | | |
| SCS | 4 | 1 GAL | | SYS REL DRESSING RANCH SPECIAL | | | |
| | | | | **PRODUCE** | | | |
| SCS | 1 | 50 LB | | PACKER CUCUMBER SELECT FRESH | | | |
| SCS | 30 | 6/5 LB | | PACKER CELERY PASCAL FRESH | | | |
| SCS | 50 LB | | | SYS IMP ONION YELLOW JUMBO FRESH | | | |

| CASES SPLIT | TOT PCS | CUBE | GROSS WT | NO. PCS DELVD | SIGN | CUST SIGN | NO. PCS REC |
|---|---|---|---|---|---|---|---|
| 27 | 27 | 24.9 | 702 | | X | | |

DRIVER'S SIGN

PAYABLE ON OR BEFORE

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| SUB TOTAL | | |
|---|---|---|
| TAX TOTAL | | |
| INVOICE TOTAL | 895.77 | |

CONT. ON PAGE 2

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

# SYSCO

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920

| REMIT TO | CUSTOMER | | INVOICE NUMBER | PAGE |
|---|---|---|---|---|
| 3/17/05 | 623363 | 903170497 | 7 | 2 |

ROUTE 003  STOP 2430

COD - NO SIGN
MANIFEST# B/7581 NORMAL DELIVERY
M:574  KERRY MOSSOR
DRIVER:

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| QTY | B/O | PACK SIZE | ITEM DESCRIPTION | ITEM # | UNIT PRICE | TAX | EXTENDED PRICE | A/P CODE |
|---|---|---|---|---|---|---|---|---|
| CS | | 50# | JUMBO BAKER RK CARROT FRESH | 1167826 | 27.75 | | | |
| CS | | 12# | PEAK PACKER TOMATO GRAPES SWEET FRSH | 1579424 | 19.50 | | | |
| CS | | 13# | PACKER BROCCOLI FLORET FRESH | 1606007 | 22.50 | | | |
| CS | | 10# | SYS CLS SALAD POTATO RED/REG FRESH | 1839463 | 32.00 | | | |
| CS | | 5# | SYS WS LETTUCE SALAD MIX SPARKLE FRSH | 4057.0 | 25.00 | | | |
| CS | | 6# | SYS IMP LETTUCE ROMAIN CHOPPED FRESH | 602337.8 | 31.5 | | | |
| CS | | 4# | SYS IMP LETTUCE/CHOPPED FRESH | 1031350 | 19.95 | | | |
| CS | | 1 GAL | HEALTH JUICE ORANGE | 100170 | 16.50 | | | |
| CS | | 3# | SYS IMP CABBAGE GREEN/ANGEL HAIR/CAR | 788347.7 | 16.50 | | | |
| CS | | 4# | SYS IMP CABBAGE GREEN/ANGEL HAIR/CAR | 1838 | 6.92 | | | |
| | | | **GROUP TOTAL****** | | | | 323.00 | |
| CS | | 64 OZ | SYSCO COFFEE DECAF EURO CONC | 64080 | 80.00 | | | |
| CS | | 64 OZ | SYSCO COFFEE EURO CONC PR | 600200 | 54.34 | | | |
| | | | DISPENSER BEVERAGE | | | | | |
| | | | **GROUP TOTAL****** | | | 718.03 | | |
| | | | CANNED & DRY | | | | | |
| CS | | 1746 OZ | SCRMNTO MIX COCKTAIL BLDY MARY | SACZA*6 | 21.31 | | | |
| CS | | 10 LB | SYS CLS COOKIE ASST 324 CT | 30100-33093 | 23.46 | | | |
| CS | | 4 GAL | SYS REG MAYONNAISE HEAVY DUTY | 7416-SYS | 24.65 | | | |
| CS | | 5005.5 | SYS CLS MUSTARD PACKETS | 7037SYS | 9.90 | | | |
| CS | | 4 GAL | WSHBONE DRESSING ITAL | 4100000615 | 38.98 | | | |
| CS | | 4 GAL | SYS IMP DRESSING POPPY SEED | 47002-SYS | 28.98 | | | |
| CS | | 229.602 | BASICAM POTATO PEARL GOLDEN | 71403-SYS | 49.98 | | | |
| | | | | 53498 | | | | |

| CASES | SPLIT | TOT.PCS. | CUBE | GROSS WT. |
|---|---|---|---|---|
| 49 | | 49 | 42.4 | 1113 |

DRIVER'S SIGN

NO. PCS DELVD.
CUST SIGN X
NO. PCS REC.

PAYABLE ON OR BEFORE

| | |
|---|---|
| SUB TOTAL | 2332.91 |
| TAX TOTAL | |
| INVOICE TOTAL | |

CONT. ON PAGE 3

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 00-14, 00-250A AND 80-741A ARE INCORPORATED HEREIN BY REFERENCE

CONFIDENTIAL PROPERTY OF SYSCO

DELIVERY COPY



**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-6500

LAS VEGAS CASINO
220 CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920
321-720-9388

LAS VEGAS CASINO LINES LLC
P.O. BOX 587
PORT CANAVERAL FL 32920

| DELIVERY DATE | CUSTOMER # | CUSTOMER NUMBER | PAGE |
|---|---|---|---|
| 3/17/09 | 623363 | 903170497 | 7 3 |

DRIVER: KERRY MOSSOR

SYSCO
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

CENTRAL FLORIDA
OCOEE FL 34761

CONT. ON PAGE 4

| QTY | SPLIT | PACK SIZE | ITEM DESCRIPTION | CODE | UNIT PRICE | EXTENDED PRICE | ADJ |
|---|---|---|---|---|---|---|---|
| 60 | CS | 60 | 53.2 | 1328 | GROSS WT | | |

SUB TOTAL
TAX TOTAL
INVOICE TOTAL 3595.32

DRIVER'S SIGN

DELIVERY COPY    CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**

LAS VEGAS CASINO
CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-6500

| DELIVERY DATE | ASSOCIATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|---|
| 3/17/09 | 003 | 623363 | 903170497 | 7 4 |

HOUSTON 2410

DELIVERY CODE: Food
TERMS: NET
COD:
MAN S/#
DRIVER: KERRY MOSSOR

SYSCO CENTRAL FLORIDA
PO BOX 40 CENTRAL FLORIDA
OCOEE, FL 34761

| QTY | SPLIT | TOT PCS | CUBE | GROSS WT | NO PCS DELVD | CUST SIGN | NO PCS REC | ITEM DESCRIPTION | PRICE | AMOUNT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 168 | | | | | | X | | | | | |
| 33 | 32 | 31.1 | 521 | | | | | | | | |
| 168 | 68 | 151.6 | 3664 | | | | | | | | |

POULTRY GROUP TOTAL****

FROZEN GROUP TOTAL****

PRODUCE GROUP TOTAL****

SUMMARY ORDER

SUB TOTAL 4521.59
TAX TOTAL
INVOICE TOTAL 4521.59

PAYABLE ON OR BEFORE 3/18/09

LAST PAGE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

DELIVERY COPY    CONFIDENTIAL PROPERTY OF SYSCO

# SYSCO

LAS VEGAS CASINO
CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL    FL   32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL   32920

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| DELV. DATE | 3/20/09 | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|---|
| TRUCK-STOP | /003 | 90320000483 | 1 | 1 |
| ROUTE | 5069 | 623363 | | |

