# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CANAVERAL PORT AUTHORITY,
ET AL.
        **Plaintiffs,**

-vs-                                       Case No. 6:09-cv-1447-Orl-28DAB

M/V LIQUID LAS VEGAS, IMO NO.
8222941,

        **Defendant.**

## ORDER

This case is before the Court on Canaveral Port Authority's Motion for Interlocutory Sale of M/V Liquid Vegas (Doc. No. 21) filed September 17, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed October 1, 2009 (Doc. No. 54) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion for Interlocutory Sale of the M/V Liquid Vegas (Doc. No. 21) is **GRANTED**.

3.    An Order Directing Interlocutory Sale of the M/V Liquid Vegas is being entered contemporaneously with this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 13 day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party