**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Canaveral Port Authority | COURT CASE NUMBER: 6:09-cv-1447-28DAB |
| DEFENDANT: M/V LIQUID VEGAS, Official No. 6695 | TYPE OF PROCESS: Sale of Vessel |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V LIQUID VEGAS, Official No. 6695, her engines, tackle, tenders, appurtenances, etc
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Port Canaveral North Cargo Pier No. 3

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony John Cuva
Akerman Senterfitt
401 East Jackson Street Suite 1700
Tampa, FL 33602

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

In accordance with the Court's Order dated October 13, 2009, the M/V LIQUID VEGAS, Official Number 6695, her engines, tackle, tenders, appurtenances, etc. is to be sold at a U.S. Marshal Sale on October 29, 2009, 12:00 p.m. at the steps of the Unites States District Court, Middle District of Florida, Orlando Division, George C. Young Courthouse & Federal Building, 401 W. Central Boulevard, Orlando, FL 32801. The Court has ordered a minimum bid of $1,750,000.00.

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 813-209-5000
DATE: 10/26/09

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 18 | District to Serve No. 18 | Signature of Authorized USMS Deputy or Clerk | Date: 10-26-09 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
401 W. Central Blvd.
Orlando, FL. 32801

Date: 10-29-09   Time: 12:00 ☒ pm

Signature of U.S. Marshal or Deputy: 1896

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| 2Hrs = $110.00 | ∅ | | | | $0.00 |

REMARKS: 10-29-09 At approx. 12:00 P.M the Interlocutory Sale of the Vessel M/V Liquid Vegas was conducted on the Court Steps of the Federal Courthouse. The vessel was sold for $2,060,000.00 to Michael L. Kaminsky. After sale Bank Checks were presented in the amount of $275,000.00 as required for the 10% Deposit.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## AUCTION RECORD

Date of Sale: __October 29, 2009__          Time: __12:00 P.M.__

Case # __6:09-CV-1447-ORL-28DAB__

Case Name: __Canaveral Port Authority vs M/V Liquid Vegas__

|   | Attendance | Address | Phone |
|---|---|---|---|
| 1 | Mauro Bartolomeu Sebben, Corporate Woods, LLC | 12231 SW 122ND Path, Miami, FL 33186 | 786-390-2500 |
| 2 | Kaminsky, Michael L. Mermaid I, LLC | 19 Arlington St., Patchogue, N.Y. 11772 | 631-495-5813 |
| 3 |   |   |   |
| 4 |   |   |   |
| 5 |   |   |   |

Minimum bid: $ __1,750,000.00__

Record of Bidding:

1. $1,751,000.00           1. $1,755,000.00
2. $1,752,000.00           2. $1,775,000.00
1. $1,753,000.00           1. $1,780,000.00
2. $1,754,000.00           2. $1,785,000.00

Marshals Commission:    3% of 1st $1,000    $_____
                       1 ½% of Remainder   $_____

                       Total Commission    $_____

Advertising:    $_____          Thomas D. Hurlburt, Jr.
Service Fees:   $_____          United States Marshal
Mileage:        $_____
Grand Total:    $_____          By: _/s/ Terry G. Price_
                                   Terry G. Price
                                   Deputy U.S. Marshal

## AUCTION RECORD

Date of Sale: __October 29, 2009__       Time: __12:00 P.M.__

Case # __6:09-CV-1447-ORL-28DAB__

Case Name: __Canaveral Port Authority   vs   M/V Liquid Vegas__

|   | Attendance | Address | Phone |
|---|---|---|---|
| 1 | Mauro Bartolomeu Sebben, Corporate Woods, LLC | 12231 SW 122nd Path, Miami, FL 33186 | 786-390-2500 |
| 2 | Kaminsky, Michael L. Mermaid I, LLC | 19 Arlington St, Patchogue, N.Y. 11772 | 631-495-5813 |
| 3 |  |  |  |
| 4 |  |  |  |
| 5 |  |  |  |

Minimum bid: $ _1,750,000.00_

Record of Bidding:

1. $1,786,000.00      1 $1,810,000.00
2. $1,790,000.00      2. $1,813,000.00
1. $1,791,000.00      1 $1,814,000.00
2. $1,800,000.00      2. $1,826,000.00

Marshals Commission:      3% of 1st $1,000      $_____
                          1 ½% of Remainder    $_____

