# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CANAVERAL PORT AUTHORITY,
ET AL.

**Plaintiffs,**

-vs-                                                                  **Case No. 6:09-cv-1447-Orl-28DAB**

M/V LIQUID VEGAS, IMO NO. 8409056,
*in rem*,

**Defendant.**
_____

## ORDER SCHEDULING DEADLINES FOLLOWING INTERLOCUTORY SALE

This cause came on for consideration following the Marshal's sale of the Vessel M/V Liquid Vegas on October 29, 2009. Pursuant to Judge Antoon's Order Directing Interlocutory Sale of the Vessel (Doc. No. 81) and Local Rule 7.05(r), the Court orders as follows:

1. Objections to the October 29, 2009 sale must be filed by **November 3, 2009 at 4:00 p.m.**

2. A copy of any objection to the sale shall be served on the Marshal and all other parties to the action. In addition to filing written objections, any person objecting to the sale shall also deposit with the Marshal a certified or cashier's check for **$20,000** (the cost of keeping the property for at least seven days); proof of the deposit with the Marshal's office shall be file in the Clerk's office by the moving party and attached to the Objection as an exhibit. **The Court will not consider the objection without proof of this deposit.**[1]

3. Opposition to any objections must be filed by **November 10, 2009 at 4:00 p.m.**, with a copy served on the Marshal and all other parties to the action.

_____

[1]Disposition of the deposit will be as set forth in Local Rule 7.05(r)(7)(B).

4.  The winning bidder, Michael L. Kaminsky[2], must deposit the remaining purchase price in compliance with the Local Rule 7.05(r).

5.  The Clerk is **DIRECTED** to provide a copy of this Order to the winning bidder, Michael L. Kaminsky, immediately.

**DONE** and **ORDERED** in Orlando, Florida on October 30, 2009.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[2]*See* Doc. No. 120.