

# Invoice

**Sophlex Enterprises, Inc.**
P.O. Box 542349
Merritt Island, FL 32954

Phone: 361-767-6400   Fax: 361-767-6410

| Date | Invoice # |
|---|---|
| 5/26/2009 | ENT-09-141 |

**Bill To**

m/v Liquid Vegas
Las Vegas Casino Lines, LLC &
US Bankruptcy Court Trustee

| | Due Date | 6/26/2009 |
|---|---|---|

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| Court appointed custodian fee 5/26/09 - 6/15/09 | 1,006.00 | 21 | 21,126.00 |
| Pilots | 310.00 | | 310.00 |
| tug assist vessel shifting | 1,000.00 | | 1,000.00 |
| Sales Tax | 6.00% | | 0.00 |

| | Total | $22,436.00 |
|---|---|---|



**SOPHLEX ENTERPRISES, INC.**

P.O. Box 542349
Merritt Island, FL 32954

Phone: 361-767-6400   Fax: 361-767-6410

# Invoice

| Date | Invoice # |
|---|---|
| 6/16/2009 | ENT-09-142 |

**Bill To**

m/v Liquid Vegas
Las Vegas Casino Lines, LLC &
US Bankruptcy Court Trustee

| | Due Date | 7/16/2009 |
|---|---|---|

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| Court appointed custodian fee 6/16/09 - 6/30/09 | 1,006.00 | 15 | 15,090.00 |
| Sales Tax | 6.00% | | 0.00 |

**Total** $15,090.00



# Invoice

**Sophlex ENTERPRISES, INC.**

P.O. Box 542349
Merritt Island, FL 32954

Phone: 361-767-6400   Fax: 361-767-6410

| Date | Invoice # |
|---|---|
| 7/1/2009 | ENT-09-143 |

**Bill To**

m/v Liquid Vegas
Las Vegas Casino Lines, LLC &
US Bankruptcy Court Trustee

| | Due Date | 8/1/2009 |
|---|---|---|

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| Court appointed custodian fee 7/1/09 - 7/15/09 | 1,006.00 | 15 | 15,090.00 |
| Sales Tax | 6.00% | | 0.00 |

| | Total | $15,090.00 |
|---|---|---|



**Sophlex ENTERPRISES, INC.**

P.O. Box 542349
Merritt Island, FL 32954

Phone: 361-767-6400  Fax: 361-767-6410

# Invoice

| Date | Invoice # |
|---|---|
| 7/15/2009 | ENT-09-144 |

**Bill To**

m/v Liquid Vegas
Las Vegas Casino Lines, LLC &
US Bankruptcy Court Trustee

| | Due Date | 8/15/2009 |
|---|---|---|

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| Court appointed custodian fee 7/16/09 - 7/31/09 | 1,006.00 | 16 | 16,096.00 |
| Sales Tax | 6.00% | | 0.00 |

| | Total | $16,096.00 |
|---|---|---|



# Invoice

| Date | Invoice # |
|---|---|
| 8/1/2009 | ENT-09-145 |

**Sophlex ENTERPRISES, INC.**

P.O. Box 542349
Merritt Island, FL 32954

Phone: 361-767-6400  Fax: 361-767-6410

**Bill To**

m/v Liquid Vegas
Las Vegas Casino Lines, LLC &
US Bankruptcy Court Trustee

| | Due Date | 9/1/2009 |
|---|---|---|

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| Court appointed custodian fee 8/01/09 - 8/15/09 | 1,006.00 | 15 | 15,090.00 |
| Sales Tax | 6.00% | | 0.00 |

| | Total | $15,090.00 |
|---|---|---|



# Invoice

**Sophlex Enterprises, Inc.**
P.O. Box 542349
Merritt Island, FL 32954

Phone: 361-767-6400   Fax: 361-767-6410

| Date | Invoice # |
|---|---|
| 8/15/2009 | ENT-09-146 |

**Bill To**

m/v Liquid Vegas
Las Vegas Casino Lines, LLC &
US Bankruptcy Court Trustee

| Due Date | 9/15/2009 |
|---|---|

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| Court appointed custodian fee 8/16/09 - 8/31/09 | 1,006.00 | 16 | 16,096.00 |
| Captain Kelly Pulsifer Inspection | 3,605.70 | | 3,605.70 |
| Sales Tax | 6.00% | | 0.00 |

