**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CANAVERAL PORT AUTHORITY,**
**ET AL.**

      **Plaintiffs,**

**-vs-**                  **Case No. 6:09-cv-1447-Orl-28DAB**

**M/V LIQUID VEGAS, IMO No. 8409056,**

      **Defendant.**
_____

## ORDER AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR DEFAULT JUDGMENT (Doc. No. 125)** |
| **FILED:** | **October 30, 2009** |
| **THEREON** it is **ORDERED** that the motion is **DENIED** as moot. | |
| **MOTION:** | **MOTION FOR DECLARATION OF PRIORITY (Doc. No. 133)** |
| **FILED:** | **November 3, 2009** |
| **THEREON** it is **ORDERED** that the motion is **DENIED** as moot. | |
| **MOTION:** | **MOTION FOR DEFAULT JUDGMENT (Doc. No. 143)** |
| **FILED:** | **November 4, 2009** |
| **THEREON** it is **ORDERED** that the motion is **DENIED** as moot. | |

> **MOTION:** MOTION FOR DEFAULT JUDGMENT (Doc. No. 149)
>
> **FILED:** November 5, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

Based on the parties' representations at the Status Conference held on December 15, 2009 and the Stipulation of Settlement (Doc. No. 195), the parties' maritime lien claims are completely settled. *See* Doc. No. 195. The parties with maritime lien claims[1] have proposed an Order setting forth the agreed amounts of the settlement to each claimant to resolve all of the maritime lien claims (Doc. No. 195-2), which this Court respectfully **RECOMMENDS** be entered by the District Judge as soon as practicable.

**DONE** and **ORDERED** in Orlando, Florida on December 17, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] Modern Gaming, Inc. maintains that its *in personam* claims remain pending to the extent it seeks relief against parties other than the M/V Liquid Vegas. Doc. No. 44, 195-2.