# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CANAVERAL PORT AUTHORITY,**
**ET AL.**
                **Plaintiffs,**

**-vs-**                                                                  **Case No. 6:09-cv-1447-Orl-28DAB**

**M/V LIQUID LAS VEGAS, IMO NO.**
**8222941,**

                **Defendant.**
_____

## AMENDED REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

        This cause came on for consideration following the Court's Report and Recommendation to the close the case and in light of the objections notifying the Court that Plaintiffs had not yet received disbursement of funds set forth in Judge Antoon's Order (Doc. No. 200) from the Clerk. In addition, Modern Gaming, Inc. belatedly alerted the Court that it wished to proceed on its *in personam* breach of contract claim against three individuals who guaranteed financing to the Debtor.

        The appropriate disbursements were made to the maritime lien holders in accordance with Court's Order on Stipulation of Settlement on January 12, 2010. Doc. No. 212. The Court has, simultaneously with this Report and Recommendation, directed the Clerk to open a separate docket for Modern Gaming, Inc.'s remaining *in personam* claims against the individuals.

        Accordingly, it is respectfully **RECOMMENDED** that this docket now be closed, and any further matters not addressed herein be left for resolution by the Bankruptcy Court.

Failure to file written objections to the proposed findings and recommendations contained in this report within seven (7) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 28, 2010.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Bankruptcy Judge Arthur B. Briskman
Counsel of Record
Courtroom Deputy