# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CANAVERAL PORT AUTHORITY,**
**ET AL.**
        **Plaintiffs,**

**-vs-**          **Case No. 6:09-cv-1447-Orl-28DAB**

**M/V LIQUID VEGAS, IMO No. 8409056,**

        **Defendant.**
_____

# ORDER

This case is before the Court on the Amended Report and Recommendation issued by United States Magistrate Judge Baker (Doc. No. 218) filed January 29, 2010, recommending that this docket be closed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 29, 2010 (Doc. No. 218) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Any matters not addressed in the Amended Report and Recommendation are left to the Bankruptcy Court for resolution.

3. The Clerk of the Court is directed to close this docket.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 12th day of February, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party