PURCHASE ORDER: Food
TERMS: NO SIGN
COD: NO SIGN
MANIFEST#: 871224 NORMAL DELIVERY
MA: S74   KERRY MOSSOR
DRIVER: PACK,BUDDY

| QTY | SPLIT | TOT PCS | CUBE | GROSS WT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | AMAX AMOUNT | EXTENDED PRICE | BR | INVOICE ADJUSTMENTS CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Don't forget our Spring Food & Supply Show - Wednesday, March 25th! | | | | | | |
| | | | | | | | COOLER | | | | | | |
| | | | | | | | DAIRY | | | | | | |
| 1 | CS | | | | 15 | DZ | WHT:EGGS:EGG:SHELL:MED:GR:AA:USDA:WHT | 2105815 | 19.30 | | 19.30 | | |
| 1 | CS | | | | 4 | GAL | WHT:FARM:MILK:HOMOGENIZED | 2327170 | 15.50 | | 15.50 | | |
| 1 | CS | | | | 12 | QT | WHT:FARM:CREAMER:HALF & HALF:ESL | 3162500 | 20.21 | | 20.21 | | |
| 2 | CS | | | | 25 | LB | WHT:FARM:CHEESE:COTTAGE:SMALL:CURD | 5020896 | 16.98 | | 33.96 | | |
| 8 | CS | | | | 5# | | BRE:TMP:CHEESE:CUBE:CHDR/COJCK/PEP:U | 5723695 | 8.49 | | 67.92 | | |
| 3 | CS | | | | 360 | 3/8:OZ | WHT:FARM:CREAMER:HALF & HALF:SHR:STBLE | 5105270 | 13.75 | | 41.25 | | |
| | | | | | | | DAIRY GROUP TOTAL **** | | | | 523.60 | | |
| | | | | | | | MEATS | | | | | | |
| 5 | CS | | | | 4 | LB | CASA:SON:CHEESE:CHDR:JACK:SHRD:FTHR | 1059720 | 38.98 | | 194.90 | | |
| 1 | CS | | | | 14 | #16 | FARM:IND:HAM:PIT:BOILED:STY | 0811785 | 56.75 | | 56.75 | | |
| | | | | | | 13.46# | | | | | | | |
| 4 | CS | | | | 10 | LB | FIRE:CKL:BEEF:GROUND:BULK:81/19:FINE:DQ | 6231:WA | 72.03 | | 288.09 | | |
| | | | | | | 14.060 | T/WT= | | | | | | |
| 2 | CS | | | | 10 | LB | FARM:IND:HAM:PIT:BOILED:STY | 0811605 | 39.98 | | 79.96 | | |
| | | | | | | 14.160 | T/WT= | | | | | | |
| 5 | #AVG | | | | | | BCH:RSV:BEEF:RYE:OF:RND:CH:ANGUS | 5644291 | 7.499 | | 36.17 | | |
| | | | | | | 28.300 | T/WT= | | | | | | |
| | | | | | | 29.300 | 144.500 | | | | | | |
| | | | | | | | GROUP TOTAL **** | | | | 660.24 | | |
| | | | | | | | POULTRY | | | | | | |
| 2 | CS | | | | 4 | 10:LB | SYS:REL:CHICKEN:CVP:BRST:RDM:1OQZ | 1407240 | 59.98 | | 119.96 | | |
| | | | | | | | GROUP TOTAL **** | | | | 119.96 | | |
| | | | | | | | CANNED & DRY | | | | | | |
| 4 | CS | | | | 4 | GAL | SYS:REL:DRESSING:RANCH:SPECIAL:REC | 7148334 | 31.00 | | 124.00 | | |
| 1 | GAL | | | | 5 | GAL | BBR:GGLS:PICKLE:CHIP:CC:RX | 7285521 | 25.98 | | 25.98 | | |

| DRIVER'S SIGN | | | | NO. PCS DELVD. | | CUST SIGN | | NO. PCS REC. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | | | | | | | |
| 36 | | 36 | 34.4 | 841 | | | | | | | |

| | SYSCO - CENTRAL FLORIDA | PAYABLE ON OR BEFORE | | |
|---|---|---|---|---|
| PO BOX 40 | REMIT TO: | SUB TOTAL | | |
| OCOEE, FL 34761 | CENTRAL FLORIDA | TAX | | |
| | | INVOICE TOTAL | 1360.78 | |

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE.

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 557
PORT CANAVERAL FL 32920

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 3/20/09 | 623363 903200483 | 1 | 2 |

ROUTE/STOP: /003
TRUCK: 5069
COD – NO SIGN
TERMS: PAST DUE IMMEDIATE – NO SERVICE CHARGE
MAILTO#: BAR 224 NORMAL DELIVERY
DRIVER: PACK, BUDDY

| QTY | B/O | CS/PCS | PACK | SIZE | BRAND | ITEM DESCRIPTION | ITEM CODE | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|

*GROUP TOTAL*****

| | | SCS | | | | PRODUCE | | | |

SYSCO IMP ONION RED FRESH JUMBO
SYSCO IMP ONION YELLOW JUMBO FRESH
PACKER CARROT FRESH
JUMBO PACKER TOMATO GRAPE SWEET FRSH
PACKER POTATO RED #2 FRESH SZ A
PACKER BROCCOLI FLORET ICELESS FRESH
PACKER LIME FRESH
SYSCO NAT BROCCOLI FLORET ICELESS
SYSCO CLS SALAD POTATO DICED
SYSCO RET TOMATO BULK UTILITY FRESH
SYSCO CLS SALAD PASTA VEG DATED
PACKER LEMON CHERRY FRESH
SYSCO IMP LETTUCE SALAD MIX SEPARATE FRSH
SYSCO IMP LETTUCE SHRED /VAR
SYSCO IMP PARSLEY FRESH FRESH DSVG
PACKER MUSHROOM BUTTON SEL FRSH
SEA FISH JUICE ORANGE
SYSCO IMP CABBAGE GREEN ANGEL HAIR W/CAR

SYSCO – CENTRAL FLORIDA

| | SUB TOTAL | |
|---|---|---|
| | TAX | |
| | INVOICE TOTAL | 2011.55 |

DRIVER'S SIGN

CUST SIGN X

NO PCS DLVD: 36

CASES 36  SPLITS  TOT PCS 36  CUBE 29.0  GROSS WT 811

PAYABLE ON OR BEFORE

CONT. ON PAGE 3

LAS VEGAS CASINO
220 CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 557
PORT CANAVERAL FL 32920



SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| DELIVERY DATE | 3/20/09 | CUSTOMER | 623363 | INVOICE NUMBER | 90320400483 | PAGE | 1 | 3 |
|---|---|---|---|---|---|---|---|---|

PURCHASE ORDER: 5069
TERMS: NET DUE ON RECEIPT
COD - NO SIGN
MANIFEST# 872224 NORMAL DELIVERY
MA:374
DRIVER: PACK, BUDDY

| QTY | SPLIT/PCS | PCS | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | CS | | | | DISPENSER & BEVERAGE ***GROUP TOTAL**** | | | 650.77 |
| | CS | | 264 | .02 | TRAYCO COFFEE DECAF EURO CONC | 3002083 | 32.98 | 32.98 |
| | CS | | 264 | .02 | TRAYCO COFFEE EURO CONC RPT | 3604080 | 33.00 | 243.00 |
| | CS | | | | DRY CANNED & DRY ***GROUP TOTAL***** | | | |
| | CS | | 6/10 | | SYS CLS SALAD THREE BEAN FCY | 392281 | 32.98 | 32.98 |
| | CS | | 4/1 GAL | | SYS REL MAYONNAISE HEAVY DUTY | 71616-SYS | 24.65 | 24.65 |
| | CS | | 500/5.5 GM | | SYS CLS MUSTARD PACKETS | 4037-SYS | 9.90 | 9.90 |
| | CS | | 4/1 GAL | | SYS REL MUSTARD PRPD | 71419-SYS | 15.50 | 15.50 |
| | CS | | 1246 OZ | | DOLE JUICE PNAPL NOT FRM CONC 100% | 808 | 22.98 | 22.98 |
| | CS | | 6/17 OZ | | SYS CLS PAN COATING ARSL | 99955-COM | 17.75 | 17.75 |
| | CS | | 6/10 | | SYS OTT SAUCE MARINARA PREMIUM | OTTNA99 | 29.97 | 59.94 |
| | CS | | 4/1 GAL | | SYS IMP DRESSING POPPY SEED | 71103-SYS | 39.98 | 39.98 |
| | CS | | 5/5 LB | | ROLAND SALAD FRUIT TROPICAL | 61720 | 29.98 | 179.88 |
| | CS | | 2/10 LB | | LA BELLA PASTA BOWTIE | 600742 | 14.00 | 28.00 |
| | CS | | 2 LB | | AREZZIO PASTA MACARONI ELBOW | 600536 | 17.70 | 53.10 |
| | CS | | 1 GAL | | ELITE BUTTER ALTERNATE LIQ | 403837 | 16.90 | 33.80 |
| | CS | | 66.502 | | CASASOL CHIP TORTILLA RND YELLW PRE | 67886 | 34.50 | 34.50 |
| | CS | | 32 .B | | CASASOL CHIP TORTILLA RND YELLW PRE | 7721-894 | 61.20 | 183.60 |
| 31 | CS | 31 | 101 .B | | STMRC CROUTON GARLIC & BUTR PRCH STY | 7356 | 9.25 | 9.25 |
| | | | | | | | 16.50 | 16.50 |