                          Total Commission      $_____

Advertising:     $_____          Thomas D. Hurlburt, Jr.
Service Fees:    $_____          United States Marshal
Mileage:         $_____
Grand Total      $_____          By: _[signature]_
                                    Terry G. Price
                                    Deputy U.S. Marshal

# AUCTION RECORD

Date of Sale: __October 29, 2009__     Time: __12:00 P.M.__

Case # __6:09-CV-1447-ORL-28DAB__

Case Name: __Canaveral Port Authority   vs   M/V Liquid Vegas__

|   | Attendance | Address | Phone |
|---|---|---|---|
| 1 | Mauro Bartolomeu Sebben Corporate Woods, LLC | 12231 SW 122nd Path, Miami, FL 33186 | 786-390-2500 |
| ② | Kaminsky, Michael L. Mermaid I, LLC | 19 Arlington St., Patchogue, N.Y. 11772 | 631-495-5813 |
| 3 |   |   |   |
| 4 |   |   |   |
| 5 |   |   |   |

Minimum bid: $ __1,750,000.00__

Record of Bidding:

1  $1,827,000.00                                1  $1,840,000.00

2. $1,827,600.00                                2. $1,840,500.00

1. $1,828,000.00                                1. $1,850,000.00

2. $1,828,500.00                                2. $1,850,500.00

Marshals Commission:      3% of 1st $1,000      $_____
                          1 ½% of Remainder    $_____

                          Total Commission      $_____

Advertising:    $_____        Thomas D. Hurlburt, Jr.
                                 United States Marshal
Service Fees:   $_____

Mileage:        $_____        By: _Terry G. Price_ (signature)

Grand Total     $_____        Terry G. Price
                                 Deputy U.S. Marshal

## AUCTION RECORD

Date of Sale: __October 29, 2009__     Time: __12:00 P.M.__

Case # __6:09-CV-1447-ORL-28DAB__

Case Name: __Canaveral Port Authority  vs  M/V Liquid Vegas__

|   | Attendance | Address | Phone |
|---|---|---|---|
| 1 | Mauro Bartolomeu Sebben Corporate Woods, LLC | 12231 SW 122nd Path, Miami, FL 33182 | 786-390-2500 |
| ② | Kaminsky, Michael L. Melhado I, LLC | 19 Arlington St., Patchogue, N.Y. 11772 | 631-495-5813 |
| 3 |   |   |   |
| 4 |   |   |   |
| 5 |   |   |   |

Minimum bid: $ __1,750,000.00__

Record of Bidding:

1 $1,855,000.00                     1 $1,865,000.00

2 $1,855,500.00                     2 $1,865,500.00

1 $1,860,000.00                     1 $1,870,000.00

2 $1,860,500.00                     2 $1,870,500.00

Marshals Commission:   3% of 1st $1,000      $_____
                       1 ½% of Remainder     $_____

                       Total Commission      $_____

Advertising:   $_____          Thomas D. Hurlburt, Jr.
Service Fees:  $_____          United States Marshal
Mileage:       $_____
                                    By: _Terry D. Price_
Grand Total:   $_____          Terry G. Price
                                    Deputy U.S. Marshal

## AUCTION RECORD

Date of Sale: __October 29, 2009__   Time: __12:00 P.M.__

Case # __6:09-CV-1447-ORL-28DAB__

Case Name: __Canaveral Port Authority   vs   M/V Liquid Vegas__

|   | Attendance | Address | Phone |
|---|---|---|---|
| 1 | Mauro Bartolomeu Sebben, Corporate Woods, LLC | 12231 SW 122nd Path, Miami, FL 33182 | 786-390-2500 |
| 2 | Kaminsky, Michael L. Melhado I, LLC | 19 Arlington St., Patchogue, N.Y. 11772 | 631-495-5813 |
| 3 |  |  |  |
| 4 |  |  |  |
| 5 |  |  |  |

Minimum bid: $ __1,750,000.00__

Record of Bidding:

__1 $1,875,000.00__              __1 $1,880,000.00__

__2 $1,875,500.00__              __2. $1,880,500.00__

__1 $1,878,000.00__              __1 $1,883,000.00__

__2 $1,878,500.00__              __2. 1,883,500.00__

Marshals Commission:   3% of 1st $1,000   $_____
                        1 ½% of Remainder   $_____