**Total** $19,701.70



# Invoice

| Date | Invoice # |
|---|---|
| 9/1/2009 | ENT-09-148 |

**Sophlex ENTERPRISES, INC.**

P.O. Box 542349
Merritt Island, FL 32954

Phone: 361-767-6400   Fax: 361-767-6410

**Bill To**

m/v Liquid Vegas
Las Vegas Casino Lines, LLC &
US Bankruptcy Court Trustee

| | Due Date | 9/30/2009 |
|---|---|---|

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| Court appointed custodian fee 9/01/09 - 9/15/09 | 1,006.00 | 15 | 15,090.00 |
| 24 volt charger for Liquid Vegas | 127.95 | 1 | 127.95 |

| | Total | $15,217.95 |
|---|---|---|



# Invoice

| Date | Invoice # |
|---|---|
| 9/15/2009 | ENT-09-150 |

**Sophlex ENTERPRISES, INC.**
P.O. Box 542349
Merritt Island, FL 32954

Phone: 361-767-6400   Fax: 361-767-6410

**Bill To**

m/v Liquid Vegas
Las Vegas Casino Lines, LLC &
US Bankruptcy Court Trustee

| | Due Date | 10/14/2009 |
|---|---|---|

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| Court appointed custodian fee 9/16/09 - 9/30/09 | 1,006.00 | 15 | 15,090.00 |
| Consultant to verify cash in all slots & ATM's per US Marshall | 200.00 | 1 | 200.00 |
| 16 man hours - verification of no-cash slot machines, as required by the US Marshall | 480.00 | | 480.00 |
| Captain Kelly Pulsifer Inspection - Port State & USCG intervention Aug. | 413.25 | | 413.25 |

| | Total | $16,183.25 |
|---|---|---|



# Invoice

**Sophlex ENTERPRISES, INC.**

P.O. Box 542349
Merritt Island, FL 32954

Phone: 361-767-6400   Fax: 361-767-6410

| Date | Invoice # |
|---|---|
| 10/1/2009 | ENT-09-153 |

**Bill To**

m/v Liquid Vegas
Las Vegas Casino Lines, LLC &
US Bankruptcy Court Trustee

| | Due Date | 10/30/2009 |
|---|---|---|

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| Court appointed custodian fee 10/01/09 - 10/15/09 | 1,006.00 | 15 | 15,090.00 |
| Captain Kelly Pulsifer Inspection - Port State & USCG intervention Sept. | 498.75 | 1 | 498.75 |
| High Seas Trading Company - Fire protection systems re-certification | 1,350.00 | | 1,350.00 |
| Generator troubleshooting & repair Juan Garcia | 400.00 | | 400.00 |

| | Total | $17,338.75 |
|---|---|---|



# Invoice

**Sophlex Enterprises, Inc.**
P.O. Box 542349
Merritt Island, FL 32954

Phone: 361-767-6400   Fax: 361-767-6410

| Date | Invoice # |
|---|---|
| 10/15/2009 | ENT-09-156 |

**Bill To**

n/v Liquid Vegas
Las Vegas Casino Lines, LLC &
US Bankruptcy Court Trustee

| Due Date | 11/15/2009 |
|---|---|

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| Court appointed custodian fee 10/16/09 - 10/31/09 | 1,006.00 | 16 | 16,096.00 |
| For Sale US Marshall's Auction ad in Boats & Harbor | 396.00 | 1 | 396.00 |
| Banana River Marine Service - new coolant pump #2 gen set | 1,085.91 | | 1,085.91 |
| Electrical part purchased by Rudy | 171.15 | | 171.15 |
| Royal Battery Dist. | 418.91 | | 418.91 |
| extra shifts for Generator repairs & Engineers for N.Y. Buyer | 500.00 | | 500.00 |

| | Total | $18,667.97 |
|---|---|---|



# Invoice

| Date | Invoice # |
|---|---|
| 11/1/2009 | ENT-09-159 |

P.O. Box 542349
Merritt Island, FL 32954

Phone: 361-767-6400   Fax: 361-767-6410

**Bill To**

m/v Liquid Vegas
Las Vegas Casino Lines, LLC &
US Bankruptcy Court Trustee

| | Due Date | 12/1/2009 |
|---|---|---|

| Description | Rate | Quantity | Amount |
|---|---|---|---|
| Court appointed custodian fee 11/01/09 - 11/06/09 | 1,006.00 | 6 | 6,036.00 |

| | Total | $6,036.00 |
|---|---|---|

Sophlex Enterprises, Inc.