SYSCO - CENTRAL FLORIDA
SYSCO BOX 40 CENTRAL FLORIDA
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| SUB TOTAL | 3016.86 |
| TAX | |
| INVOICE TOTAL | |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

DRIVER'S SIGN

| CASES | SPLIT/TOT.PCS | CUBE | GROSS WT. |
|---|---|---|---|
| 31 | 31 | 25.3 | 855 |

NO. PCS DEVL.
CUST. SIGN X
NO. PCS REC.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

**SYSCO**

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920

**DELIVERY COPY**

CONFIDENTIAL PROPERTY OF SYSCO

DELIVERY DATE: 3/20/09
CUSTOMER: 623363
INVOICE NUMBER: 903200483
PAGE 1 of 4

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

MANIFEST#: B71224 NORMAL DELIVERY
DRIVER: PACK, BUDDY

| CASES | SPLIT/TOT PCS. | CUBE | GROSS WT |
|-------|----------------|------|----------|
| 36 | 36 | 34.0 | 685 |

DRIVER'S SIGN

SUB TOTAL
TAX TOTAL
INVOICE TOTAL  4253.23

CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**

DELIVERY COPY

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL    FL  32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 557
PORT CANAVERAL    FL  32920

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 3/20/09 | 623363  903200483 | 1 | 5 |

DRIVER SIGN /003
ROUTE 5069
PURCHASE ORDER F996
TERMS: PAST DUE IMMEDIATE INVOICE
COD TERMS NO SIGN
MAILTO/NO SIGN
MAIL DATE KERRY MOSSOR   724 NORMAL DELIVERY
DRIVER: PACK, BUDDY

| CASES | SPLIT | TOT.PCS. | CUBE | GROSS WT. | NO.PCS DEVL. | CUST. SIGN | NO.PCS REC. |
|---|---|---|---|---|---|---|---|

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| O | QTY | S/P | BOX | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | EXTENDED AMOUNT | INVOICE PRICE | X CODE | INVOICE ADJUSTMENTS CITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 140 | | | 7272 | | EPIDERC=ROLL HOAGIE | 249936 | | | | | |

****ORDER SUMMARY****                    GROUP TOTAL**** 003290 83482286 265.00 579.18

Cust: 35-70.00
45.70
45.70.00

| | CASES | SPLIT/TOT.PCS | CUBE | GROSS WT. |
|---|---|---|---|---|
| 140 | 140 | 1 | 2.3 | 12 |
| | | 125.0 | 3204 | |

DRIVER'S SIGN

CUST SIGN X

SUB TOTAL    4279.23
TAX TOTAL
INVOICE TOTAL    4279.23

PAYABLE ON OR BEFORE    3/21/09    LAST PAGE

IMPORTANT FSMA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

CONFIDENTIAL PROPERTY OF SYSCO

DELIVERY COPY

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 3/21/09 | 623363 | 903200484 | 9 1 |
| ROUTE / STOP | | | |
| 5069 | | | |

SYSCO

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD,
OCOEE, FLORIDA, 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
220 CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 687
PORT CANAVERAL FL 32920

PURCHASE ORDER: Non-Food
TERMS: PAST DUE INVOICES ARE SUBJECT TO SERVICE CHARGE
COD - NO SIGN
MANIFEST# B/1424 NORMAL DELIVERY
M#: S/4
DRIVER: PACK, BUDDY

| QTY | PACK | SIZE | ITEM | ITEM DESCRIPTION | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE ADJUSTMENTS |
|---|---|---|---|---|---|---|---|---|
| | | | | Don't forget our Spring Food & Supply Show - Wednesday, March 25th! | | | | |
| | | | | **DRY** | | | | |
| | | | | **PAPER & DISPOSABLES** | | | | |
| CS | 4025 | SYSCO | CUP FOAM 8OZ | | 5981 | 4088829 | 17.50 | 17.50 |
| CS | 1221 | SHFTSYS | CUP ROAM 16OZ | | | 4088829 | | |
| CS | 8500 | CASYS | CUP KITCHN | TOWEL ROLL | 8X9.38X9.8 PLY | 2HI J9954 | SYS 5981 | 46.08 |
| CS | | CASYS | CUP NAPKIN DISP 9.38X9.8 PLY | | | 603498 | 17.98 | 35.96 |
| | | | | **GROUP TOTAL****** | | | | |
| | | | | ORDER SUMMARY | | | | 2490088 | 93620008 | |

ORDER SUMMARY

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | NO PCS DELVD | CUST SIGN | NO PCS REC |
|---|---|---|---|---|---|---|---|
| 9 | | 9 | 16.9 | 176 | | X | |
| 9 | | 9 | 16.9 | 176 | | | |