                        Total Commission   $_____

Advertising:     $_____         Thomas D. Hurlburt, Jr.
Service Fees:    $_____         United States Marshal
Mileage:         $_____
Grand Total      $_____         By: _Terry G. Price_
                                   Deputy U.S. Marshal

(6)

# AUCTION RECORD

Date of Sale: __October 29, 2009__          Time: ____12:00 P.M.____

Case #   __6:09-CV-1447-ORL-28DAB__

Case Name:   __Canaveral Port Authority   vs   M/V Liquid Vegas__

|   | Attendance | Address | Phone |
|---|---|---|---|
| 1 | Mauro Bartolomeu Sebben, Corporate Woods, LLC | 12231 SW 122nd Path, Miami, FL 33186 | 786-390-2500 |
| ② | Kaminsky, Michael L. Methaid I, LLC | 19 Arlington St., Patchogue, N.Y. 11772 | 631-495-5813 |
| 3 |   |   |   |
| 4 |   |   |   |
| 5 |   |   |   |

Minimum bid: $ __1,750,000.00__

Record of Bidding:

1  $1,885,000.00                           1  $1,887,000.00
2. $1,885,500.00                           2. $1,887,500.00
1  $1,886,000.00                           1  $1,901,000.00
2. $1,886,500.00                           2. $1,913,000.00

Marshals Commission:       3% of 1st $1,000       $_____
                           1 ½% of Remainder      $_____

                           Total Commission       $_____

Advertising:       $_____           Thomas D. Hurlburt, Jr.
Service Fees:     $_____           United States Marshal
Mileage:          $_____
                                              By: _Terry G. Price_ (signature)
Grand Total       $_____               Terry G. Price
                                              Deputy U.S. Marshal

# AUCTION RECORD

Date of Sale: __October 29, 2009__          Time: __12:00 P.M.__

Case # __6:09-CV-1447-ORL-28DAB__

Case Name: __Canaveral Port Authority vs M/V Liquid Vegas__

|   | Attendance | Address | Phone |
|---|---|---|---|
| 1 | Mauro Bartolomeu Sebben Corporate Woods, LLC | 12231 SW 122nd Path, Miami, FL 33186 | 786-390-2500 |
| ②  | Kaminsky, Michael L. Mermaid I, LLC | 19 Arlington St, Patchogue, N.Y. 11772 | 631-495-5813 |
| 3 |   |   |   |
| 4 |   |   |   |
| 5 |   |   |   |

Minimum bid: $ __1,750,000.00__

Record of Bidding:

1. $1,915,000.00             1 $1,943,000.00
2. $1,918,000.00             2 $2,000,000.00
1. $1,920,000.00             1 $2,001,000.00
2. $1,926,000.00             2 $2,026,000.00

Marshals Commission:    3% of 1st $1,000        $_____
                        1 ½% of Remainder       $_____

                        Total Commission        $_____

Advertising:    $_____          Thomas D. Hurlburt, Jr.
Service Fees:   $_____          United States Marshal
Mileage:        $_____
Grand Total:    $_____          By: *Terry G. Price*
                                     Deputy U.S. Marshal

## AUCTION RECORD

Date of Sale: __October 29, 2009__   Time: __12:00 P.M.__

Case # __6:09-CV-1447-ORL-28DAB__

Case Name: __Canaveral Port Authority vs M/V Liquid Vegas__

|   | Attendance | Address | Phone |
|---|---|---|---|
| 1 | Mauro Bartolomeu Sebben Corporate Woods, LLC | 12231 SW 122nd Path, Miami, FL 33186 | 786-390-2500 |
| ② | Kaminsky, Michael L. Method I, LLC | 19 Arlington St, Patchogue, N.Y. 11772 | 631-495-5813 |
| 3 |   |   |   |
| 4 |   |   |   |
| 5 |   |   |   |

Minimum bid: $ __1,750,000.00__

Record of Bidding:

1  $2,030,000.00

2. $2,060,000.00

Marshals Commission:   3% of 1st $1,000     $_____
                       1 ½% of Remainder    $_____

                       Total Commission     $_____

Advertising:    $_____         Thomas D. Hurlburt, Jr.
Service Fees:   $_____         United States Marshal
Mileage:        $_____
Grand Total:    $_____         By: /s/ Terry G. Price
                                Terry G. Price
                                Deputy U.S. Marshal