P.O. Box 542349
Merritt Island, FL 32954

# Finance Charge

| Date | Invoice # |
|---|---|
| 7/17/2009 | FC 24 |

| Bill To |
|---|
| m/v Liquid Vegas<br>Las Vegas Casino Lines, LLC &<br>US Bankruptcy Court Trustee |

| Terms |
|---|
|  |

| Description | Amount |
|---|---|
| Finance Charges on Overdue Balance<br>Invoice #ENT-09-141 for 22,436.00 on 05/26/2009<br>Invoice #ENT-09-142 for 15,090.00 on 06/16/2009<br>Invoice #ENT-09-143 for 15,090.00 on 07/01/2009 | 925.11 |

| **Total** | $925.11 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $925.11 |

Sophlex Enterprises, Inc.

P.O. Box 542349

Merritt Island, FL 32954

# Finance Charge

| Date | Invoice # |
|---|---|
| 8/13/2009 | FC 25 |

| Bill To |
|---|
| m/v Liquid Vegas<br>Las Vegas Casino Lines, LLC &<br>US Bankruptcy Court Trustee |

| Terms |
|---|
|  |

| Description | Amount |
|---|---|
| Finance Charges on Overdue Balance<br>Invoice #ENT-09-141 for 22,436.00 on 05/26/2009<br>Invoice #ENT-09-142 for 15,090.00 on 06/16/2009<br>Invoice #ENT-09-143 for 15,090.00 on 07/01/2009<br>Invoice #ENT-09-144 for 16,096.00 on 07/15/2009<br>Invoice #ENT-09-145 for 15,090.00 on 08/01/2009 | 1,004.20 |

| | |
|---|---|
| **Total** | $1,004.20 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,004.20 |

Sophlex Enterprises, Inc.

P.O. Box 542349

Merritt Island, FL 32954

# Finance Charge

| Date | Invoice # |
|---|---|
| 9/2/2009 | FC 26 |

| Bill To |
|---|
| m/v Liquid Vegas<br>Las Vegas Casino Lines, LLC &<br>US Bankruptcy Court Trustee |

| Terms |
|---|
|  |

| Description | Amount |
|---|---|
| Finance Charges on Overdue Balance<br>Invoice #ENT-09-141 for 22,436.00 on 05/26/2009<br>Invoice #ENT-09-142 for 15,090.00 on 06/16/2009<br>Invoice #ENT-09-143 for 15,090.00 on 07/01/2009<br>Invoice #ENT-09-144 for 16,096.00 on 07/15/2009<br>Invoice #ENT-09-145 for 15,090.00 on 08/01/2009<br>Invoice #ENT-09-146 for 19,701.70 on 08/15/2009<br>Invoice #ENT-09-148 for 15,217.95 on 09/01/2009 | 1,008.93 |

| | |
|---|---|
| **Total** | $1,008.93 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,008.93 |

Sophlex Enterprises, Inc.

P.O. Box 542349
Merritt Island, FL 32954

# Finance Charge

| Date | invoice # |
|---|---|
| 9/15/2009 | FC 32 |

| Bill To |
|---|
| m/v Liquid Vegas<br>Las Vegas Casino Lines, LLC &<br>US Bankruptcy Court Trustee |

| Terms |
|---|
|  |

| Description | Amount |
|---|---|
| Finance Charges on Overdue Balance<br>Invoice #ENT-09-141 for 22,436.00 on 05/26/2009<br>Invoice #ENT-09-142 for 15,090.00 on 06/16/2009<br>Invoice #ENT-09-143 for 15,090.00 on 07/01/2009<br>Invoice #ENT-09-144 for 16,096.00 on 07/15/2009<br>Invoice #ENT-09-145 for 15,090.00 on 08/01/2009<br>Invoice #ENT-09-146 for 19,701.70 on 08/15/2009<br>Invoice #ENT-09-148 for 15,217.95 on 09/01/2009 | 761.12 |

| | |
|---|---|
| **Total** | $761.12 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $761.12 |

Sophlex Enterprises, Inc.

P.O. Box 542349
Merritt Island, FL 32954

# Finance Charge

| Date | Invoice # |
|---|---|
| 10/1/2009 | FC 33 |

| Bill To |
|---|
| m/v Liquid Vegas<br>Las Vegas Casino Lines, LLC &<br>US Bankruptcy Court Trustee |

| Terms |
|---|
|  |

| Description | Amount |
|---|---|
| Finance Charges on Overdue Balance<br>Invoice #ENT-09-141 for 22,436.00 on 05/26/2009<br>Invoice #ENT-09-142 for 15,090.00 on 06/16/2009<br>Invoice #ENT-09-143 for 15,090.00 on 07/01/2009<br>Invoice #ENT-09-144 for 16,096.00 on 07/15/2009<br>Invoice #ENT-09-145 for 15,090.00 on 08/01/2009<br>Invoice #ENT-09-146 for 19,701.70 on 08/15/2009<br>Invoice #ENT-09-148 for 15,217.95 on 09/01/2009<br>Invoice #ENT-09-150 for 16,183.25 on 09/15/2009 | 1,064.46 |

| | |
|---|---|
| **Total** | $1,064.46 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,064.46 |

Sophlex Enterprises, Inc.