DRIVER'S SIGN

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE 3/21/09

| SUB TOTAL | 267.56 |
|---|---|
| TAX TOTAL | 12.85 |
| INVOICE TOTAL | 280.41 |

LAST PAGE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

DELIVERY COPY     CONFIDENTIAL PROPERTY OF SYSCO



**SYSCO**
SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE & TERMINAL
PORT CANAVERAL

LAS VEGAS CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920

| | DELV/DATE | CUSTOMER | INVOICE NUMBER | PAGES |
|---|---|---|---|---|
| | 3/24/09 | 623363 | 903240529 | 3  1 |

ROUTE / STOP: 004   2068
COD TERMS: food
DRIVER: STAPLES, TIMOTHY

PAYABLE ON OR BEFORE
SYSCO — CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| QTY | SPLIT | TOT PCS | PACK | SIZE | ITEM DESCRIPTION | NO PCS DLV'D | NO PCS REC | UNIT PRICE | EXT PRICE | X |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Don't forget our Spring, Food & Supply Show — Wednesday March 25th | | | | | |
| | CS | | | | COOLER | | | | | |
| | CS | | | | DAIRY | | | | | |
| | CS | 25 | EA | WHIT FARM CHEESE SMALL CURD | | 10053001 | 16.98 | 33.96 | | |
| | CS | 45 | LB | BRUCES CHEESE SWISS/AMER | | 5103064 | 38.25 | 38.25 | | |
| | CS | 10 | LB | BRUCES CHEESE HARD BOILED | | 5105502 | 19.98 | 19.98 | | |
| | CS | 36 | # | BRUCES CHEESE CUBE CHDR/COL/JCK | | 7234958 | 3.99 | 3.99 | | |
| | CS | 3607 | OZ | WHIT FARM CREAMER HALF&HALF SBL | | 8101605 | 13.75 | | | |
| | PL | | | MEATS | | | | | | |
| | CS | 6 | AVG | BRUCES BEEF EYE RND CH ANGUS | | 5643429 | 2.499 | | | |
| | | | | 27.400 | | | | | | |
| | CS | 10 | LB | BRUCES RSY BEEF EYE RND CH ANGUS | | 7203474 | 59.98 | 119.96 | | |
| | | | | 27.600 | | | | | | |
| | | | | POULTRY | | | | | | |
| | LB | 10 | LB | SYS REL CHICKEN CVP BRST RDM | | 7285521 | 25.98 | 25.98 | | |
| | | | | CANNED & DRY | | | | | | |
| 1 | 5GAL | | | BRUCES PICKLE CHIP CC KK1000/1100 | | 1008069 | 19.98 | 19.98 | | |
| | | | | PRODUCE | | | | | | |
| | CS | 36 | CT | PACKER — CELERY PASCAL FRESH | | 1655554 | 17.00 | 17.00 | | |
| | EC | 50 | LB | PACKER — POTATO RED #2 FRESH SZ A | | 1675859 | 23.61 | 4.22 | | |
| | LB | 13 | LB | SYS NAT BROCCOLI FLORET ICELESS | | 1817543 | 17.75 | 1.75 | | |
| | CS | 28 | LB | PACKER PEPPER SUNTAN FRESH | | 1675859 | 96.00 | | | |
| | CS | 10 | LB | SYS CLS SALAD POTATO DICED ORIG RECIPE | | 1839463 | 32.00 | 96.00 | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | | NO PCS DLV'D | NO PCS REC | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | | 24 | 25.4 | 668 | | | | SUB TOTAL | 854.54 | |
| | | | | | | | | TAX | | |
| | | | | | | | | INVOICE TOTAL | | |

DRIVER'S SIGN _____

CUST SIGN X _____

CONT. ON PAGE 2

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

DELIVERY COPY    CONFIDENTIAL PROPERTY OF SYSCO

# SYSCO

**LAS VEGAS CASINO**
**CRUISE SERITORINE #4 COLUMBUS**
**PORT CANAVERAL FL 32920**

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL      FL      32920

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 3/24/09 | 623363 | 903240529 | 3   2 |

PURCHASE ORDER ... Food
ROUTE ... 004 | PURCHASE ORDER ... Food
2068
TERMS ...
COD - NO SIGN
MANIFEST# 82797 NORMAL DELIVERY
M: 574 KERRY MORROW
DRIVER: STARLES, TIMOTHY

| QTY | PACK SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | AMOUNT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 CS | 12 PT | SYS IMP TOMATO CHERRY FRESH | 2203024 | 19.98 | | 19.98 |
| 1 CS | 12 LB | SYS IMP ONION GREEN ICEBERG FRESH | 2520591B | 19.75 | | 19.75 |
| 4 CS | 40# | PACKER PRIME FRESH 200-230CT | 5346626 | 33.50 | | 35.00 |
| 2 CS | 8 LB | SYS CLS SALAD PASTA MALTAYLYZED | 1582031 | 12.00 | | 36.00 |
| 4 CS | | SYS IMP LETTUCE SALAD MIX SEPARATE FRSH | 4057201 | 17.25 | | 51.75 |
| 2 CS | 48 LB | SYS IMP CABBAGE GREEN ANGEL HAIR W/CAR | 6233232.5 | 16.98 | | |
| | | DRY CANNED & DRY **GROUP TOTAL*** | 9315805 | | 492.39 | 492.39 |
| 1 CS | 96 OZ | SCRNTO MIX COCKTAIL BLDY MARY | 0964973 | 21.31 | | 85.24 |
| 4 CS | 6 OZ | SYS REL CHERRY MARA STEM LG PLAS JAR | 2030975 | 64.25 | | 64.25 |
| 1 CS | 10 LB | SYS CLS COOKIE ASST 324 CT | 2872372 | 23.46 | | 93.84 |
| 1 CS | 25 LB | SYS CLS FLOUR HGR ALL PURPOSE | 4014528 | 10.20 | | 10.20 |
| 1 CS | 12/46 OZ | DOLE JUICE PNAPL NOT FRM CONC 100% | 4010097 | 22.98 | | 45.96 |
| 1 CS | 4/1 GAL | WISHBONE DRESSING ITAL | 4011786 | 38.98 | | 38.98 |
| 2 CS | 25 LB | SYS CLS OIL VEGETABLE PURE | 4119160 | 41.50 | | 41.50 |
| 1 CS | 2/24.64 OZ | PROGRSO BREAD CRUMB ITALIAN PERFCT | 4207171 | 31.25 | | 31.25 |
| 1 CS | 12/24 OZ | KEEBLER CRACKER ASST MEDLEY SLEEVES | 5102736 | 35.50 | | 35.50 |
| 1 CS | 4 GAL | SYS IMP DRESSING POPPY SEED | 4891103 | 39.98 | | 39.98 |
| 1 CS | 6/10 | ROLAND SALAD FRUIT TROPICAL | 5004304 | 34.57 | | 138.28 |
| 4 CS | 15 OZ | TABASCO SAUCE TABASCO HOT | 00028 | | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 46 | 46 | 40.1 | 1147 | |

DRIVER'S SIGN

CUST SIGN  X

| NO PCS DELIVERED | NO PCS REC | PAYABLE ON OR BEFORE |
|---|---|---|
| | | |

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| | |
|---|---|
| SUB TOTAL | 2014.66 |
| TAX TOTAL | |
| INVOICE TOTAL | 2014.66 |

CONT. ON PAGE    3

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

DELIVERY COPY    CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**

LAS VEGAS CASINO COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| | DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|---|
| | 3/24/09 | 623363 | 903240529 | 3 of 3 |

ROUTE /004    STOP 2068

TERMS: COD – NO SIGN

MANIFEST # 1192 NORMAL DELIVERY
DRIVER: STAPLES, TIMOTHY
MAN SEQ # KERRY KISSOM

| QTY | SPLIT | TOT PCS | PACK | SIZE | ITEM DESCRIPTION | CODE | UNIT PRICE | EXT PRICE | INVOICE ADJUSTMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CS | 6 | #10 | | SUPREMA SAUCE PIZZA PREP W/SPICE | 1860002 | 28.25 | 56.50 | |
| 1 | CS | 6 | #10 | | IMP/MC SPICE PEPPER BLACK COARSE GRND | 9743209 | 46.00 | 46.00 | |
| 1 | CS | 4 | #10 | | IMP/MC SPICE ROSEMARY WHL | 9743357 | 52296102 | 8.50 | |
| 1 | CS | 30 | | | AREZZIO SPICE BASIL LEAVES | 2957973 | 5265624 | 13.75 | |
| 1 | CS | 12 | | | AREZZIO SPICE PARSLEY FLAKES | 603 | 5746007 | 8.999 | |
| 1 | CS | 6 | 1.5LB | | BADIA SEASONING GARLIC GRANULATED | 524 | 5521896 | 22.98 | |
| 1 | CS | 12 | | | BADIA SPICE PAPRIKA SPAN | 6005394 | 5740689 | 19.50 | |
| 1 | CS | 12 | | | AREZZIO PASTA PENNE RIGATE | 6005394 | 5565003 | 4.50 | |
| 1 | CS | 12 | | | AREZZIO PASTA ROTINI GARDEN | 5541 | 5650034 | 19.50 | |
| 1 | CS | 6 | #10 | | CAS SOLE BEAN BLACK | 3221317 | 5647446 | 27.47 | |
| 1 | GAL | | | | IMP OLIVE MANZANILLA STFD 340/36 | 4038372 | 5870011 | 57.55 | |
| 1 | CS | 4 | | | CAS SUGAR PACKET | 678869 | 5983349 | 16.99 | |
| 1 | EA | | | | BUTTER ALTERNATE LIQ | | 34.50 | 34.50 | |
| 20 | CS | 9 | 1LB | | SPRING FIELD HALF N HALF 102 | 10360 | 1930.01 | | |
| 2 | CS | | | | WATER SPRING 24/.5L | 2287 | 6355483 | 9.00 | 18.00 |
| 8 | CS | | | | TUNA CHUNK LGT IN WTR | 7021894 | 6752642 | 9.25 | 74.00 |
| 3 | EA | | | | CAS TORTILLA RND YELLOW PRP 72 | 7735 | 6167220 | 6.50 | 19.50 |
| 1 | CS | 10 | | | CROUTON GARLIC BUTTER GRN SW | 7735 | 6461610 | 27.75 | 27.75 |
| 4 | CS | | | | CAS SHAKER DISP SALT ALMOND | 14423 | 6461701 | 9.75 | 39.00 |
| 3 | CS | 60 | | | SXS CAS SHAKER DISP PEPPER TOAST | 14924 | 6461716 | 13.50 | 39.38 |
| 4 | CS | 9 | 1LB | | BRICCIS CH PLP POTATO RUFFLE | 22287 | 9354813 | 19.00 | 76.00 |