P.O. Box 542349

Merritt Island, FL 32954

# Finance Charge

| Date | Invoice # |
|---|---|
| 10/15/2009 | FC 34 |

| Bill To |
|---|
| m/v Liquid Vegas<br>Las Vegas Casino Lines, LLC &<br>US Bankruptcy Court Trustee |

| Terms |
|---|
|  |

| Description | Amount |
|---|---|
| Finance Charges on Overdue Balance<br>Invoice #ENT-09-141 for 22,436.00 on 05/26/2009<br>Invoice #ENT-09-142 for 15,090.00 on 06/16/2009<br>Invoice #ENT-09-143 for 15,090.00 on 07/01/2009<br>Invoice #ENT-09-144 for 16,096.00 on 07/15/2009<br>Invoice #ENT-09-145 for 15,090.00 on 08/01/2009<br>Invoice #ENT-09-146 for 19,701.70 on 08/15/2009<br>Invoice #ENT-09-148 for 15,217.95 on 09/01/2009<br>Invoice #ENT-09-150 for 16,183.25 on 09/15/2009<br>Invoice #ENT-09-153 for 17,338.75 on 10/01/2009 | 1,051.10 |

| | |
|---|---|
| **Total** | $1,051.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,051.10 |

Sophlex Enterprises, Inc.

P.O. Box 542349

Merritt Island, FL 32954

# Finance Charge

| Date | Invoice # |
|---|---|
| 10/31/2009 | FC 35 |

| Bill To |
|---|
| m/v Liquid Vegas<br>Las Vegas Casino Lines, LLC &<br>US Bankruptcy Court Trustee |

| Terms |
|---|
|  |

| Description | Amount |
|---|---|
| Finance Charges on Overdue Balance<br>Invoice #ENT-09-141 for 22,436.00 on 05/26/2009<br>Invoice #ENT-09-142 for 15,090.00 on 06/16/2009<br>Invoice #ENT-09-143 for 15,090.00 on 07/01/2009<br>Invoice #ENT-09-144 for 16,096.00 on 07/15/2009<br>Invoice #ENT-09-145 for 15,090.00 on 08/01/2009<br>Invoice #ENT-09-146 for 19,701.70 on 08/15/2009<br>Invoice #ENT-09-148 for 15,217.95 on 09/01/2009<br>Invoice #ENT-09-150 for 16,183.25 on 09/15/2009<br>Invoice #ENT-09-153 for 17,338.75 on 10/01/2009<br>Invoice #ENT-09-156 for 18,167.97 on 10/15/2009 | 1,344.62 |

| | |
|---|---|
| **Total** | $1,344.62 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,344.62 |

Sophlex Enterprises, Inc.

P.O. Box 542349
Merritt Island, FL 32954

# Finance Charge

| Date | Invoice # |
|---|---|
| 11/9/2009 | FC 48 |

| Bill To |
|---|
| m/v Liquid Vegas<br>Las Vegas Casino Lines, LLC &<br>US Bankruptcy Court Trustee |

| Terms |
|---|
|  |

| Description | Amount |
|---|---|
| Finance Charges on Overdue Balance<br>Invoice #ENT-09-141 for 22,436.00 on 05/26/2009<br>Invoice #ENT-09-142 for 15,090.00 on 06/16/2009<br>Invoice #ENT-09-143 for 15,090.00 on 07/01/2009<br>Invoice #ENT-09-144 for 16,096.00 on 07/15/2009<br>Invoice #ENT-09-145 for 15,090.00 on 08/01/2009<br>Invoice #ENT-09-146 for 19,701.70 on 08/15/2009<br>Invoice #ENT-09-148 for 15,217.95 on 09/01/2009<br>Invoice #ENT-09-150 for 16,183.25 on 09/15/2009<br>Invoice #ENT-09-153 for 17,338.75 on 10/01/2009<br>Invoice #ENT-09-156 for 18,667.97 on 10/15/2009<br>Invoice #ENT-09-159 for 9,054.00 on 11/01/2009 | 794.28 |

| | |
|---|---|
| **Total** | $794.28 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $794.28 |