SYSCO CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| SUB TOTAL | | 3030.05 |
|---|---|---|
| TOTAL | | |
| INVOICE TOTAL | | 3030.05 |

CONT. ON PAGE 4

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

# SYSCO

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CRUISE TERMINAL COLUMBUS
PORT CANAVERAL #4
PORT CANAVERAL FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920

DELIVERY COPY

CONFIDENTIAL PROPERTY OF SYSCO

| DELV DATE | CUSTOMER # | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 3/24/09 | 623363 | 90340529 | 3 4 |

| ROUTE | STOP | PURCHASE ORDER | Food |
|---|---|---|---|
| 2068 | 7004 | | |

TERMS: PAST DUE BALANCES SUBJECT TO SERVICE CHARGE

COD - NO SIGN
MANIFEST# B7792 NORMAL DELIVERY
MA-S/4
DRIVER: STAPLES,TIMOTHY

| QTY | SPLIT | TOT PCS | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | GROUP TOTAL**** | | | 1800.67 |

**FROZEN**
**DAIRY**
CS LBHLFARM BUTTER CHIP CNTL USDA AA ... GROUP TOTAL****

**MEATS**
...

DRIVER'S SIGN

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 47 | 47 | 36.1 | 741 | |

CUST SIGN X

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| SUB TOTAL | | |
|---|---|---|
| TAX TOTAL | | |
| INVOICE TOTAL | | 4492.33 |

CONT. ON PAGE 5

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

DELIVERY COPY    CONFIDENTIAL PROPERTY OF SYSCO

# SYSCO

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL    FL  32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL     FL   32920

| DELIVERY DATE | CUSTOMER # | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 3/24/09 | 623363 | 903240529 | 3 of 5 |

TRUCK STOP: /004    ROUTE: 206R

TERMS: 999
COD - NO SIGN
MANIFEST# 192 NORMAL DELIVERY
DRIVER: STAPLES TIMOTHY

SYSCO - CENTRAL FLORIDA
PO BOX 40 CENTRAL FLORIDA
OCOEE, FL 34761

| QTY | CS SPLIT | TOT PCS | PACK | SIZE | ITEM DESCRIPTION | CODE | BRAND | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| CS | | | 10 | 1.0Z | BKRSG ESS DONUT SUGAR PWDRD MINI TAS | 70956 | SYS | 36.45 | 145.80 |
| CS | | | 2 | 016 | RICHS DOUGH PIZZA PRESHP OWN RSG | 03604 | SYS | 45.75 | 91.50 |
| BX | | | 72 | | BRIDERC RIOLL HOAGIE | 10032 | | 26.00 | 833.6- |
| | | | | | GROUP TOTAL **** | | | | |

ORDER SUMMARY

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 168 | 7 | 175 | 159.9 | 3801 |

| NO PCS DELVD. | NO PCS REC. |
|---|---|
| 6 | 99 |
| 6 | |

CUST SIGN X _____

SIGN
DRIVER'S SIGN X

PAYABLE ON OR BEFORE  3/25/09

| SUB TOTAL | 4709.88 |
|---|---|
| TAX | |
| INVOICE TOTAL | 4709.88 |

LAST PAGE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

DELIVERY COPY     CONFIDENTIAL PROPERTY OF SYSCO

## SYSCO

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920
321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 387
PORT CANAVERAL FL 32920

| DELIVERY DATE | CUSTOMER # | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 3/24/09 | 623363 | 903240530 | 1 1 |

ROUTE/STOP: /004
COD - NO SIGN
WANT DATE: 1992 NORMAL DELIVERY
DRIVER: STAPLES, TIMOTHY

| CASES SPLIT | TOT PCS | CRUBE | GROSS WT | ORDER SUMMARY |
|---|---|---|---|---|
| 17 | 17 | 19.5 | 214 | |
| 17 | 17 | 19.5 | 214 | |

Don't forget our Spring Food & Supply Show - Wednesday, March 25th!

| QTY | PACK | SIZE | ITEM DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|

SUB TOTAL 534.00
TAX .99
INVOICE TOTAL 554.99

| CUST SIGN | NO PCS DELVD. | NO PCS REC. | PAYABLE ON OR BEFORE 3/25/09 | LAST PAGE |
|---|---|---|---|---|

SUB TOTAL 534.12
TAX 20.87
INVOICE TOTAL 554.99

DRIVER'S SIGN

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

003

DELIVERY COPY

CONFIDENTIAL PROPERTY OF SYSCO

# SYSCO

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD,
OCOEE, FL 34761
SEAFOOD IICENSE # 240
407-877-8500

LAS VEGAS CASINO COLUMBUS
220 CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL        FL  32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 567
PORT CANAVERAL        FL  32920

| | DEV. DATE | 3/25/09 | CUSTOMER. | | INVOICE NUMBER. | PAGE |
|---|---|---|---|---|---|---|
| | TRUCK STOP | | 623363 | 903251060 | 5 | 1 |
| | ROUTE | /000 | | | | |

PURCHASE ORDER  non food
TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
COD - NO SIGN
MANIFEST#        DROP-SHIP
MA: S74          KERRY MOSSOR
DRIVER:

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| QTY | | | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | T A X | P I | INVOICE ADJUSTMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| SHP | PACK | SIZE | | | | | | | CODE | QTY |
| | | | Don't forget our Spring Food & Supply show - Wednesday, March 25th! | | | | | | | |
| | | | P. O.               10518430 | | | | | | | |
| | | | SHIPPER INVOICE # 903250237 | | | | | | | |
| | | | FEDEX TRK# 709631070960075 | | | | | | | |
| | | | DRY | | | | | | | |
| | | | SUPPLIES & EQUIPMENT | | | | | | | |
| D | 1 CS | 1EA | WINCO WEIGHT STEAK CAST ALUM W/HNDL SWA-1 | 5269981 | 7.50 | .45 | 7.50 * | | | |
| | | | DROP-SHIP | | | | | | | |
| | | | GROUP TOTAL***** | | | | 7.50 | | | |
| ORDER SUMMARY | | | 29383 | | | | | | | |

| CASES | SPLIT | TOT.PCS. | CUBE | GROSS WT. | NO. PCS DEVLD. | NO. PCS REC. | | | SUB TOTAL | 7.50 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 2 | | | | | TAX | .45 |
| 1 | 1 | 1 | 1 | 2 | | | | | INVOICE TOTAL | 7.95 |

OPEN: 8:00 AM     CLOSE: 5:00 PM

CUST. SIGN X    SYSCO INVOICE EVIDENCES RECEIPT OF ALL ITEMS

PAYABLE ON OR BEFORE  3/26/09     LAST PAGE

DRIVER'S SIGN X

IMPORTANT PACA PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

DELIVERY COPY    CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240

LAS VEGAS CASINO
CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 3/27/09 | 623363 | 90327039 2 | 9   1 |

ROUTE-STOP / 004   5072

PURCHASE ORDER

TERMS: PAST-DUE BALANCES ARE SUBJECT TO A SERVICE CHARGE
CASH ONLY ON DELIVERY-NO CHECK
MANIFEST# 82261A NORMAL DELIVERY
MANIFEST#   ST# MONSOR
DRIVER: THOMAS, TOMMY

| QTY | SPLIT | PACK | SIZE | ITEM DESCRIPTION | | ITEM CODE | UNIT PRICE | EXT. AMOUNT | EXTENDED PRICE | T | P | INVOICE ADJUSTMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CS | | | COOLER | | | | | | | | |
| | CS | | | DAIRY | | | | | | | | |
| 1 | CS | 4 | 1 GAL | WHI FARM MILK HOMOGENIZED | | 1003361 | 23277 40 | | 50 37 80 | | | |
| 4 | CS | 12 | 32 OZ | WHI FARM CREAMER HALF & HALF EST | | 3162500 | 4828554 | 20 21 | 40 42 | | | |
| 4 | CS | 25 LB | | WHI FARM CHEESE COTTAGE SMALL CURD | | 1005300 | 5020896 | 16 98 | 67 92 | | | |
| 4 | SCS | 6 | 5 LB | AREZZIO CHEESE MOZZ FTHR SHRED WM | | 5202001226 | 5686688 | 57 79 | 57 79 | | | |
| 4 | SCS | 6 | 5 LB | BRI MP CHEESE CUBE CHDR/COJCK/PEPJ | | 7234958 | 7234958 | 39 98 | 199 90 | | | |
| | CS | 3603 | 7/8 OZ | WHI FARM CREAMER HALF & HALF SHLF STBL | | 10997 CS | 10997 00 | 13 75 | 82 25 | | | |
| 5 | CS | 6 | 5 LB | CASA SOLE CHEESE CHDR/JACK SHRP/FTHR | | **GROUP TOTAL***** | | | | | | |
| | | | | MEATS | | | | | | | | |
| 5 | CS | 410 | LB | FIRE CLGS BEEF GROUND BULK 81/19 FINE | | D02 34 WMK | 0816858 | 60 60 | 60 60 | | | |
| 1 | CS | 14-16# | FARMLND HAM PIT BOLO STY | | *24 7 1 923RD | T/WT= | 1 792 | | 126 87 | | | |
| | | | | 12.660   13.260 | | T/WT= | | | 498 14 | | | |
| | | | | 15.360   15.360 | | | | | 404 49 | | | |
| 5 | CS | 6 | AVG | BEEF RSV BEEF EYE OF RND CH ANGUS | | 1054291 | 2 4 99 | | 65 97 | | | |
| | | | | 26.400 | | T/WT= | | | | | | |
| | | | | | | 26.400 | | | | | | |
| | | | | POULTRY | | | | | | | | |
| 4 | CS | 410 | LB | SYS REL CHICKEN CVP BRST RDM 1002 & UP | | 14072 | 720347 4 | 59 98 | 239 92 | | | |
| | | | | | | **GROUP TOTAL***** | | | | | | |
| | | | | PRODUCE | | | | | | | | |
| 1 | CS | 50-55# | PACKER CUCUMBER SELECT FRESH | | | 1000314 | 29 98 | 29 98 | | | |
| 1 | CS | 36 CT | PACKER CELERY PASCAL FRESH | | | 1000069 | 19 98 | 19 98 | | | |
| 1 | CS | 50 LB | SYS IMP ONION YELLOW JUMBO FRESH | | 15 JYOC | 1094721 | 13 95 | 13 95 | | | |
| | SO | #JUMBO | PACKER CARROT FRESH | | | 1167261 | 18 70 | 18 70 | | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 34 | | 34 | 32.6 | 910 |

| | NO. PCS DELVD | CUST SIGN | NO. PCS REC |
|---|---|---|---|

DRIVER'S SIGN _____

SYSCO CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE    REMIT TO:
SYSCO CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| SUB TOTAL | |
|---|---|
| TAX | |
| INVOICE TOTAL | |

CONT. ON PAGE   2    1074.11

IMPORTANT NACK PROVISION. THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO
220 CHRISTOPHER COLUMBUS
CRUISE TERMINAL #1 FL -32920
PORT CANAVERAL

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL    32920

| DEL/DATE | 3/27/09 | CUSTOMER | 623363 | 903270392 | PAGE 9 | 2 |
|---|---|---|---|---|---|---|
| ROUTE 004 | | | | | | |
| 5072 | | | | | | |

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

REMIT TO:
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

TERMS: PART OF THE BALANCES ARE SUBJECT TO SERVICE CHARGE
CASH ONLY ON DELIVERY-NO CHECK
MANIFEST# 872604 NORMAL DELIVERY
MA: ST4  KERRY KOSSOR
DRIVER: THOMAS, TOMMY

| QTY | SPLIT | TOT PCS | PACK SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | X | INVOICE CODE | ADJUSTMENT QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 CS | | | 43 LB | SYS/NAT BROCCOLI FLORETS CELLSS | 16758591 | 23.00 | | 47.02 | | | |
| 1 BG | | | 1 LB | PACKER BASIL FRESH | 17948882 | 7.00 | | 7.00 | | | |
| 1 CS | | | 10 LB | SYS CLS CESS SALAD POTATO FRESH | 3939404 | 29.98 | | 78.00 | | | |
| 1 CS | | | 12 LB | SYS IMP TOMATO CHRRY FRESH | 22030024 | 19.98 | | 39.04 | | | |
| 1 CS | | | 25 LB | SYS REL TOMATO BULK UTILITY FRESH | 4935623 | 24.59 | | 59.04 | | | |
| 1 CS | | | 40 # | PACKER LIME FRESH 200-230 CT | 5434626 | 33.50 | | 33.50 | | | |
| 1 CS | | | 25 LB | SYS IMP LETTUCE ROMAINE SALMIX SEPARATE FRSH | 4057012 | 27.25 | | 27.59 | | | |
| 1 CS | | | 41 GAL | SEAL TST CUT CABBAGE GREEN | 70210678 | 19.35 | | 18.87 | | | |
| 1 CS | | | 82 CT | SYS IMP PARSLEY FRESH BDSVC | 6616031 | 16.50 | | 19.95 | | | |
| 1 CS | | | 62 LB | SYS IMP LETTUCE ROMAINE CHOPPED FRSH | 6232375 | 16.50 | | | | | |
| 1 CS | | | | DRY CANNED & DRY GROUP TOTAL **** | 39318805 | | | 585.94 | | | |
| 2 CS | | | 6/10 | SYS IMP CABBAGE ORANGE | 9102070 | | | | | | |
| 1 BX | | | 30100-33093 | BRICCLS BEAN BAKED OVEN BKD | 286831 | 28.98 | | 57.96 | | | |
| 1 CS | | | 25 LB | SYS CLS COOKIE ASST 324 CT | 2189587 | 23.46 | | 70.38 | | | |
| 1 CS | | | 6/10 | SYS OTT SAUCE MARINARA PREMIUM | 2872372 | 29.97 | | 29.97 | | | |
| 1 CS | | | 6/10 | SYS IMP RICE PARBOILED PERFECT | 9594585 | 17.60 | | 17.60 | | | |
| 1 CS | | | | KEEBLER CRACKER ASST MEDLEY SLEEVES | 4677350 | 33.98 | | 67.96 | | | |
| 1 CS | | | 6/10 | ROLAND SALAD FRUIT TROPICAL | 4730883 | 33.98 | | 67.96 | | | |
| 1 CS | | | | SYS REL MIX CAKE WHITE 4.75LB | 5004304 | 4.57 | | 69.14 | | | |
| 1 CS | | | 64.75LB | SYS REL MIX CAKE CHOC | 5301619 | 34.50 | | 34.50 | | | |
| 1 CS | | | 64.5LB | | 5301619 | 29.20 | | 29.20 | | | |

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | | | | SUB TOTAL | | 1953.98 |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 37 | 35.2 | 931 | | | | | TAX | | |
| | | | | | | | | INVOICE TOTAL | | 1953.98 |

NO. PCS DELVD. _____
CUST. SIGN X _____

NO. PCS REC. _____

PAYABLE ON OR BEFORE

CONT. ON PAGE 3

DRIVER'S SIGN _____

THESE COMMODITIES ARE SOLD ON CREDIT AND REMAIN THE PROPERTY OF SYSCO UNTIL FULL PAYMENT IS RECEIVED.

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**

DELIVERY COPY

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO COLUMBUS
220 CHRISTOPHER
CRUISE TERMINAL #4
PORT CANAVERAL, FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX
PORT CANAVERAL          FL 32920

| DELIVERY DATE | CUSTOMER # | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 3/27/09 | 623363 | 903270392 | 9   3 |

ROUTE 004   STOP 5072

PURCHASE ORDER

TERMS: CASH ONLY ON DELIVERY-NO CHECK
MANIFEST# 872604 NORMAL DELIVERY
MA: 5/1   KERRY MOSSOR
DRIVER: THOMAS, TOMMY

| O/C | QTY | C/S | PACK | SIZE | ITEM DESCRIPTION | ITEM # | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|
| D | | CS | 10 | | ICE CREAM WATER DRINKING BTL | 4010331818 | 5522950 | | 49.95 |
| D | | CS | 10 | | BREZZ/O PASTA PENNE RIGATE | 6005391 | 5757868933 | 19.00 | |
| D | | CS | 4 | | BRIOSS PRETZEL TWIST MINI | 2221771 | 6325291 | 17.20 | |
| D | | CS | 6 | | CHEESE CHIP POTATO RIDGED REG | 4313631 | 6725363 | 25.50 | |
| D | | CS | 6 | | SPICE GARLIC GRANULATED | 7096910 | 8010514 | 19.00 | |
| D | | CS | 1 | | TUNA TONGOL CHUNK IN WTR | 8524458 | 8105147 | 63.20 | |
| D | | CS | 1 | | CROUTON GARLIC BUTTER CHS | 9047457 | 8524258 | 16.50 | |
| D | | EA | 1 | | PAPER DISPOSABLES | | 3289717 | 29.98 | |
| D | | CS | 20 | | CUP FOAM 8 OZ | 5434207 | 4088829 | 17.50 | |
| D | | CS | 1 | | LINER TRASH 36X58 55MIC CLR | 7258MCS | 3287917 | 29.98 | |
| D | | CS | 2 | | ROLL KTCHN MINI HI 1135A | SXS | 4088829 | 17.50 | |
| D | | CS | 1 | | TOWEL FORK/PEAS BLK MED HVY | 6305767 | 3057767 | 30.97 | |
| D | | CS | 1 | | KNIFE/PEAS BLK MED HVY MDIN MW | 6305767 | 3057767 | 30.97 | |
| D | | CS | 10 | | CARD INDEX STRRR/PEAS BLK 5 IN | 9003609 | 9362005 | 14.98 | |
| S | | CS | 6700 | | TOWEL ROLL NON-PERF 2/375 NAT | 2900888 | 25 | | |
| D | | CS | | | CHEMICAL & SANITORIALS | | | GROUP TOTAL*** | 567.39 |
| D | | LTR | 2 | | SANITIZER LIQ RTU NO RINSE CLR | 2103030 | 5190533 | 67.50 | |
| D | | CS | 6 | | SOAP HAND ANTIBAC W/TRI CLOSAN | 9007217 | 6736788 | 27.28 | |
| D | | EA | | | PAPER & DISPOSABLES | | | GROUP TOTAL**** | 66.81 |
| D | | CS | 40 | | CLEANER GRL QUICK CLEAN P2H | 1700 | 6643258 | 38.99 | |

CONT. ON PAGE   4

| CASES SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|
| 38 | 39 | 41.7 | 761 |

1

| DRIVER'S SIGN | NO. PCS DELVD. | CUST SIGN | NO. PCS REC | PAYABLE ON OR BEFORE | SYSCO - CENTRAL FLORIDA PO BOX 40 OCOEE, FL 34761 |
|---|---|---|---|---|---|

| SUB TOTAL | |
|---|---|
| TAX TOTAL | |
| INVOICE TOTAL | 2962.16 |

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

# SYSCO

**SYSCO CENTRAL FLORIDA, INC.**
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

**DELIVERY COPY**

CONFIDENTIAL PROPERTY OF SYSCO

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 3/27/09 | 623363 903270392 | 9 | 4 |

ROUTE/STOP: 5072 / 004
PURCHASE ORDER

TERMS: CASH ONLY ON DELIVERY-NO CHECK
MANIFEST: 873909 NORMAL DELIVERY
DRIVER: THOMAS, TOMMY

LAS VEGAS CASINO
220 CENTRE STREET #4 COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920

REMIT TO:
SYSCO CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

PAYABLE ON OR BEFORE

| CASES | SPLIT | TOT.PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 23 | | 23 | 20.9 | 476 |

| QTY | SHIP | PACK | SIZE | BRAND | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | AMOUNT | EXTENDED PRICE | X | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **FROZEN MEATS** GROUP TOTAL**** | | | | | | | |
| | 1 | CS | 25 LB | SYS CLS | SAUSAGE PORK BULK ROLL | 110215 | 20.42 | | 20.42 | | | |
| | 1 | CS | 67-9 LB | SMTHFLD | PORK LOIN BNLS CTR CUT FZ | 7465046 | 1.550 | | 77.50 | | | |
| | | | | | **POULTRY** GROUP TOTAL**** | | | | | | | |
| | 1 | CS | 25 LB | TYSON | CHICKEN TENDER BRD FRMD | 2048252 | 25.75 | | 25.75 | | | |
| | | | | | **SEAFOOD** GROUP TOTAL**** | | | | | | | |
| | 1 | CS | 10 LB | SEABEST | TILAPIA FIL SKLS BNLS 3-5 OZ | 9177910 | 27.98 | | 27.98 | | | |
| | 1 | CS | 2 5 LB | PORTFTY | SHRIMP P&D CKD 250/350 | 9777861 | 41.00 | | 41.00 | | | |
| | | | | | **FROZEN** GROUP TOTAL**** | | | | | | | |
| | 1 | CS | 12 16 CT | SYS CLS | ROLL DINNER ASST SOFT BKD | 1010610 | 29.98 | | 29.98 | | | |
| | 1 | CS | 12 2.5 LB | SYS CLS | PEA GREEN GR A P | 1255530 | 25.98 | | 25.98 | | | |
| | 1 | CS | 6 4 LB | SYS CLS | VEGETABLE BLEND CIRCUIT SPRIN | 3533585 | 29.98 | | 29.98 | | | |
| | 1 | CS | 440 4 OZ | RICHS | DOUGH PIZZA PRESHT/OVN RSG | 3335544 | 36.45 | | 36.45 | | | |
| | 1 | CS | 2016" | BKRCLS | DONUT SUGAR PWDR MINI T&S | 1170956 | 45.75 | | 45.75 | | | |
| | 1 | CS | 120 LB | FLAVRPK | BEAN GREEN WHL GROUP TOTAL**** | 6238869 | 25.75 | | 25.75 | | | |

DRIVER'S SIGN

| | SUB TOTAL | |
|---|---|---|
| | TAX TOTAL | |
| | INVOICE TOTAL | 3740.91 |

CONT. ON PAGE 5

CONFIDENTIAL PROPERTY OF SYSCO

**SYSCO**

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-0500

**DELIVERY COPY**

| DELIVERY DATE | CUSTOMER NUMBER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 3/27/09 | 623363 | 903270392 | 9 5 |

| ROUTE/STOP | PURCHASE ORDER | | |
|---|---|---|---|
| 5072 /004 | | | |

TERMS: PAST DUE INVOICES ARE SUBJECT TO SERVICE CHARGE
CASH ONLY ON DELIVERY-NO CHECK
MANIFEST# 872604 NORMAL DELIVERY
MA: 574 KERRY MOSSOR
DRIVER: THOMAS, TOMMY

LAS VEGAS CASINO
CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920

SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

**ORDER SUMMARY**

| QTY | PACK | SIZE | BRAND | ITEM CODE | ITEM DESCRIPTION | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | INVOICE/ADJUSTMENT CODE |
|---|---|---|---|---|---|---|---|---|---|

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT | NO. PCS DELV. | CUST SIGN |
|---|---|---|---|---|---|---|
| 132 | 1 | 133 | 30.4 | 3078 | | X |

DRIVER'S SIGN X

PAYABLE ON OR BEFORE 3/28/09

| SUB TOTAL | 3740.91 |
|---|---|
| TAX TOTAL | 30.35 |
| INVOICE TOTAL | 3771.26 |

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 00-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

CONFIDENTIAL PROPERTY OF SYSCO

# SYSCO

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD,
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| DELIVERY DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 4/24/09 | 623363 | 90424058B | 7 | 1 |

WAREHOUSE: /003
ROUTE/STOP:
5069

TERMS: CASH ONLY ON DELIVERY - NO CHECK
MANIFEST# 87161
DRIVER: KERRY MOSSOR
NORMAL DELIVERY

GRILLS /SUNRISE MARINE
505 GLEN CREEK RD
CAPE CANAVERAL FL 32920
321-868-2226

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL FL 32920

CUSTOMER: 623363
LAS VEGAS CASINO
220 CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL, FL 32920

NO------C-03/24/09

DROP SHIP PORT
DRY SUPPLIES & EQUIPMENT
SEE STOP COURER LICENSE
SEE INVOICE ALLOWANCE PLS BLKCLR SCRE 313-00

| QTY | QTY PACK SIZE | ITEM DESCRIPTION | | BRAND | CP/B PRICE | INVOICE ADJUSTMENTS QTY |
|---|---|---|---|---|---|---|

| CASES | SPLIT TOT PCS | CUBE GROSS WT | | NO. PCS DELVD. | CUST. SIGN | NO. PCS REC. |
|---|---|---|---|---|---|---|
| 12 | 12 | 1.0 | 3 | | X | |
| 12 | 12 | 1.0 | 3 | | | |

DRIVER'S SIGN

IMPORTANT PACK PROVISION: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

| SUB TOTAL | |
|---|---|
| TAX | |
| INVOICE TOTAL | |

PAYABLE ON OR BEFORE

LAST PAGE

UNPRICED SHIPPING DOCUMENT

EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION CLAUSES OF 41 CFR 60-1.4, 60-250.4 AND 60-741.4 ARE INCORPORATED HEREIN BY REFERENCE

003

# SYSCO

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

| | | |
|---|---|---|
| INVOICE NUMBER | PAGE | |
| 623363 | 7 | 1 |

| DELV. DATE | CUSTOMER |
|---|---|
| 4/24/09 | 904240588 |

| TRUCK STOP | PURCHASE ORDER |
|---|---|
| /003 | 1 |

5069

TERMS: - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
CASH ONLY ON DELIVERY—NO CHECK
MANIFEST# 877631 NORMAL DELIVERY
MA: S74 KERRY MOSSOR
DRIVER: WALKER, JASON

LAS VEGAS CASINO-----C-03/24/0
220 CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL FL 32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL 32920

| QTY | | | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | T/I | INVOICE ADJUSTMENTS CODE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 12 | EX | 12EACH | | DRY SFISTOP POTTER LIQUOR PLS ELKCIR SCRE 313-00 SUPPLIES & EQUIPMENT | 5067202 | 10.25 | .62 | 123.00 * | | | |
| | | | | | GROUP TOTAL***** | | | | 123.00 | | | |
| MISC CHARGES | | | | | : OFF-INVOICE ALLOWANCE | | | | 1.23- | | | |
| ORDER SUMMARY | | | | | : 70746 | | | | | | | |

OPEN: 8:00 AM   CLOSE: 5:00 PM

| CUST. SIGN | X | INVOICE EVIDENCES RECEIPT OF ALL ITEMS |

PAYABLE ON OR BEFORE 4/25/09

SYSCO - CENTRAL FLORIDA
REMIT TO:
PO BOX 40
OCOEE, FL 34761

| | |
|---|---|
| SUB TOTAL | 121.77 |
| TAX TOTAL | 7.38 |
| INVOICE TOTAL | 129.15 |

LAST PAGE

| CASES | SPLIT | TOT PCS | CUBE | GROSS WT |
|---|---|---|---|---|
| 12 | 12 | 12 | 1.0 | 3 |
| 12 | 12 | 12 | 1.0 | 3 |

| NO. PCS DELVD. | NO. PCS REC |
|---|---|

DRIVER'S SIGN X

IMPORTANT PACA PROVISIONS: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

# SYSCO

SYSCO CENTRAL FLORIDA, INC.
200 WEST STORY ROAD
OCOEE, FL 34761
SEAFOOD LICENSE # 240
407-877-8500

LAS VEGAS CASINO----C-03/24/0
220 CHRISTOPHER COLUMBUS
CRUISE TERMINAL #4
PORT CANAVERAL    FL   32920

321-720-9388

LAS VEGAS CASINO LINES LLC
PO BOX 587
PORT CANAVERAL    FL   32920

## DELIVERY COPY

CONFIDENTIAL PROPERTY OF SYSCO

| DELV. DATE | CUSTOMER | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 5/19/09 | 623363  905190827 | 6 | 1 |

TRUCK-STOP
ROUTE /000

PURCHASE ORDER   **RETURN FREIGHT**
TERMS - PAST DUE BALANCES ARE SUBJECT TO SERVICE CHARGE
**CASH ONLY  ON DELIVERY-NO CHECK**
**MANIFEST#  S74**    **DROP-SHIP**
MR.  KERRY MOSSOP
DRIVER:

| C | QTY | CASES SPLIT | PCS | CUBE | GROSS WT | PACK | SIZE | ITEM DESCRIPTION | ITEM CODE | UNIT PRICE | TAX AMOUNT | EXTENDED PRICE | X | P I CODE | INVOICE ADJUSTMENTS | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | P.O.    10659850 | | | | | | | | |
| D | 1 | 1 | 1 | | | CS | 11 | DRY:<br>SUPPLIES & EQUIPMENT | | | | | | | | |
| | | | | | | | | NONPROD CHARGE FREIGHT<br>DROP-SHIP | 8825627 | 163.53 | | 163.53 | | | | |
| | | | | | | | | GROUP TOTAL**** | | | 163.53 | 1.64 | | | | |
| | | | | | | | | MISC CHARGES : | | | | | | | | |
| | | | | | | | | ORDER SUMMARY : | | | | | | | | |
| | | | | | | | | 11820 | | | | | | | | |
| | | | | | | | | OFF-INVOICE ALLOWANCE | | | | | | | | |

OPEN: 8:00 AM    CLOSE: 5:00 PM

REMIT TO
SYSCO - CENTRAL FLORIDA
PO BOX 40
OCOEE, FL 34761

| | SUB TOTAL | 161.89 |
|---|---|---|
| | TAX TOTAL | |
| | INVOICE TOTAL | 161.89 |

PAYABLE ON OR BEFORE 5/20/09

DRIVER'S SIGN

CUST. SIGN X  VOID UNLESS SIGNED RECEIPT OF ALL ITEMS

NO. PCS DELVD.

NO. PCS REC.

**LAST PAGE**

TO THE EXTENT PACK PROVISIONS. THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. FOODS OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.